B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drexler, David Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Drexler, Tonya Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5909** |
| Street Address of Debtor (No. and Street, City, and State):<br>**22405 N. Prairie Lane**<br>**Kildeer, IL**<br>ZIP Code **60047** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**22405 N. Prairie Lane**<br>**Kildeer, IL**<br>ZIP Code **60047** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>**2787 Pillsbury Way**<br>**Wellington, FL**<br>ZIP Code **33414** | Mailing Address of Joint Debtor (if different from street address):<br>**2787 Pillsbury Way**<br>**Wellington, FL**<br>ZIP Code **33414** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drexler, David Michael**<br>**Drexler, Tonya Lynn** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** ___/s/ Xiaoming Wu ARDC No.___      ___July 10, 2012___<br>Signature of Attorney for Debtor(s)            (Date)<br>**Xiaoming Wu ARDC No. 6274335** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drexler, David Michael**<br>**Drexler, Tonya Lynn** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Michael Drexler**
Signature of Debtor  **David Michael Drexler**

X **/s/ Tonya Lynn Drexler**
Signature of Joint Debtor **Tonya Lynn Drexler**

Telephone Number (If not represented by attorney)

**July 10, 2012**
Date

**Signature of Attorney***

X **/s/ Xiaoming Wu ARDC No.**
Signature of Attorney for Debtor(s)

**Xiaoming Wu ARDC No. 6274335**
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
Telephone Number

**July 10, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Michael Drexler**
**Tonya Lynn Drexler** _____   Case No. _____
                                    Debtor(s)          Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David Michael Drexler**

        **David Michael Drexler**

Date:   **July 10, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David Michael Drexler**
       **Tonya Lynn Drexler**

Case No. _____

Chapter   **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

    ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Tonya Lynn Drexler**
                                  **Tonya Lynn Drexler**

Date:     **July 10, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **David Michael Drexler,**                                     Case No. _____
         **Tonya Lynn Drexler**
                                                              ,          Chapter _____**7**_____
                                              Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 900,000.00 | | |
| B - Personal Property | Yes | 4 | 1,146,131.97 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 664,733.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 108 | | 213,427.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,134.89 |
| Total Number of Sheets of ALL Schedules | | 120 | | | |
| Total Assets | | | 2,046,131.97 | | |
| Total Liabilities | | | | 878,160.41 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David Michael Drexler,**     Case No. _____
        **Tonya Lynn Drexler**

                                    ,    Chapter _____ **7** _____
                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 10,134.89 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 15,807.10 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 213,427.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 213,427.41 |

B6A (Official Form 6A) (12/07)

.

In re    **David Michael Drexler,**                                    Case No. _____
         **Tonya Lynn Drexler**

_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **2787 Pillsbury Way, Wellington, FL 33414** | **Tenants by the Entirety** | **J** | **890,000.00** | **664,733.00** |
| **Time share in Kauai, HI** | **Joint tenant** | **J** | **5,000.00** | **0.00** |
| **Time share in Scottsdale, AZ** | **Joint tenant** | **J** | **5,000.00** | **0.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **900,000.00** | (Total of this page) |
| Total > | **900,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **David Michael Drexler,**                                        Case No. _____
         **Tonya Lynn Drexler,**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **J** | **188.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - checking account** | **J** | **190.83** |
| | | **Bank of America - checking account** | **J** | **72,386.75** |
| | | **Bank of America - checking account** | **W** | **30.39** |
| | | **PNC Bank - checking account** | **H** | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods:  Sofa, Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffe Maker, Bedroom Sets, Lamps, Telephone, TV, desk, bookshelves, computer, printer, hand tools** | **J** | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Used clothing** | **J** | **100.00** |
| 7.  Furs and jewelry. | | **Wedding rings, watches, engagement ring, braclet, rings** | **J** | **10,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance** | **H** | **0.00** |
| | | **Term life insurance** | **W** | **0.00** |
| | | **Whole life insurance** | **H** | **15,000.00** |

|  | Sub-Total > | **99,895.97** |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **David Michael Drexler,**                                       Case No. _____
       **Tonya Lynn Drexler**
                                               ,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Whole life insurance** | **W** | **35,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **§ 529 plan (Balance: $50,000.  No contribution in the past 2 years)** | **J** | **0.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) plan** | **H** | **314,428.00** |
| | | **401(k) plan** | **W** | **151,638.00** |
| | | **Roth IRA** | **H** | **2,000.00** |
| | | **IRA** | **H** | **38,286.00** |
| | | **IRA** | **H** | **4,884.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **AMAM7, LLC** | **W** | **0.00** |
| | | **(Tonya Drexler has 100% ownership.  Assets include 1643 Northwind Blvd., Libertyville, IL 60048. Estimated fair market value: $800,000. Approximate mortgage balance: $1,082,000)** | | |
| | | **Drexler Family Practice, S.C.** | **J** | **500,000.00** |
| | | **(David Drexler has 100% ownership.  Assets include office funiture with an estimated fair market value of $2,500; equipment with an estimated fair market value of $200,000; accounts receivalbe in an estimated total of $266,564.45; a lease 2010 Acura MDX, and a 2012 Honda Odyssey with an balance of $25,378)** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

                                                  Sub-Total >       **1,046,236.00**
                                               (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Michael Drexler,**                                                    Case No. _____
         **Tonya Lynn Drexler**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Acura MDX (lease** | H | 0.00 |
| | | **2012 Acura TL (lease)** | H | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Michael Drexler,**                                    Case No. _____
         **Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | Dog | | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,146,131.97** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **David Michael Drexler,**                                    Case No. _____
        **Tonya Lynn Drexler,**
                                                                ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America - checking account** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **72,386.75** |
| | **735 ILCS 5/12-906** | **30,000.00** | |
| **Wearing Apparel** | | | |
| **Used clothing** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry** | | | |
| **Wedding rings, watches, engagement ring, braclet, rings** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **10,000.00** |
| **Interests in Insurance Policies** | | | |
| **Whole life insurance** | **215 ILCS 5/238** | **15,000.00** | **15,000.00** |
| **Whole life insurance** | **215 ILCS 5/238** | **35,000.00** | **35,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) plan** | **735 ILCS 5/12-1006** | **100%** | **314,428.00** |
| **401(k) plan** | **735 ILCS 5/12-1006** | **100%** | **151,638.00** |
| **Roth IRA** | **735 ILCS 5/12-1006** | **100%** | **2,000.00** |
| **IRA** | **735 ILCS 5/12-1006** | **100%** | **38,286.00** |
| **IRA** | **735 ILCS 5/12-1006** | **100%** | **4,884.00** |

|  | Total: | **601,336.00** | **643,722.75** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **David Michael Drexler,**                                                      Case No. _____
         **Tonya Lynn Drexler**
_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5848** | | | Opened 12/15/11  Last Active  5/04/12 | | | | | |
| **Harris N.A.** **3800 Golf Rd Ste. 300** **Rolling Meadows, IL 60008** | | J | Mortgage 2787 Pillsbury Way, Wellington, FL 33414 | | | | | |
| | | | Value $                      **890,000.00** | | | | **664,733.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal (Total of this page) | **664,733.00** |  **0.00** |
| | Total (Report on Summary of Schedules) | **664,733.00** |  **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **David Michael Drexler,**                                   Case No. _____
       **Tonya Lynn Drexler,**
                                                                              ,
                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **David Michael Drexler,**
**Tonya Lynn Drexler**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **A&H Limited Health Claim PO Box 3726 Seattle, WA 98124** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **AARP 3200 East Carson Street Lakewood, CA 90712** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Academic Healthplans c/o True Choice USA PO Box 700307 Dallas, TX 75370** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Accident Fund Attn: Diane Hanson PO Box 40790 Lansing, MI 48901** | | H | | | | | 0.00 |

___**107**__ continuation sheets attached

Subtotal
(Total of this page)                                                                    **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    S/N:30037-120420    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**                                        Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Accordia National**<br>**PO Box 3262**<br>**Charleston, WV 25332** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br>**ACEC/Healthplan Services**<br>**PO Box 44109**<br>**NE 69116** | | H | Notice Only | | | | 0.00 |
| Account No. **xxxxx5494** <br><br>**Acura Financial Services**<br>**P.O. Box 105027**<br>**Atlanta, GA 30348** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br>**Adam M. Whitman**<br>**18500 W. Aspen Court**<br>**Grayslake, IL 60030** | | H | Debt Owed | | | | 15.50 |
| Account No. <br><br>**Administrative Concepts, Inc.**<br>**994 Old Eagle School Rd, Ste 1005**<br>**Wayne, PA 19087** | | H | Notice Only | | | | 0.00 |

Sheet no. __1__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15.50**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Advanced Rehab Services**<br>**325 Roebaar Dr.**<br>**Romeoville, IL 60446** | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA**<br>**PO Box 14094**<br>**Lexington, KY 40512** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA**<br>**PO Box 981106**<br>**El Paso, TX 79998** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA**<br>**PO Box 981107**<br>**El Paso, TX 79998** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA**<br>**PO Box 981109**<br>**El Paso, TX 79998** | | H | | | | | | 0.00 |

Sheet no. __2___ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**                                      Case No. _____
         **Tonya Lynn Drexler**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | H | | **Notice Only** | | | | |
| **AETNA** **PO Box 981204** **El Paso, TX 79998** | | | | | | | | **0.00** |
| Account No. | | H | | **Notice Only** | | | | |
| **AETNA** **PO Box 981106** **El Paso, TX 79998** | | | | | | | | **0.00** |
| Account No. | | H | | **Notice Only** | | | | |
| **AETNA** **PO Box 14079** **Lexington, KY 40512** | | | | | | | | **0.00** |
| Account No. | | H | | **Notice Only** | | | | |
| **AETNA** **PO Box 14089** **Lexington, KY 40512** | | | | | | | | **0.00** |
| Account No. | | H | | **Notice Only** | | | | |
| **AETNA** **PO Box 14586** **Lexington, KY 40512** | | | | | | | | **0.00** |

Sheet no. __**3**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**                                          Case No. _____
**Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| **AETNA Life Insurance PO Box 18040 Columbus, OH 43218** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA US Healthcare PO Box 981107 El Paso, TX 79998** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AETNA-Chickering Claim Adm. PO Box 15708 Boston, MA 02215** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **AFLAC Attn: Remittance Processing Service 1932 Wynton Rd. Columbus, GA 31999-0001** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Ahmed Dudar 1465 Bell Haven Drive Grayslake, IL 60030** | | H | | | | | | 15.00 |

Sheet no. __4___ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **15.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**
                                             ,

Case No. _____

                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **AIG Claims Services** **PO Box 25972** **Overland Park, KS 66225** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Alan J. Legood** **381 S. St. Marys Road** **Libertyville, IL 60048** | | H | | | | | 5.00 |
| Account No. | | | Debt Owed | | | | |
| **Alan T. Handley** **403 Meacham Avenue** **Park Ridge, IL 60068** | | H | | | | | 19.32 |
| Account No. | | | Notice Only | | | | |
| **Allied Benefit Systems** **PO Box 909786-60690** **Chicago, IL 60690** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Allied Benefit Systems, Inc.** **PO Box 909786-60690** **Chicago, IL 60690** | | H | | | | | 0.00 |

Sheet no. __5__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                              Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Notice Only** | | | | |
| **Alliednational Globalcare, Inc.** **PO Box 247** **Alpharetta, GA 30009** | | H | | | | | | 0.00 |
| Account No. **xx8200** | | | | **Notice Only** | | | | |
| **Allscripts** **2297 Paysphere Circle** **Chicago, IL 60674** | | J | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Allstate Insurance** **PO Box 1158** **Milwaukee, WI 53201** | | H | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Allstate Insurance Company** **PO Box 481840** **Charlotte, NC 28269** | | H | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Allstate Insurance Company** **PO Box 650536** **Medpay Central/Market Claim O** **Dallas, TX 75265** | | H | | | | | | 0.00 |

Sheet no. __6__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**    Case No. _____
         **Tonya Lynn Drexler**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Ameriben**<br>**PO Box 7186**<br>**Boise, ID 83707** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **American Administrative Group**<br>**PO Box 93670**<br>**Lubbock, TX 79493** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **American Community PHCS**<br>**PO Box 759**<br>**Buckeystown, MD 21717** | | H | | | | | 0.00 |
| Account No. xxxxxxxxxxxx7453 | | | **Opened  6/01/05  Last Active  5/28/12**<br>**CreditCard** | | | | |
| **American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | | H | | | | | 7,555.00 |
| Account No. xxxxxxxxxxxx9393 | | | **Opened  6/01/05  Last Active  5/28/12**<br>**CreditCard** | | | | |
| **American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | | W | | | | | 7,555.00 |

Sheet no. __7___ of __107__ sheets attached to Schedule of            Subtotal            15,110.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**          Case No. _____
       **Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **American Family**<br>**20 N. Martingale Road, #400**<br>**Schaumburg, IL 60173** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **American Family Insurance**<br>**PO Box 6750**<br>**Libertyville, IL 60048** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **American Insurance Administrative**<br>**PO Box 1149**<br>**Columbus, OH 43216** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **American International Companie**<br>**PO Box 15701**<br>**Wilmington, DE 19850** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **American International Group**<br>**PO Box 249**<br>**Lombard, IL 60148** | | H | | | | | **0.00** |

Sheet no. __8___ of __107__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
       **Tonya Lynn Drexler**                                              Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| American Medical Security PO Box 19032 Green Bay, WI 54307 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| American National Sprinkler 924 Turret Ct. Mundelein, IL 60060 | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| American Republic Ins. Co. PO Box 2975 Clinton, IA 52733 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Amerihealth Administrators 720 Blair Mill Road Horsham, PA 19044 | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Angie A. Manousaridis 420 Kerry Way Grayslake, IL 60030 | | H | | | | | | 6.83 |

Sheet no. **9** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | H | Debt Owed | | | | |
| Anita C. Gonzalez PO Box 9 209 Cedar Avenue Lake Villa, IL 60046 | | | | | | | 2.81 |
| Account No. | | J | Notice Only | | | | |
| Anti-microbial Therapy 11771 Lee Hwy P.O. Box 276 Sperryville, VA 22740 | | | | | | | 0.00 |
| Account No. x9982 | | J | Notice Only | | | | |
| AS Medication Solns P.O. Box 8 Fremont, NE 68026 | | | | | | | 0.00 |
| Account No. | | H | Notice Only | | | | |
| Associates For Heath Care, Inc. PO Box 981 Brookfield, WI 53008 | | | | | | | 0.00 |
| Account No. | | H | Notice Only | | | | |
| Assurant Health PO Box 2806 Clinton, IA 52733 | | | | | | | 0.00 |

Sheet no. __10__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**                    Case No. _____
**Tonya Lynn Drexler**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** P.O. Box 981602 El Paso, TX 79998 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** P.O. Box 2877 Clinton, IA 52733 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assurant Health** P.O. Box 981602 El Paso, TX 79998 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Assured Assistance, Inc.** PO Box 19092 Greenville, SC 29602 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Auxiant** PO Box 909991 Milwaukee, WI 53209 | | H | | | | | | 0.00 |

Sheet no. __11__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
      **Tonya Lynn Drexler**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AVMA Group Health & Life Insurance** <br>**PO Box 909720** <br>**Chicago, IL 60690** | | H | | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4228** <br><br>**Bank Of America** <br>**Po Box 982238** <br>**El Paso, TX 79998** | | W | | Opened 6/01/11 Last Active 5/29/12 CreditCard | | | | 7,336.62 |
| Account No. <br><br>**Barbara Kodlubanski** <br>**947 Manchester Circle** <br>**Grayslake, IL 60030** | | H | | Debt Owed | | | | 25.00 |
| Account No. <br><br>**Basma Raclin** <br>**2893 Falling Waters** <br>**Lake Villa, IL 60046** | | H | | Debt Owed | | | | 27.02 |
| Account No. <br><br>**Benefit Administrative Systems** <br>**17475 Jovanna Drive, Suite 1B** <br>**Homewood, IL 60430** | | H | | Notice Only | | | | 0.00 |

Sheet no. __**12**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,388.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**                                    Case No. _____
           **Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Benefit Concepts** **PO Box 60608** **King of Prussia, PA 19406** | | H | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Benefit Planners** **PO Box 690450** **San Antonio, TX 78269** | | H | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Benefit Systems & Services I** **760 Pasquinelli Drive** **Westmont, IL 60559** | | H | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Benemax** **PO Box 950** **Medfield, MA 02052** | | H | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Benesight** **PO Box 370** **Pueblo, CO 81002** | | H | | | | | | **0.00** |

Sheet no. __**13**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9039** <br><br>**Besse Medical** <br>**1576 Solutions Circle** <br>**Chicago, IL 60677** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Blue Cross Blue Shield** <br>**PO Box 805107** <br>**Chicago, IL 60680** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Blue Cross Blue Shield of Illinois** <br>**300 E. Randolph St.** <br>**Chicago, IL 60601** | | H | **Notice Only** | | | X | 0.00 |
| Account No. <br><br>**Bridget Mabon** <br>**2956 Falling Waters Lane** <br>**Lindenhurst, IL 60046** | | H | **Debt Owed** | | | | 15.00 |
| Account No. <br><br>**Broadspire** <br>**Attn: Carolyn Karnes-Adjuster** <br>**PO Box 681519** <br>**Schaumburg, IL 60168** | | H | **Notice Only** | | | | 0.00 |

Sheet no. __**14**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Tonya Lynn Drexler**

_____ ,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7970**<br><br>**BSN Medical**<br>**P.O. Box 75166**<br>**Charlotte, NC 28275** | | J | Notice Only | | | | 0.00 |
| Account No.<br><br>**Cambridge Insurance**<br>**PO Box 94950**<br>**Cleveland, OH 44101** | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>**Cambridge Intergrated Services G**<br>**175 W. Jackson Blvd**<br>**Suite 1000**<br>**Chicago, IL 60604** | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>**Caremark**<br>**PO Box 29005**<br>**Phoenix, AZ 85038** | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>**Carl D. Oswald**<br>**345 Moore Court 1C**<br>**Grayslake, IL 60030** | | H | Debt Owed | | | | 20.00 |

Sheet no. __15__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**                              Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| **Carl J. Schmitz**<br>**1008 Concord Circle**<br>**Mundelein, IL 60060** | | H | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| **Carolyn Marshall**<br>**32020 N. Pine Ave.**<br>**Grayslake, IL 60030** | | H | | | | | 250.00 |
| Account No. | | | Notice Only | | | | |
| **Catridge World**<br>**1316 S. Milwaukee**<br>**Libertyville, IL 60048** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **CBCA Care Management**<br>**PO Box 902**<br>**Beattyville, KY 41311** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **CCMSI / 22236**<br>**PO Box 1430**<br>**Danville, IL 61834** | | H | | | | | 0.00 |

Sheet no. __16__ of __107__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                        (Total of this page)       **275.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
     **Tonya Lynn Drexler**                                      Case No. _____
                                                                              Debtors

_____,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| CCN Managed Care PO Box 5319 Tampa, FL 33675 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Celtic Individual Health PO Box 06410 Chicago, IL 60606 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Certegy Payment Recover Serv. 11601 Roosevelt Blvd, St. Petersburg, FL 33716 | | J | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Chad Phipps 402 Reagan Road Grayslake, IL 60030 | | H | | | | | | 35.00 |
| Account No. | | | | Debt Owed | | | | |
| Charles Bourgeois 644 Stuart Street Grayslake, IL 60030 | | H | | | | | | 2.46 |

Sheet no. _**17**_ of _**107**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **37.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
**Tonya Lynn Drexler**
_____,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx9001** <br><br>**Charter One** <br>**1 Citizens Drive** <br>**Riverside, RI 02915** | | W | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Fuchs & Roselli, Ltd** <br>**400 S. Knoll St., Suite A** <br>**Wheaton, IL 60187** | | | **Representing:** <br>**Charter One** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxx0101** <br><br>**Charter One** <br>**1 Citizens Drive** <br>**Riverside, RI 02915** | | J | **Debt Owed** | | | | **150,000.00** |
| Account No. **xxxxxxxxxxx1563** <br><br>**Chase** <br>**P.o. Box 15298** <br>**Wilmington, DE 19850** | | J | **Opened  8/01/11  Last Active  5/25/12** <br>**CreditCard** | | | | **444.00** |
| Account No. **xxxxxxxxxxx1563** <br><br>**Chase** <br>**P.o. Box 15298** <br>**Wilmington, DE 19850** | | J | **Opened  8/01/11  Last Active  5/25/12** <br>**CreditCard** | | | | **444.00** |

Sheet no. __**18**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150,888.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
      **Tonya Lynn Drexler**
                                                 ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chatwins Healthcare** <br> **11 Stanwix Street, Suite 1414** <br> **Pittsburgh, PA 15222** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br> **Christian Brothers Employee Ben** <br> **1205 Windham Parkway** <br> **Romeoville, IL 60446** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br> **Christine J. Nitzschke** <br> **1809 Country Drive, Apt 103** <br> **Grayslake, IL 60030** | | H | Debt Owed | | | | 20.00 |
| Account No. <br><br> **Christine Rich** <br> **18427 Springwood Drive** <br> **Grayslake, IL 60030** | | H | Debt Owed | | | | 5.20 |
| Account No. <br><br> **Christopher G. Sutherland** <br> **49 West Big Horn Drive** <br> **Hainesville, IL 60073** | | H | Debt Owed | | | | 20.00 |

Sheet no. __19__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45.20

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
     **Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Christopher J. Farrell 734 Liberty Bell Lane Libertyville, IL 60048 | | H | | | | | 2,157.06 |
| Account No. | | | Notice Only | | | | |
| Chubb Insurance 233 S. Wacker Drive, Ste 4700 Chicago, IL 60606 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna PO Box 29000 Atlanta, GA 30359 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna PO Box 3025 Bourbonnais, IL 60914 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna PO Box 5200 Scranton, PA 18505 | | H | | | | | 0.00 |

Sheet no. __20__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,157.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Cigna Claims PO Box 182223 Chattanooga, TN 37422 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna Healthcare PO Box 15408 Wilmington, DE 19850 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna Healthcare PO Box 188027 Chattanooga, TN 37422 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna Healthcare PO Box 780 Hartford, CT 06142 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cigna Healthcare PO Box 2100 Bourbonnais, IL 60914 | | H | | | | | 0.00 |

Sheet no. __21__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                                           Case No. _____
    **Tonya Lynn Drexler**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cigna International<br>PO Box 15050<br>Wilmington, DE 19850** | | H | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Cindy Madson<br>73 Bedford Road<br>Mundelein, IL 60060** | | H | **Debt Owed** | | | | **5.14** |
| Account No. xxxxxxxxxxxx6847<br><br>**Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195** | | J | **Opened 5/01/04 Last Active 5/23/12<br>CreditCard** | | | | **4,883.00** |
| Account No.<br><br>**City of Evanston<br>Attn: Robert Gustafson<br>2100 Ridge Avenue<br>Evanston, IL 60201** | | H | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Claim Management Consultants<br>3325 N. Arlington Hts Rd., 500A<br>Arlington Heights, IL 60004** | | H | **Notice Only** | | | | **0.00** |

Sheet no. __22__ of __107__ sheets attached to Schedule of                    Subtotal        **4,888.14**
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                          Case No. _____

                                                    _____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Claims Management Inc.** **PO Box 1288** **Mailstop 3540** **Bentonville, AR 72712** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Claims Management Services-Firs** **PO Box 10888** **Green Bay, WI 54307** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Classic Printery** **336 W. Main St.** **Round Lake, IL 60073** | | J | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Clayton Klchosky** **23624 Rita Drive** **Harvard, IL 60033** | | H | | | | | 21.70 |
| Account No. | | | Notice Only | | | | |
| **Cobraserv** **PO Box 534099** **Saint Petersburg, FL 33747** | | H | | | | | 0.00 |

Sheet no. __23__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21.70

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cofinity<br>PO Box 2720<br>Saint Petersburg, FL 33747 | | H | Notice Only | | | | 0.00 |
| Account No. xxxxxxxxxxx5142<br><br>Comcast<br>Po Box 3001<br>Southeastern, PA 19398 | | J | Goods or Services | | | | 9.20 |
| Account No. xxxxxx6023<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | J | Notice Only | | | | 413.54 |
| Account No.<br><br>ComEd.Co<br>2100 Swift Road<br>Bankruptcy Dept/System Credit<br>Oak Brook, IL 60523 | | | Representing:<br>ComEd | | | | Notice Only |
| Account No. Multiple accounts<br><br>ComEd.Co<br>2100 Swift Road<br>Bankruptcy Dept/System Credit<br>Oak Brook, IL 60523 | | J | Utility | | | | 950.00 |

Sheet no. __24__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,372.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
   **Tonya Lynn Drexler**                                           Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | |
| Account No. **ComEd Bill Payment Center Chicago, IL 60668** | | | | Representing: ComEd.Co | | | | **Notice Only** |
| Account No. **Concentra PO Box 21607 Tampa, FL 33622** | | H | | Notice Only | | | | **0.00** |
| Account No. **Concert Health Plan 2605 W. 22nd Street, Suite 25 Oak Brook, IL 60523** | | H | | Notice Only | | | | **0.00** |
| Account No. **Conneticut General PO Box 55270 Phoenix, AZ 85078** | | H | | Notice Only | | | | **0.00** |
| Account No. **Conseco Health Insurance Company PO Box 2024 Carmel, IN 46082** | | H | | Notice Only | | | | **0.00** |

Sheet no. __25__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
**Tonya Lynn Drexler**                                                    Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Conseco Insurance Company** **PO Box 2034** **Carmel, IN 46082** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Continental General Insurance** **PO Box 247004** **Omaha, NE 68124** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Coresource** **PO Box 83301** **Lancaster, PA 17608** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Coresource** **PO Box 2920** **Clinton, IA 52733** | | H | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Coresource PHCS** **146 Industrial Park** **Lake Benton, MN 56149** | | H | | | | | **0.00** |

Sheet no. __26__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**                                          Case No. _____
        **Tonya Lynn Drexler**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | H | **Notice Only** | | | | |
| **Country Faire Village Apt.** **Attn: Yolanda Fierro** **1900 Country Drive** **Grayslake, IL 60030** | | | | | | | **0.00** |
| Account No. | | H | **Notice Only** | | | | |
| **Country Life Insurance Co.** **Health Claims Dept.** **PO Box 2000** **Bloomington, IL 61702** | | | | | | | **0.00** |
| Account No. | | H | **Notice Only** | | | | |
| **County of Lake College** **19351 W. Washington Street** **Attn: Chad Good** **Grayslake, IL 60030** | | | | | | | **0.00** |
| Account No. | | H | **Notice Only** | | | | |
| **Covenry Health Care** **PO Box 8400** **London, KY 40742** | | | | | | | **0.00** |
| Account No. | | H | **Notice Only** | | | | |
| **CSSC Workers Comp.** **PO Box 3205** **Attn: Dan Jachim** **Naperville, IL 60566** | | | | | | | **0.00** |

Sheet no. __27__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| CUNA Mutual Group 5810 Mineral Point Road Madison, WI 53705 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Custom Benefits Administrators PO Box 549023 Dallas, TX 75354 | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Cynthia M. Roniss 1722 W. Turtle Creek Lane Round Lake, IL 60073 | | H | | | | | 129.10 |
| Account No. | | | Debt Owed | | | | |
| Dan Hedger 322 Buckingham Drive Grayslake, IL 60030 | | H | | | | | 6.00 |
| Account No. | | | Debt Owed | | | | |
| Daniel A. Pocius 6412  112th Avenue Kenosha, WI 53142 | | H | | | | | 10.00 |

Sheet no. __28__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **145.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Data Works** **164 Division St., Suite 507** **Elgin, IL 60120** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **David Foo** **300 Harding Ave.** **Libertyville, IL 60048** | | J | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **David Hancock** **5119 Wonder Woods Road** **Wonder Lake, IL 60097** | | H | | | | | 15.00 |
| Account No. | | | Debt Owed | | | | |
| **David K. Cline** **332 Park Avenue** **Grayslake, IL 60030** | | H | | | | | 75.00 |
| Account No. | | | Debt Owed | | | | |
| **David M. Neal** **1409 Andover Drive** **Mundelein, IL 60060** | | H | | | | | 27.40 |

Sheet no. __29__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
     **Tonya Lynn Drexler**
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Debt Owed** | | | | |
| **David Peterson**<br>**1152 Hedgerow**<br>**Grayslake, IL 60030** | | H | | | | | 17.85 |
| Account No. | | | **Debt Owed** | | | | |
| **David T. Peterson**<br>**1152 Hedgerow Drive**<br>**Grayslake, IL 60030** | | H | | | | | 15.00 |
| Account No. | | | **Notice Only** | | | | |
| **Dean Health Plan**<br>**PO Box 56099**<br>**Madison, WI 53705** | | H | | | | | 0.00 |
| Account No. | | | **Debt Owed** | | | | |
| **Deborah Healy**<br>**1718 Lehman Aavenue**<br>**Algonquin, IL 60102** | | H | | | | | 68.28 |
| Account No. | | | **Notice Only** | | | | |
| **Definity Health**<br>**PO Box 9525**<br>**Buffalo, NY 14226** | | H | | | | | 0.00 |

Sheet no. __30__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101.13

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
 **Tonya Lynn Drexler**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx3478** <br><br> **Delage Landen** <br> **P.O. Box 41602** <br> **Philadelphia, PA 19191** | | J | | **Utility** | | | | **86.00** |
| Account No. <br><br> **Delphi Claims Administrator** <br> **PO Box 29** <br> **Fox River Grove, IL 60021** | | H | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Deseret Mutual** <br> **PO Box 45530** <br> **Salt Lake City, UT 84145** | | H | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Destiny Health** <br> **PO Box 9219** <br> **Oak Brook, IL 60523** | | H | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Difinity Health UHC** <br> **PO Box 740810** <br> **Atlanta, GA 30374** | | H | | **Notice Only** | | | | **0.00** |

Sheet no. __31__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **86.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                                      Case No. _____
  **Tonya Lynn Drexler**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2574** <br><br> **Discover Financial Services** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | | J | | **Opened 7/01/00 Last Active 6/05/12** <br> **CreditCard** | | | | 204.00 |
| Account No. **xxxxxxxxxxx6444** <br><br> **Discover Financial Services** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | | J | | **Opened 2/01/91 Last Active 4/30/12** <br> **CreditCard** | | | | 116.00 |
| Account No. <br><br> **Donna  Goss** <br> **9817 278th Avenue** <br> **Trevor, WI 53179** | | H | | **Debt Owed** | | | | 10.00 |
| Account No. <br><br> **Donna M. Sumner** <br> **6480 Lockwood Lane** <br> **Gurnee, IL 60031** | | H | | **Debt Owed** | | | | 61.46 |
| Account No. <br><br> **Doris Williams** <br> **1716  Brentwood Drive** <br> **Round Lake, IL 60073** | | H | | **Debt Owed** | | | | 16.39 |

Sheet no. __32__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                407.85

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Douglas E. Gibson 365 Charles Drive Antioch, IL 60002 | | H | | | | | 0.16 |
| Account No. | | | Debt Owed | | | | |
| Edward Infante 115 W. Newbridge Lane Round Lake, IL 60073 | | H | | | | | 20.26 |
| Account No. | | | Debt Owed | | | | |
| Eileen Soto 5722 Clover Lane Greendale, WI 53129 | | J | | | | | 40.00 |
| Account No. | | | Debt Owed | | | | |
| Elizabeth Rehberg 33513 Cherokee Court Grayslake, IL 60030 | | H | | | | | 25.00 |
| Account No. | | | Notice Only | | | | |
| Elliot Construction 21 W. 171st Hill Avenue Glen Ellyn, IL 60137 | | H | | | | | 0.00 |

Sheet no. __33__ of __107__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**                                    Case No. _____
         **Tonya Lynn Drexler**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Elsie C. Souder** 190 S. Winthrop Avenue Round Lake, IL 60073 | | H | Debt Owed | | | | 20.00 |
| Account No. **Employee Benefit Services of LO** PO Box 94488 Lubbock, TX 79493 | | H | Notice Only | | | | 0.00 |
| Account No. **Equal Access Health** 600 Sixth Flags Dr. Arlington, TX 76011 | | H | Notice Only | | | | 0.00 |
| Account No. **Eric C. Meyer** 1359 W. Thorndale Avenue Chicago, IL 60660 | | H | Debt Owed | | | | 5.00 |
| Account No. **Eric F. Janus** 18955 Old Plank Road Grayslake, IL 60030 | | H | Debt Owed | | | | 40.00 |

Sheet no. __34__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **65.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**                                         Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | |
| **Farmers Insurance** **406 No. Hough St., 2nd Floor** **Barrington, IL 60010** | | H | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **Federated Mutual Insurance Comp** **PO Box 60487** **Indianapolis, IN 46250** | | H | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **Feterated Ins. Mailcode-HS 05** **PO Box 50487** **Indianapolis, IN 46250** | | H | | | | | | 0.00 |
| Account No. **x0997** | | | Notice Only | | | | | |
| **Fire and Security Systems** **516 W. Campus Dr.** **Arlington Heights, IL 60004** | | J | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **First Health** **PO Box 11747** **Tucson, AZ 85734** | | H | | | | | | 0.00 |

Sheet no. __35__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                               Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **First Health** PO Box 2083 Nashua, NH 03061 | | H | Notice Only | | | | 0.00 |
| Account No. **First Health Direct** PO Box 8400 London, KY 40742 | | H | Notice Only | | | | 0.00 |
| Account No. **First Health Network** PO Box 14610 Lexington, KY 40512 | | H | Notice Only | | | | 0.00 |
| Account No. **First Health Network** PO Box 23189 Tucson, AZ 85734 | | H | Notice Only | | | | 0.00 |
| Account No. **Fiserv Health** PO Box 8013 Wausau, WI 54402 | | H | Notice Only | | | | 0.00 |

Sheet no. __36__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fiserve Health**<br>**PO Box 450**<br>**Pueblo, CO 81002** | H | | | | Notice Only | | | | **0.00** |
| Account No.<br><br>**Footway**<br>**6131-C Lakeworth**<br>**Lake Worth, FL 33463** | J | | | | Utility | | | | **148.00** |
| Account No.<br><br>**Foresight, Inc.**<br>**PO Box 535909**<br>**Grand Prairie, TX 75053** | H | | | | Notice Only | | | | **0.00** |
| Account No.<br><br>**Forethought Life Insurance**<br>**PO Box 14659**<br>**Clearwater, FL 33766** | H | | | | Notice Only | | | | **0.00** |
| Account No.<br><br>**Forethought Life Insurance**<br>**PO Box 981721**<br>**El Paso, TX 79998** | H | | | | Notice Only | | | | **0.00** |

Sheet no. __37__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**148.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
        **Tonya Lynn Drexler**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Fortis Insurance** **PO Box 624** **Milwaukee, WI 53201** | | H | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Fortis Insurance Company** **501 W. Michigan** **PO Box 624** **Milwaukee, WI 53201** | | H | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Fortis/Assurant Insurance Company** **PO Box 39065** **Milwaukee, WI 53201** | | H | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Foundation Benefits Administration** **6300 Bridgeport Parkway** **Bld 3, Suite 400** **Austin, TX 78730** | | H | | | | | **0.00** |
| Account No. **x5338** | | | **Notice Only** | | | | |
| **Fox Valley Fire & Safety** **2730 Pinnacle Way** **Elgin, IL 60124** | | J | | | | | **0.00** |

Sheet no. __38__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Fred Fischer 1338 Woodside Court Grayslake, IL 60030 | | H | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| Frederick Fath PO Box 1 Lake Villa, IL 60046 | | H | | | | | 204.04 |
| Account No. | | | Notice Only | | | | |
| Frontpath PO Box 5810 Troy, MI 48007 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| GAB Robins 1 Oakhill Center, Suite 201 Westmont, IL 60559 | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| Gabriel Ochoa 207 S. Butrick Street Waukegan, IL 60085 | | H | | | | | 10.00 |

Sheet no. __39__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

234.04

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**                                    Case No. _____
         **Tonya Lynn Drexler**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Gallagher Bassett**<br>**PO Box 5220**<br>**Oak Brook Terrace, IL 60181** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Gallagher Bassett**<br>**Attn: Chris Tortorella**<br>**PO Box 4000**<br>**Schaumburg, IL 60168** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Gallagher Bassett UA**<br>**PO Box 4000**<br>**Schaumburg, IL 60168** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Gallagher Benefit Administrator**<br>**PO Box 5227**<br>**Lisle, IL 60532** | | H | | | | | | 0.00 |
| Account No. **1787** | | | | Notice Only | | | | |
| **GAP**<br>**P.O.Box 530942**<br>**Atlanta, GA 30353-0942** | | J | | | | | | 0.00 |

Sheet no. __40__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**                                                    Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GEHA**<br>**PO Box 4665**<br>**Independence, MO 64051** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br>**Geico**<br>**1 Geico Center**<br>**Macon, GA 31296** | | H | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxxxxxx5147** <br><br>**Gemb/select Comfort**<br>**Attn: GEMB**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | H | Opened 12/01/11  Last Active  6/05/12 ChargeAccount | | | | 7,513.00 |
| Account No. <br><br>**General Casualty**<br>**PO Box 450**<br>**Freeport, IL 61032** | | H | Notice Only | | | | 0.00 |
| Account No. **xxx3011** <br><br>**General Injectables & Vaccines**<br>**P.O. Box 223028**<br>**Pittsburgh, PA 15251** | | J | Notice Only | | | | 0.00 |

Sheet no. __41__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,513.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

                                ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx9256**<br><br>**Genzyme Biosurgery**<br>**P.O. Box 223122**<br>**Pittsburgh, PA 15251** | | J | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Glencoe Post Office**<br>**336 Hazel Road**<br>**Glencoe, IL 60022** | | H | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Globe Life and Accident Ins.**<br>**PO Box 8080**<br>**McKinney, TX 75070** | | H | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Golden Rule Insurance Co.**<br>**712 Eleventh Street**<br>**Lawrenceville, IL 62439** | | H | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Great West**<br>**1000 Greatwest Drive**<br>**Kennett, MO 63857** | | H | | Notice Only | | | | 0.00 |

Sheet no. __42__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
  **Tonya Lynn Drexler**                                                  Case No. _____

                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Great West Healthcare/Cigna 1000 Great West Drive Kennett, MO 63857** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Greg F. Puerkel 628 Robin Court Grayslake, IL 60030** | | H | | | | | | 40.00 |
| Account No. | | | | Notice Only | | | | |
| **Group & Pension Admin. PO Box 830248 Richardson, TX 75083** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Group Administrators, LTD 450 East Remington Road Schaumburg, IL 60173** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Group Administrators, LTD 450 East Remington Road Schaumburg, IL 60173** | | H | | | | | | 0.00 |

Sheet no. __43__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **40.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Group Administrators, LTD PO Box 95600 Hoffman Estates, IL 60195** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **Guardian PO Box 8007 Appleton, WI 54913** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **Guardian PO Box 8019 Appleton, WI 54912** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **Guardian PO Box 423 East Bridgewater, MA 02333** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **Guardian PHCS PO Box 4628 Hinsdale, IL 60522** | | H | | | | | 0.00 |

Sheet no. __44__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
　　　　**Tonya Lynn Drexler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Harold R. Goodwin<br>226 Stillwater Drive<br>Hainesville, IL 60030 | | H | | | | | 15.00 |
| Account No. | | | Notice Only | | | | |
| Harris Bank<br>Bankruptcy Department<br>PO Box 5037<br>Rolling Meadows, IL 60008-5037 | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Hartford Insurance<br>P.O.Box 14170<br>Lexington, KY 40512 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Health EOS/Multiplan<br>PO Box 6090<br>De Pere, WI 54115 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Health EOS/Multiplan<br>PO Box 6090<br>De Pere, WI 54115 | | H | | | | | 0.00 |

Sheet no. __45__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **15.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**
                                       ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Health New England** **One Monarch Place, Suite 1500** **Indian Orchard, MA 01151** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Healthlink** **PO Box 419104** **MO 63741** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Healthnet Commercial Claims** **PO Box 14702** **Lexington, KY 40512** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Healthnetwork Golden Rule Ins.** **PO Box 200037** **Arlington, TX 76006** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Herbert J. Spahr** **421 Eagle Point Landing** **Eureka, MO 63025** | | H | | | | | | 20.00 |

Sheet no. __46__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HFN3428**<br>**PO Box 3428**<br>**Hinsdale, IL 60522** | | H | | Notice Only | | | | 0.00 |
| Account No. **xxxxx8031**<br><br>**Honda Financial Services**<br>**PO Box 5308**<br>**Elgin, IL 60121-5308** | | J | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Humana**<br>**PO Box 14602**<br>**Lexington, KY 40512** | | H | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Humana Claims**<br>**PO Box 14610**<br>**Lexington, KY 40512** | | H | | Notice Only | | | | 0.00 |
| Account No. <br><br>**Humana Claims Office**<br>**PO Box 14635**<br>**Lexington, KY 40512** | | H | | Notice Only | | | | 0.00 |

Sheet no. __47__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**   **Tonya Lynn Drexler**                                     Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Humana Claims Office PO Box 14601 Lexington, KY 40512 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Humana Gold Office PGBA Claims & Correspondence Florence, SC 29502 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Humana HMO PO Box  14601 Lexington, KY 40512 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| IADA Claims Administration PO Box 3583 Springfield, IL 62708 | | H | | | | | 0.00 |
| Account No. **Multiple Accounts** | | | Debt Owed | | | | |
| Ian A. Giles 1985 Meadowview Drive Round Lake, IL 60073 | | H | | | | | 10.00 |

Sheet no. __**48**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7303**<br><br>**Ice Mountain Direct**<br>**6661 Dixie Hwy, Ste 4**<br>**Louisville, KY 40258** | J | | | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Ilango Ramachandran**<br>**529 Arlington Lane**<br>**Grayslake, IL 60030** | H | | | | **Debt Owed** | | | | 10.00 |
| Account No.<br><br>**Illinois Dept. of Transportation**<br>**Attn: Workers Compensation**<br>**201 W. Center Court**<br>**Schaumburg, IL 60196** | H | | | | **Notice Only** | | | | 0.00 |
| Account No. **Multiple accounts**<br><br>**Illinois Secretary of State**<br>**2701 W. Dirksen Parkway**<br>**Springfield, IL 62723** | J | | | | **Debt Owed** | | | | 198.00 |
| Account No.<br><br>**Illinois Secretary of State**<br>**3701 Winchester Rd.**<br>**Springfield, IL 62707** | | | | | **Representing:**<br>**Illinois Secretary of State** | | | | **Notice Only** |

Sheet no. __**49**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**208.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx9427**  <br><br>**Image Systems and Business** <br>**1776 commerce Dr.** <br>**Elk Grove Village, IL 60007** | | J | | Business Debt | | | | **98.48** |
| Account No.  <br><br>**Indiana Insurance Company** <br>**PO Box 1967** <br>**Indianapolis, IN 46206** | | H | | Notice Only | | | | **0.00** |
| Account No. **xxx8850**  <br><br>**Ingenix** <br>**P.O. Box 27116** <br>**Salt Lake City, UT 84127** | | J | | Notice Only | | | | **0.00** |
| Account No.  <br><br>**Insurance Center** <br>**PO Box 982009** <br>**North Richland Hills, TX 76182** | | H | | Notice Only | | | | **0.00** |
| Account No.  <br><br>**Insurance Center** <br>**PO Box 982009** <br>**North Richland Hills, TX 76182** | | H | | Notice Only | | | | **0.00** |

Sheet no. __50__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**98.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**  
**Tonya Lynn Drexler**                                    Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Insurance Center PO Box 982017 North Richland Hills, TX 76182** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **J.F. Molloy & Assoc., Inc. PO Box 68947 Indianapolis, IN 46268** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **James Staley 219 Denise Drive Round Lake, IL 60073** | | H | | | | | 40.00 |
| Account No. | | | Debt Owed | | | | |
| **Jamie Wamsley 168 Park Place Grayslake, IL 60030** | | H | | | | | 26.90 |
| Account No. | | | Debt Owed | | | | |
| **Jeanne Micucci 308 Normandy Lane Grayslake, IL 60030** | | H | | | | | 4.52 |

Sheet no. __51__ of __107__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)                    71.42

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**        Case No. _____
      **Tonya Lynn Drexler**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Jeff A. Goldberg** <br>**1106 Prairie Trail** <br>**Grayslake, IL 60030** | | H | **Debt Owed** | | | | 20.00 |
| Account No. <br><br>**Jeff Wilcox** <br>**1638 S. Amarias** <br>**Round Lake, IL 60073** | | H | **Debt Owed** | | | | 13.87 |
| Account No. <br><br>**Jeff Wilcox** <br>**44 Cambridge Ct.** <br>**Anderson, IN 46012** | | | Representing: <br>Jeff Wilcox | | | | Notice Only |
| Account No. <br><br>**Jeffrey Brennan** <br>**201 S. Stewart Avenue** <br>**Libertyville, IL 60048** | | H | **Debt Owed** | | | | 34.44 |
| Account No. <br><br>**Jeffrey Frye** <br>**18366 Meander Drive** <br>**Grayslake, IL 60030** | | H | **Debt Owed** | | | | 18.01 |

Sheet no. __52__ of __107__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        86.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
**Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Jeffrey M. Burkart 34224 Goldenrod Road Round Lake, IL 60073 | | H | | | | | 15.00 |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Paronto 37238 Twin Oaks Drive Lake Villa, IL 60046 | | H | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Paronto 33678  No. Lake Shore Drive Grayslake, IL 60030 | | H | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| Jeffrey Wilcox 1638 S. Amarias Round Lake, IL 60073 | | H | | | | | 13.87 |
| Account No. | | | Debt Owed | | | | |
| Jenna L. Schindler 1033 S. Arlington Court Round Lake, IL 60073 | | H | | | | | 20.00 |

Sheet no. __53__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                                           Case No. _____
       **Tonya Lynn Drexler**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Jennifer A. Kovacs 1511 Shermer Road Northbrook, IL 60062 | | H | | | | | | 6.80 |
| Account No. | | | | Debt Owed | | | | |
| Jeremy Lesser 12 Victory Parkway Crystal Lake, IL 60014 | | H | | | | | | 50.00 |
| Account No. | | | | Debt Owed | | | | |
| Jeri A. Graham 43015 N. Lake Avenue Antioch, IL 60002 | | J | | | | | | 20.00 |
| Account No. | | | | Notice Only | | | | |
| Jewel Foods Stores 1501 S. Lake Street Attn: Joe Kubiak Mundelein, IL 60060 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| John Alden LIfe Insurance Company PO Box 42034 Hazelwood, MO 63042 | | H | | | | | | 0.00 |

Sheet no. __54__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                76.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
**Tonya Lynn Drexler**                                                   Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **John Alden Life Insurance Company PO Box 1599 Boise, ID 83701** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **John Hickey PO Box 10 West Union, SC 29696** | | H | | | | | 65.70 |
| Account No. | | | Debt Owed | | | | |
| **Joseph W. Aeverman 33664 Gages Lake Drive Grayslake, IL 60030** | | H | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| **Joyce Robison 1812 Sussex Walk Schaumburg, IL 60195** | | H | | | | | 40.24 |
| Account No. | | | Debt Owed | | | | |
| **Judy Sheilds 1127 Woodrige Round Lake, IL 60073** | | H | | | | | 30.15 |

Sheet no. __55__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                161.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                                    Case No. _____
       **Tonya Lynn Drexler**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kathleen Porter** <br> **389 York Drive** <br> **Grayslake, IL 60030** | | H | **Debt Owed** | | | | 23.20 |
| Account No. <br><br> **Kelly E. Pehler** <br> **34291 N. Old Walnut Circle** <br> **Gurnee, IL 60031** | | H | **Debt Owed** | | | | 25.00 |
| Account No. **7855** <br><br> **Kessler Orlean & Silver** <br> **1101 Lake Cook Rd.** <br> **Deerfield, IL 60015** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Kevin Locke** <br> **5518 22nd Avenue** <br> **Kenosha, WI 53140** | | H | **Debt Owed** | | | | 45.00 |
| Account No. <br><br> **Kimberlee Washburn** <br> **1913 W. Cullom Avenue, #1** <br> **Chicago, IL 60611** | | H | **Debt Owed** | | | | 25.00 |

Sheet no. __**56**__ of __**107**__ sheets attached to Schedule of                    Subtotal                    118.20
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Kimberly Peresunko 700 Weidner Road, 205 Buffalo Grove, IL 60089 | | H | | | | | | 20.00 |
| Account No. | | | | Debt Owed | | | | |
| Kristy A. Otterbein 1208 Manchester Drive Mundelein, IL 60060 | | H | | | | | | 10.00 |
| Account No. | | | | Debt Owed | | | | |
| Kurt Cassin 1757 Fairport Drive Grayslake, IL 60030 | | H | | | | | | 50.00 |
| Account No. | | | | Notice Only | | | | |
| Laborers Pension & Welfare FU Attn: Claims Dept 11465 W. Cermak Westchester, IL 60154 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Laborers Welfare Fund 11465 W. Cermak Road Westchester, IL 60154 | | H | | | | | | 0.00 |

Sheet no. __57__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                80.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
   **Tonya Lynn Drexler**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx4-017** <br><br> **Lake County Collector** <br> **18 N. County Street** <br> **Room 102** <br> **Waukegan, IL 60085** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br> **Laura Howdle** <br> **611 W. Brittany Drive** <br> **Arlington Heights, IL 60004** | | H | Debt Owed | | | | 15.00 |
| Account No. <br><br> **Leah Brock** <br> **4814 Middle Road** <br> **Gurnee, IL 60031** | | H | Debt Owed | | | | 99.77 |
| Account No. <br><br> **Leslie Miranda** <br> **2827 W. Glenflora Avenue, Apt 308** <br> **Waukegan, IL 60085** | | H | Debt Owed | | | | 25.00 |
| Account No. <br><br> **Liberty Mutual** <br> **1000 N. Plaza, 7th Floor** <br> **Schaumburg, IL 60173** | | H | Notice Only | | | | 0.00 |

Sheet no. __58__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 139.77

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | H | | Notice Only | | | | |
| Liberty Mutual PO Box 967900 Schaumburg, IL 60196 | | | | | | | | 0.00 |
| Account No. **xMAM7** | | W | | Business Debt | | | | |
| Libertyville Centre Condo Assn. 1635 Northwind Blvd. Libertyville, IL 60048 | | | | | | | | 3,886.50 |
| Account No. | | H | | Debt Owed | | | | |
| Lisa Maratea 365 Longhill Road Gurnee, IL 60031 | | | | | | | | 47.56 |
| Account No. | | H | | Debt Owed | | | | |
| Lisa Poray 336 Big Horn Drive Hainesville, IL 60030 | | | | | | | | 20.00 |
| Account No. | | H | | Notice Only | | | | |
| Local 701 Welfare Fund 500 W. Plainfield Road La Grange, IL 60525 | | | | | | | | 0.00 |

Sheet no. **59** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,954.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**                                         Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt Owed | | | | |
| Lori L. Benjamin 1018 Evergreen Street Mundelein, IL 60060 | | H | | | | | | 6.60 |
| Account No. | | | | Debt Owed | | | | |
| Lubov Mozolev 357 Behm Drive Grayslake, IL 60030 | | H | | | | | | 20.00 |
| Account No. | | | | Notice Only | | | | |
| Lumenos PO Box 69309 Harrisburg, PA 17106 | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| Lynn Salisbury 16700 W. Apple Lane Gurnee, IL 60031 | | H | | | | | | 61.34 |
| Account No. | | | | Notice Only | | | | |
| Maksin Management PO Box 2647 Camden, NJ 08101 | | H | | | | | | 0.00 |

Sheet no. __60__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                87.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                          Case No. _____
       **Tonya Lynn Drexler**

                                                  ,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | Debt Owed | | | | |
| **Marilyn Matthes** **39825 Crabapple Drive** **Antioch, IL 60002** | | H | | | | | 6.34 |
| Account No. | | | Debt Owed | | | | |
| **Mark G. Anderson** **410 Sommerset** **Grayslake, IL 60030** | | H | | | | | 19.70 |
| Account No. | | | Debt Owed | | | | |
| **Mark Martin** **1284 Hedgerow Drive** **Grayslake, IL 60030** | | H | | | | | 83.83 |
| Account No. | | | Debt Owed | | | | |
| **Mark Ruhlmann** **989 Shooting Star Road** **Grayslake, IL 60030** | | H | | | | | 0.09 |
| Account No. | | | Debt Owed | | | | |
| **Mark Schultz** **13025 W. Wall Avenue** **Waukegan, IL 60085** | | H | | | | | 20.00 |

Sheet no. __61__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal          **129.96**
                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
        **Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt Owed | | | | |
| Martha J. Cedillo 1215 Pheasant Run Zion, IL 60099 | | H | | | | | | 7.00 |
| Account No. | | | | Debt Owed | | | | |
| Mary Merlock 320 Prairie Avenue Winthrop Harbor, IL 60096 | | H | | | | | | 1.53 |
| Account No. | | | | Notice Only | | | | |
| Matthew & Associates 870 E. Higgins Rd. Schaumburg, IL 60173 | | J | | | | | | 0.00 |
| Account No. **xxx1810** | | | | Notice Only | | | | |
| McKesson Med/Surg. P.O. Box 740215 Cincinnati, OH 45274 | | J | | | | | | 0.00 |
| Account No. **xxxx2990** | | | | Notice Only | | | | |
| Medco Supply Co. 21773 Netword Place Chicago, IL 60673 | | J | | | | | | 0.00 |

Sheet no. __62__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8.53

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx3650** | | | | Notice Only | | | | |
| **Medical Arts Press** P.O. Box 37647 Philadelphia, PA 19101 | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Medical Assoc. Health Plans** 1605 Associates Drive, Suite 101 PO Box 5002 Dubuque, IA 52004 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Medical Benefit Administrators** PO Box 909991 Milwaukee, WI 53209 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Medical Mutual** PO Box 94776 Cleveland, OH 44101 | | H | | | | | | 0.00 |
| Account No. **1215** | | | | Notice Only | | | | |
| **Medical Outfitters** P.O. Box 85073 Chicago, IL 60680 | | J | | | | | | 0.00 |

Sheet no. __63__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | H | | Notice Only | | | | |
| Medicare PO Box 4433 Marion, IL 62959 | | | | | | | | 0.00 |
| Account No. | | H | | Notice Only | | | | |
| Medicare Secondary PO Box 4433 Marion, IL 62959 | | | | | | | | 0.00 |
| Account No. | | H | | Notice Only | | | | |
| Mega Health & Health Insurance PO Box 981606 El Paso, TX 79998 | | | | | | | | 0.00 |
| Account No. | | H | | Debt Owed | | | | |
| Megan C. Blazincic 2915 Kingston Drive Island Lake, IL 60042 | | | | | | | | 21.40 |
| Account No. | | H | | Debt Owed | | | | |
| Melissa D. Cortez 920 Highgate Lane Grayslake, IL 60030 | | | | | | | | 25.00 |

Sheet no. __64__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    46.40

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8118**<br><br>Merck and Co.<br>P.O. Box 5254<br>Carol Stream, IL 60197 | | J | Notice Only | | | | 0.00 |
| Account No.<br><br>Meritain Health<br>PO Box 27267<br>Minneapolis, MN 55427 | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>Metro Rish Mgmt Agency<br>Attn: Eileen Devine<br>420 W. Dempster Street<br>Mount Prospect, IL 60056 | | H | Notice Only | | | | 0.00 |
| Account No. **Multiple Accounts**<br><br>Michael Battaglia<br>55 N. Caribou Drive<br>Grayslake, IL 60030 | | H | Debt Owed | | | | 80.46 |
| Account No.<br><br>Michael J. Earl<br>15 Woodland Avenue<br>Fox Lake, IL 60020 | | H | Debt Owed | | | | 75.00 |

Sheet no. __65__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**155.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**　　　　　　　　　　　Case No. _____
**Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Michael J. Firca PO Box 5347 Vernon Hills, IL 60061 | | H | | | | | 13.50 |
| Account No. | | | Debt Owed | | | | |
| Michael Labruyere 60 Fairfeild Road Lindenhurst, IL 60046 | | H | | | | | 10.00 |
| Account No. | | | Debt Owed | | | | |
| Michael McCully 484 Mitchell Drive Grayslake, IL 60030 | | H | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| Michael R. Ley 464 Dublin Drive Mundelein, IL 60060 | | H | | | | | 50.00 |
| Account No. | | | Debt Owed | | | | |
| Michael W. Welsek 600 Crabtree Court Lindenhurst, IL 60041 | | H | | | | | 8.50 |

Sheet no. __66__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**107.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Midwest Security PHCS 2700 Midwest Drive Onalaska, WI 54650** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Miguel Menendez 1203 New York Street Waukegan, IL 60085** | | H | | | | | | 7.16 |
| Account No. | | | | Debt Owed | | | | |
| **Mike J. Werner 893 Essex Circle Grayslake, IL 60030** | | H | | | | | | 20.00 |
| Account No. | | | | Notice Only | | | | |
| **Missionay Medical PO Box 45730 Salt Lake City, UT 84145** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Mitchell Reyes 265 W. Newbridge Lane Round Lake, IL 60073** | | H | | | | | | 58.29 |

Sheet no. **67** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                              Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Motorola Health Advantage Plan PO Box 29005 Grandin, ND 58038** | | H | | | | | | 0.00 |
| Account No. **xxx2702** | | | | Notice Only | | | | |
| **Mueller Sports Medicine Lock Box 78356 Milwaukee, WI 53278** | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Mutual Omaha Supp Mutual Plaza Omaha, NE 68175** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **NALC Health Plan Benefit 20547 Waverly Court Ashburn, VA 20149** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Nationwide Argibusiness Insurance 1100 Locust, Dept 3010 Des Moines, IA 50391** | | H | | | | | | 0.00 |

Sheet no. __68__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
**Tonya Lynn Drexler**                                           Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | Debt Owed | | | | |
| Nguyen Hue 326 W. Whispering Oaks Ln. Round Lake, IL 60073 | | H | | | | | 55.04 |
| Account No. | | | Debt Owed | | | | |
| Nicole Gardner 3333 Stratford Court, Unit 2C Lake Bluff, IL 60044 | | H | | | | | 30.00 |
| Account No. xxxxxxx7357 | | | Utility | | | | |
| Nicor Attention: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | J | | | | | 35.19 |
| Account No. | | | | | | | |
| Nicor Gas PO Box 2020 Aurora, IL 60507 | | | Representing: Nicor | | | | Notice Only |
| Account No. | | | Debt Owed | | | | |
| Nina Austin 62 Seneca Avenue Hawthorn Woods, IL 60047 | | H | | | | | 25.00 |

Sheet no. __69__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    145.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                          Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nippon Life Insurance Co. Of Americ** <br> **PO Box 39710** <br> **Colorado Springs, CO 80949** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **NIU Student Insurance Office** <br> **Health Service Bldg Room 201** <br> **DeKalb, IL 60115** | | H | **Notice Only** | | | | 0.00 |
| Account No. **Multiple accounts** <br><br> **Nordic Energy** <br> **Lockbox 778240** <br> **350 E. Devon Ave.** <br> **Itasca, IL 60143** | | J | **Notice Only** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx6314** <br><br> **Nordstrom FSB** <br> **Attention: Bankruptcy Department** <br> **Po Box 6566** <br> **Englewood, CO 80155** | | W | **Opened 7/01/07 Last Active 3/01/12** <br> **CreditCard** | | | | 82.00 |
| Account No. **xxxxxxxxxxxx6314** <br><br> **Nordstrom FSB** <br> **Attention: Bankruptcy Department** <br> **Po Box 6566** <br> **Englewood, CO 80155** | | W | **Opened 7/01/07 Last Active 3/01/12** <br> **CreditCard** | | | | 82.00 |

Sheet no. __70__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **164.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**
                                               **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Norman Padnos** **2739 Karen Lane** **Glenview, IL 60025** | | H | | **Debt Owed** | | | | **96.48** |
| Account No. **Norman Rich** **18427 Springwood Drive** **Grayslake, IL 60030** | | H | | **Debt Owed** | | | | **115.00** |
| Account No. **North American Administrators** **PO Box 765** **Buffalo, NY 14226** | | H | | **Notice Only** | | | | **0.00** |
| Account No. xxxxxxxx9108 **North Shore Gas** **Prudential Bldg** **130 E. Randolph Dr.** **Chicago, IL 60601** | | J | | **Utility/Cable Services** | | | | **0.00** |
| Account No. **North Shore Gas** **P.O. Box A3991** **Chicago, IL 60690** | | | | **Representing:** **North Shore Gas** | | | | **Notice Only** |

Sheet no. __71__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**211.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**  Case No. _____
     **Tonya Lynn Drexler**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | H | Notice Only | | | | |
| **NPPN Wausau Benefits** **PO Box 7047** **Middletown, NY 10940** | | | | | | | 0.00 |
| Account No. **xx6664** | | J | Notice Only | | | | |
| **Office Depot** **PO Box 88040** **Chicago, IL 60680** | | | | | | | 0.00 |
| Account No. | | H | Notice Only | | | | |
| **Office of Student Health Insurance** **Campus Box 2541** **Normal, IL 61790** | | | | | | | 0.00 |
| Account No. | | H | Notice Only | | | | |
| **Onenation Benefit Administrator** **PO Box 1268** **Columbus, OH 43216** | | | | | | | 0.00 |
| Account No. **x1277** | | J | Notice Only | | | | |
| **Ovation Medical** **P.O. Box 80325** **City of Industry, CA 91716** | | | | | | | 0.00 |

Sheet no. __72__ of __107__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                           Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | H | | Notice Only | | | | |
| Oxford Health Plans PO Box 7082 Bridgeport, CT 06601 | | | | | | | | 0.00 |
| Account No. **xxx9302** | | J | | Notice Only | | | | |
| P.D. Rx Pharmaceuticals 727 Ann Arbor Oklahoma City, OK 73127 | | | | | | | | 0.00 |
| Account No. | | H | | Notice Only | | | | |
| Pacific Life & Annuity Benefit PO Box 33699 Phoenix, AZ 85067 | | | | | | | | 0.00 |
| Account No. | | H | | Notice Only | | | | |
| PAI/Beech Street PO Box 6702 Columbia, SC 29260 | | | | | | | | 0.00 |
| Account No. | | H | | Notice Only | | | | |
| Palmetto GBA PO Box 10066 Augusta, GA 30999 | | | | | | | | 0.00 |

Sheet no. __73__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
        **Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Debt Owed | | | | |
| Paola T. Meinzer 2301 Silver Oaks Drive Round Lake, IL 60073 | | H | | | | | | 23.50 |
| Account No. | | | | Debt Owed | | | | |
| Patrick C. Conley 34357 N. Bobolink Terrae Grayslake, IL 60030 | | H | | | | | | 17.50 |
| Account No. | | | | Debt Owed | | | | |
| Patti Kolano 1132 Larkdale Lane Elkhorn, WI 53121 | | H | | | | | | 40.00 |
| Account No. | | | | Debt Owed | | | | |
| Paul J. Gebherdt 806 Longwood Drive Lake Villa, IL 60046 | | H | | | | | | 10.00 |
| Account No. | | | | Debt Owed | | | | |
| Paul J. Souder 190 S. Winthrop Drive Round Lake, IL 60073 | | H | | | | | | 20.00 |

Sheet no. __**74**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                   **111.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
    **Tonya Lynn Drexler**
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pediatric Assocs of Arlington Hts**<br>**1229 S. Rand Rd.**<br>**Lake Zurich, IL 60047** | | J | **Business Debt** | | | | **21.00** |
| Account No.<br><br>**Pension Administrators**<br>**1626 W. Colonial Pkwy**<br>**Inverness, IL 60067** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Performax**<br>**PO Box 1065**<br>**Buffalo, NY 14226** | | H | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Performax PHCS**<br>**PO Box 61505**<br>**King of Prussia, PA 19406** | | H | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Perkin Life Insurance**<br>**PO Box 823**<br>**Buckeystown, MD 21717** | | H | **Notice Only** | | | | **0.00** |

Sheet no. __75__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
      **Tonya Lynn Drexler**                                          Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Perkin Life Insurance Company** **2505 Court Street** **Pekin, IL 61558** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Pete Blackburn** **25964 Larkin Lane** **Ingleside, IL 60041** | | H | | | | | 20.00 |
| Account No. | | | Notice Only | | | | |
| **PGBA, LLC** **Attn: Claims** **PO Box 870140** **Myrtle Beach, SC 29587** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Philadelphia American Life** **PO Box 4884** **Houston, TX 77210** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **PHP** **PO Box 2359** **Fort Wayne, IN 46801** | | H | | | | | 0.00 |

Sheet no. __76__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx3259**<br><br>**Pier 1 Imports**<br>**15150 LaGrange Rd**<br>**Orland Park, IL 60462** | | J | **Credit card purchases** | | | | 59.00 |
| Account No.<br><br>**Pier 1 Imports**<br>**P.O. Box 659617**<br>**San Antonio, TX 78265** | | | **Representing:**<br>**Pier 1 Imports** | | | | Notice Only |
| Account No.<br><br>**Pipe Fitters Welfare Fund Local**<br>**45 N. Ogden Avenue**<br>**Chicago, IL 60607** | | H | **Notice Only** | | | | 0.00 |
| Account No. **xxx3328**<br><br>**Pitney Bowes**<br>**Collections Department**<br>**PO Box 856390**<br>**Louisville, KY 40285** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Plumbers Local 93 Health & Welfare**<br>**1000 Burr Ridge Parkway, Ste 200**<br>**Willowbrook, IL 60527** | | H | **Notice Only** | | | | 0.00 |

Sheet no. **77** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
        **Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3281** <br><br> **Polymedco** <br> **P.O. Box 95816** <br> **Chicago, IL 60694** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br> **Pooja Talaty** <br> **201 Autumn Lane** <br> **Vernon Hills, IL 60061** | | H | Debt Owed | | | | 25.00 |
| Account No. <br><br> **PPO Next** <br> **PO Box 549023** <br> **Dallas, TX 75354** | | H | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxx1456** <br><br> **Prairie Creek Owners Association** <br> **P.O. Box 4346** <br> **Carol Stream, IL 60197** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br> **Prairie States Preferred Plan** <br> **PO Box 23** <br> **Sheboygan, WI 53082** | | H | Notice Only | | | | 0.00 |

Sheet no. __78__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    25.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**                                    Case No. _____
       **Tonya Lynn Drexler**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Preferred Care, Inc.** **PO Box 1235** **Frederick, MD 21702** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Principal Life Insurance Co.** **PO Box 39710** **Colorado Springs, CO 80949** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Private Healthcare IAC** **PO Box 828** **Park Ridge, IL 60068** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Private Healthcare Systems** **PO Box 2914** **Des Plaines, IL 60017** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Professional Benefits Administrator** **PO Box 4687** **Hinsdale, IL 60522** | | H | | | | | | 0.00 |

Sheet no. __79__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                                                    Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Progressive**<br>**9701 W. Higgins Road, Ste 120**<br>**Des Plaines, IL 60018** | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>**Progressive Benefit Services**<br>**PO Box 3440**<br>**Peoria, IL 61612** | | H | Notice Only | | | | 0.00 |
| Account No. **xx2645**<br><br>**PSS World Medical**<br>**62046 Collections Center Dr.**<br>**Chicago, IL 60693** | | J | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxx0427**<br><br>**Purchasing Power**<br>**P.O. Box 37184**<br>**Pittsburgh, PA 15250** | | J | Notice Only | | | | 0.00 |
| Account No. **xxxx7440**<br><br>**QUEST DIAGNOSTICS LLC**<br>**NATIONAL REGISTERED AGENTS INC**<br>**200 WEST ADAMS STREET**<br>**CHICAGO, IL 60606** | | J | Notice Only | | | | 0.00 |

Sheet no. __**80**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quest Diagnostics** <br>**PO Box 12989** <br>**Chicago, IL 60693** | | | Representing: <br>**QUEST DIAGNOSTICS LLC** | | | | **Notice Only** |
| Account No. **xxx7500** <br><br>**Quill Corporation** <br>**P.O. Box 37600** <br>**Philadelphia, PA 19101** | | J | Notice Only | | | | **0.00** |
| Account No. <br><br>**Ramakrishna Yellapantula** <br>**1225 Meadowlark Lane** <br>**Grayslake, IL 60030** | | H | Debt Owed | | | | **40.00** |
| Account No. **xxxxxx2512** <br><br>**Rapid Fill Ink** <br>**116 S. Barron Blvd.** <br>**Suite C** <br>**Grayslake, IL 60030** | | J | Notice Only | | | | **0.00** |
| Account No. <br><br>**Ray C. Harris** <br>**218 East Skokie Road** <br>**Lake Bluff, IL 60044** | | H | Debt Owed | | | | **16.79** |

Sheet no. __81__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **56.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**                                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **RBMS** **PO Box 241569** **Anchorage, AK 99524** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Rebecca Horne** **264 Ridge Way Drive** **Howard, OH 43028** | | H | | | | | | 10.00 |
| Account No. | | | | Notice Only | | | | |
| **Religious Comprehensive Trust** **1205 Windham Parkway** **Romeoville, IL 60446** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Richard Renjilian** **7125 Brae Court** **Gurnee, IL 60031** | | H | | | | | | 30.00 |
| Account No. | | | | Debt Owed | | | | |
| **Richard Wilson-Leigh** **208 Garfield Avenue** **Libertyville, IL 60048** | | H | | | | | | 30.00 |

Sheet no. __82__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **70.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
        **Tonya Lynn Drexler**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Richard Yaeger 482 East Cedar Drive Round Lake, IL 60073 | | H | | | | | 3.76 |
| Account No. | | | Debt Owed | | | | |
| Robert Hindman 207 Penny Lane Grayslake, IL 60030 | | H | | | | | 15.00 |
| Account No. | | | Debt Owed | | | | |
| Robyn Kernan 434 Donin Drive, Apt 203 Antioch, IL 60002 | | H | | | | | 20.00 |
| Account No. | | | Debt Owed | | | | |
| Roger Kaiser 34231 N. Larkspur Ct. Round Lake, IL 60073 | | H | | | | | 30.00 |
| Account No. | | | Debt Owed | | | | |
| Ronda Groth 34382 N. Bridle Lane Gurnee, IL 60031 | | H | | | | | 2.66 |

Sheet no. __83__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              71.42

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Safeco** **PO Box 461** **Saint Louis, MO 63166** | | H | | | | | | 0.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Sandra Forster** **656 Sierra Place** **Gurnee, IL 60031** | | H | | | | | | 45.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Sanjay J. Patel** **370 W. Savoy Drive** **Round Lake, IL 60073** | | H | | | | | | 15.86 |
| Account No. | | | | **Debt Owed** | | | | |
| **Sarah Kozak** **210 Thrush Circle** **Lake Villa, IL 60046** | | H | | | | | | 21.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Sarah M. Johnson** **539 Barron Blvd** **Grayslake, IL 60030** | | H | | | | | | 20.00 |

Sheet no. __84__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| Sasan Sadr 292 Jennifer Court Gurnee, IL 60031 | | H | | | | | 5.00 |
| Account No. | | | Debt Owed | | | | |
| Scott M. Dati 562 Quail Creek Drive Grayslake, IL 60030 | | H | | | | | 17.91 |
| Account No. | | | Debt Owed | | | | |
| Scott Salomon 1025 Oaktree Lake Villa, IL 60046 | | H | | | | | 80.06 |
| Account No. **Multiple accounts** | | | Debt Owed | | | | |
| Scottsdale Sonoran Vollas Assn P.O. Box 105042 Atlanta, GA 30348 | | J | | | | | 10,200.00 |
| Account No. | | | | | | | |
| Starwood P.O. Box 2980 Honolulu, HI 96820 | | | Representing: Scottsdale Sonoran Vollas Assn | | | | Notice Only |

Sheet no. __85__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    10,302.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**                                    Case No. _____
         **Tonya Lynn Drexler**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1654** <br><br> **Seacrest Services** <br> **2400 Centre Park West Dr.** <br> **West Palm Beach, FL 33409** | | J | **Debt Owed** | | | | 546.00 |
| Account No. <br><br> **Sedgwick AT&T** <br> **AT&T Intergrated Disability** <br> **PO Box 14627** <br> **Lexington, KY 40512** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Sedgwick CMS** <br> **PO Box 804417** <br> **Chicago, IL 60680** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Sevencorners** <br> **303 Congressional Blvd** <br> **Carmel, IN 46032** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Sharon Jordan** <br> **656 White Crt.** <br> **Grayslake, IL 60030** | | H | **Debt Owed** | | | | 1.98 |

Sheet no. __86__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          547.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Shred Station Express** <br>**14092 Lambs Lane** <br>**Libertyville, IL 60048** | | J | Notice Only | | | | 0.00 |
| Account No. **xx6279** <br><br>**Smilemakers** <br>**P.O. Box 2543** <br>**Spartanburg, SC 29304** | | J | Notice Only | | | | 0.00 |
| Account No. **xxxx0843** <br><br>**Sonofi Pasteur** <br>**12458 Collection Center Dr.** <br>**Chicago, IL 60693** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br>**SRS Medbill** <br>**PO Box 14205** <br>**Lexington, KY 40512** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br>**Stanley Steamer** <br>**1860 N. Rte 83, Suite120** <br>**Attn: Paul Lashuk** <br>**Grayslake, IL 60030** | | H | Notice Only | | | | 0.00 |

Sheet no. __**87**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Starmark PO Box 2942 Clinton, IA 52733 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Stat HRG PO Box 55270 Phoenix, AZ 85078 | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| State Farm PO Box 2362 Bloomington, IL 61702 | | H | | | | | 0.00 |
| Account No. **Multiple accounts** | | | Debt Owed | | | | |
| State Farm Insurance P.O. Box 680001 Dallas, TX 75368 | | J | | | | | 1,356.00 |
| Account No. | | | Notice Only | | | | |
| State Farm Insurance PO Box 2310 Bloomington, IL 61702 | | H | | | | | 0.00 |

Sheet no. __88__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,356.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| State Farm Insurance PO Box 2363 Bloomington, IL 61702 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| State Farm Insurance PO Box 2350 Bloomington, IL 61702 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| State Farm Insurance PO Box 2366 Bloomington, IL 61702 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| State Farm Insurance 901 Biesterfield Rd, Ste 103 Elk Grove Village, IL 60007 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| State Farm Mutual Auto PO Box 2308 Bloomington, IL 61702 | | H | | | | | | 0.00 |

Sheet no. __89__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
     **Tonya Lynn Drexler**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of Illinois**<br>**Dept. of Public Aid**<br>**PO Box 19105**<br>**Springfield, IL 62794** | | H | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Stephan Lang**<br>**67 Rolling Ridge Lane**<br>**Lindenhurst, IL 60046** | | H | **Debt Owed** | | | | 15.00 |
| Account No. **xxxxxx9385**<br><br>**Stericycle**<br>**P.O. Box 6575**<br>**Carol Stream, IL 60197** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Steve Rogers**<br>**450 Capital Lane**<br>**Gurnee, IL 60031** | | H | **Debt Owed** | | | | 18.00 |
| Account No.<br><br>**Steven A. Bigelow**<br>**695 Summerlyn Drive**<br>**Antioch, IL 60002** | | H | **Debt Owed** | | | | 175.95 |

Sheet no. __**90**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

208.95

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Michael Drexler,**
    **Tonya Lynn Drexler**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Debt Owed** | | | | |
| **Steven E. Barnash** **34357 Tangueray Drive** **Grayslake, IL 60030** | | H | | | | | 25.00 |
| Account No. | | | **Debt Owed** | | | | |
| **Steven M. Dincognito** **26339 N. Walnut Avenue** **Mundelein, IL 60060** | | H | | | | | 4.50 |
| Account No. | | | **Notice Only** | | | | |
| **Strategic Resources Group** **PO Box 23759** **Columbia, SC 29224** | | H | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **Superien Health Network** **PO Box 2388** **Stow, OH 44224** | | H | | | | | 0.00 |
| Account No. | | | **Debt Owed** | | | | |
| **Tammy L. VanZante** **312 Buckingham Drive** **Grayslake, IL 60030** | | H | | | | | 38.00 |

Sheet no. __91__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**     Case No. _____
**Tonya Lynn Drexler**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt Owed | | | | |
| **Tammy Pipin**<br>**1003 Evergreen Street**<br>**Mundelein, IL 60060** | | H | | | | | 106.97 |
| Account No. **xxxxx3557** | | | Opened  8/01/11  Last Active  5/18/12<br>CreditCard | | | | |
| **Target Credit Card (TC)**<br>**C/O Financial & Retail Services**<br>**Mailstop BT  P.O. Box 9475**<br>**Minneapolis, MN 55440** | | W | | | | | 187.00 |
| Account No. **xxxxxx0671** | | | Business Debt | | | | |
| **TDS Metrocom**<br>**P.O. Box 94510**<br>**Palatine, IL 60094** | | J | | | | | 241.16 |
| Account No. | | | Notice Only | | | | |
| **The Mail Handlers Benefit Plan**<br>**PO Box 24503**<br>**Tucson, AZ 85734** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **The Mail Handlers Benefit Plan**<br>**PO Box 8402**<br>**London, KY 40742** | | H | | | | | 0.00 |

Sheet no. **92** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     535.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
         **Tonya Lynn Drexler**                                                    Case No. _____

_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **The Preferred Plan, Inc.** **c/o DCA** **PO Box 2090c** **Stow, OH 44224** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Thomas J. Mottola** **630 W. Trail North** **Grayslake, IL 60030** | | H | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| **Thomas Ward** **1500 Elderberry Drive** **Libertyville, IL 60048** | | H | | | | | 180.00 |
| Account No. | | | Debt Owed | | | | |
| **Tiffany R. Hubka** **4010 W. Prestwick Street** **McHenry, IL 60050** | | H | | | | | 25.00 |
| Account No. | | | Debt Owed | | | | |
| **Tiffany Tavajian** **32927 N. John Mogg Road** **Wildwood, IL 60030** | | H | | | | | 1.65 |

Sheet no. __93__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        231.65

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Time Insurance Company** **PO Box 42033** **Hazelwood, MO 63042** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Tina Sullivan** **33052 Sears Blvd** **Grayslake, IL 60030** | | H | | | | | | 10.00 |
| Account No. | | | | Notice Only | | | | |
| **Todays Option** **PO Box 742568** **Houston, TX 77274** | | H | | | | | | 0.00 |
| Account No. | | | | Debt Owed | | | | |
| **Todd Schaefer** **19713 W. Cambrigde Road** **Mundelein, IL 60060** | | H | | | | | | 5.00 |
| Account No. | | | | Notice Only | | | | |
| **Total Broker Benefits PHCS** **225 Smith Road** **Saint Charles, IL 60174** | | H | | | | | | 0.00 |

Sheet no. __94__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **15.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**
                                          ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Travelers Insurance**<br>**PO Box 3205**<br>**Naperville, IL 60566** | | H | Notice Only | | | | 0.00 |
| Account No. <br><br>**Tricare for Life**<br>**PO Box 7890**<br>**Madison, WI 53707** | | H | Notice Only | | | | 0.00 |
| Account No. **xxxxxx8310**<br><br>**Trinsic Matrix Telecomm**<br>**P.O. Box 660780**<br>**Dallas, TX 75266** | | J | Notice Only | | | | 0.00 |
| Account No. <br><br>**Troyce L. McClinton**<br>**6171 Golfview Drive**<br>**Gurnee, IL 60031** | | H | Debt Owed | | | | 10.00 |
| Account No. <br><br>**Trustmark Insurance Company**<br>**PO Box 2942**<br>**Clinton, IA 52733** | | H | Notice Only | | | | 0.00 |

Sheet no. __**95**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
         **Tonya Lynn Drexler**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Trustmark Insurance Company**<br>**PO Box 7909**<br>**Lake Forest, IL 60045** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Trustmark Insurance Company**<br>**PO Box 7911**<br>**Lake Forest, IL 60045** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**UGS-Globalcare, Inc.**<br>**PO Box 247**<br>**Alpharetta, GA 30009** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Uma Sanzgiri**<br>**1323 Deer Run**<br>**Gurnee, IL 60031** | | H | **Debt Owed** | | | | 20.00 |
| Account No. <br><br>**UMR**<br>**PO Box 266**<br>**Onalaska, WI 54650** | | H | **Notice Only** | | | | 0.00 |

Sheet no. __96__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Michael Drexler,**
　　　　 **Tonya Lynn Drexler**                                                                    Case No. _____

_____,
　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **UMR**<br>**PO Box 30541**<br>**Salt Lake City, UT 84130** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Unicare**<br>**PO Box 5021**<br>**Bolingbrook, IL 60440** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Unicare**<br>**PO Box 5016**<br>**Bolingbrook, IL 60440** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Unicare**<br>**PO Box 4458**<br>**Chicago, IL 60680** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Unicare**<br>**PO Box 5055**<br>**Bolingbrook, IL 60440** | | H | | | | | 0.00 |

Sheet no. __97__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
     **Tonya Lynn Drexler**                                              Case No. _____

                                                                    Debtors
                                              ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Unicare 4450**<br>**PO Box 4450**<br>**Chicago, IL 60680** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **United Commercial Travelers**<br>**PO Box 159019**<br>**Columbus, OH 43215** | | H | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **United Health Care**<br>**PO Box 30541**<br>**Salt Lake City, UT 84130** | | H | | | | | 0.00 |
| Account No. **xxx5861** | | | Business Debt | | | | |
| **United Health Care**<br>**Recovery Services**<br>**P.O. Box 740804**<br>**Atlanta, GA 30374-0804** | | J | | | | | 27.55 |
| Account No. | | | Notice Only | | | | |
| **United Healthcare**<br>**PO Box 740819**<br>**Atlanta, GA 30374** | | H | | | | | 0.00 |

Sheet no. __98__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    27.55

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **United Healthcare** PO Box 30551 Salt Lake City, UT 84130 | | H | | Notice Only | | | | 0.00 |
| Account No. **United Healthcare** PO Box 30555 Salt Lake City, UT 84130 | | H | | Notice Only | | | | 0.00 |
| Account No. **United Healthcare** PO Box 30557 Salt Lake City, UT 84130 | | H | | Notice Only | | | | 0.00 |
| Account No. **United Healthcare** PO Box 30985 Salt Lake City, UT 84130 | | H | | Notice Only | | | | 0.00 |
| Account No. **United Healthcare** PO Box 740800 Atlanta, GA 30374 | | H | | Notice Only | | | | 0.00 |

Sheet no. **99** of **107** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
    **Tonya Lynn Drexler**

Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740801 Atlanta, GA 30374 | H | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740802 Atlanta, GA 30374 | H | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 981502 El Paso, TX 79998 | H | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 981504 El Paso, TX 79998 | H | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| United Healthcare PO Box 740800 Atlanta, GA 30374 | H | | | | | | | 0.00 |

Sheet no. __**100**__ of __**107**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                             (Total of this page)
        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
**Tonya Lynn Drexler**                                                        Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| United Medical Resources-Beech PO Box 145804 Cincinnati, OH 45250 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Unitedhealthcare PO Box 30551 Salt Lake City, UT 84130 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Universal Casualty Company 150 NW Point Blvd, Suite 200 Elk Grove Village, IL 60007 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| University Of Illinis Benefits Center Student Insurance 807 S. Wright Street, Ste 480 Champaign, IL 61820 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| US Dept Labor OSHA 230 S. Dearborn Street Room 3244, Attn: Robin Labedz Chicago, IL 60604 | | H | | | | | | 0.00 |

Sheet no. __101__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| US Dept. of Labor-Office PO Box 8300 District 10 CHI London, KY 40742 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| USAA Attn: Jennifer Murillo PO Box 659466 San Antonio, TX 78265 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| USAA Attn: Scott Smith PO Box 659463 San Antonio, TX 78265 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| USAA Life Insurance Company Attn: Health Claims 9800 Fredericksburg Road San Antonio, TX 78288 | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Vapor Bus International 1010 Johnson Drive Buffalo Grove, IL 60089 | | H | | | | | | 0.00 |

Sheet no. __102__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**                                    Case No. _____
       **Tonya Lynn Drexler**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x1243** <br><br> **Veolia** <br> **2230 Ernie Krueger Cir.** <br> **Waukegan, IL 60087** | | J | | Debt Owed | | | | 168.50 |
| Account No. <br><br> **Victor L. Magee** <br> **120 Cunat Blvd, Apt 2B** <br> **Richmond, IL 60071** | | H | | Debt Owed | | | | 20.00 |
| Account No. <br><br> **Vincent M. Gentile** <br> **530 Laurie Court** <br> **Grayslake, IL 60030** | | H | | Debt Owed | | | | 76.60 |
| Account No. <br><br> **Warren E. Mahoney** <br> **18260 Lindenwood** <br> **Wildwood, IL 60030** | | H | | Debt Owed | | | | 37.21 |
| Account No. <br><br> **WASAU** <br> **1431 Opus Place, Suite 300** <br> **Downers Grove, IL 60515** | | H | | Notice Only | | | | 0.00 |

Sheet no. __103__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                302.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler**                                               Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Wausau Benefits** **PO Box 8013** **Wausau, WI 54402** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Wausau Underwriters** **PO Box 245037** **Milwaukee, WI 53224** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **WEA Trust** **PO Box 7338** **Madison, WI 53707** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **WEA Trust** **PO Box 8220** **Madison, WI 53708** | | H | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Wells Fargo TPA** **PO Box 3262** **Charleston, WV 25332** | | H | | | | | | 0.00 |

Sheet no. __104_ of __107_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
       **Tonya Lynn Drexler,**                                    Case No. _____

                                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wendy Russo** <br> **1899 Heron View** <br> **Round Lake, IL 60073** | | H | **Debt Owed** | | | | 20.00 |
| Account No. <br><br> **Westbend Mutual** <br> **1900 S. 18th Avenue** <br> **West Bend, WI 53095** | | H | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Westfield Insurance** <br> **2325 Dean Street, Suite 100** <br> **Saint Charles, IL 60175** | | H | **Notice Only** | | | | 0.00 |
| Account No. xxxxxxxxxxxx6375 <br><br> **Wfnnb/Pottery Barn** <br> **Attention: Bankruptcy** <br> **P.O. Box 182685** <br> **Columbus, OH 43218** | | W | **Opened 1/01/10 Last Active 5/03/12** <br> **ChargeAccount** | | | | 539.00 |
| Account No. <br><br> **Wilken Benjamin** <br> **1018 Evergreen Street** <br> **Mundelein, IL 60060** | | H | **Debt Owed** | | | | 202.00 |

| | | |
|---|---|---|
| Sheet no. __105__ of __107__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 761.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **David Michael Drexler,**
**Tonya Lynn Drexler**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William A. McPhillips**<br>**33535 N. Royal Oak Lane #106**<br>**Grayslake, IL 60030** | | H | **Debt Owed** | | | | 0.25 |
| Account No.<br><br>**William E. Jackel Jr.**<br>**115 E. Hawthorne Blvd.**<br>**Mundelein, IL 60060** | | H | **Debt Owed** | | | | 66.37 |
| Account No.<br><br>**William E. Taylor**<br>**37625 Charlotte Drive**<br>**Wadsworth, IL 60083** | | H | **Debt Owed** | | | | 15.00 |
| Account No.<br><br>**William J. Graham**<br>**3237 Whirlway Court**<br>**Grayslake, IL 60030** | | H | **Debt Owed** | | | | 2.16 |
| Account No.<br><br>**William Sawitz**<br>**1013 Kendall Street**<br>**Geneva, IL 60134** | | H | **Debt Owed** | | | | 879.00 |

Sheet no. __106__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

962.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Michael Drexler,**
　　　**Tonya Lynn Drexler**                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Wisconsin Physician Service** <br> **PO Box 8190** <br> **Madison, WI 53708** | | H | | | | | 0.00 |
| Account No. | | | Debt Owed | | | | |
| **Youngsook S. Namkoong** <br> **327 Winding Trail Circle** <br> **Round Lake, IL 60073** | | H | | | | | 7.03 |
| Account No. | | | Debt Owed | | | | |
| **Yves Jean M. Petitcolas** <br> **33329  Valleyview Drive** <br> **Grayslake, IL 60030** | | H | | | | | 19.69 |
| Account No. | | | Debt Owed | | | | |
| **Zane R. Williamson** <br> **17810 Carriage Crossing Lane** <br> **Cypress, TX 77429** | | H | | | | | 20.00 |
| Account No. | | | | | | | |

Sheet no. __107__ of __107__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 46.72 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 213,427.41 |

B6G (Official Form 6G) (12/07)

.

In re      **David Michael Drexler,**                                              Case No. _____
            **Tonya Lynn Drexler**

_____,
                                        Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **David Michael Drexler,**                                          Case No. _____
         **Tonya Lynn Drexler**
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re  **David Michael Drexler**
**Tonya Lynn Drexler**                                      Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**3**<br>**5**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

**David Michael Drexler**

In re    **Tonya Lynn Drexler**                                                                                 Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,636.36 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | |
|    b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 325.00 |
|              b. Water and sewer | $ 65.00 |
|              c. Telephone | $ 290.00 |
|              d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 225.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 325.00 |
| 8. Transportation (not including car payments) | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|              a. Homeowner's or renter's | $ 366.22 |
|              b. Life | $ 346.50 |
|              c. Health | $ 1,480.00 |
|              d. Auto | $ 255.00 |
|              e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|      (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|              a. Auto | $ 490.81 |
|              b. Other | $ 0.00 |
|              c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
|      Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 10,134.89 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 0.00 |
| b.   Average monthly expenses from Line 18 above | $ 10,134.89 |
| c.   Monthly net income (a. minus b.) | $ -10,134.89 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David Michael Drexler**
      **Tonya Lynn Drexler**

Case No. _____

Debtor(s)

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **122** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 10, 2012**

Signature  **/s/ David Michael Drexler**
          **David Michael Drexler**
          Debtor

Date  **July 10, 2012**

Signature  **/s/ Tonya Lynn Drexler**
          **Tonya Lynn Drexler**
          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David Michael Drexler**
**Tonya Lynn Drexler**
_____   Case No. _____
Debtor(s)                          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$77,722.20** | **2012 YTD: Husband Employment Income** |
| **$336,578.00** | **2011: Husband Employment Income** |
| **$241,658.00** | **2010: Husband Employment Income** |
| **$17,120.40** | **2012 YTD: Wife Employment Income** |
| **$22,315.00** | **2011: Wife Employment Income** |
| **$9,617.00** | **2010: Wife Employment Income** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **AM Vets**<br>**2200 S. Sixth St.**<br>**Springfield, IL 62703** | **None** | **12/2011** | **Clothes ($500)** |
| **Richard Fox Breast Cancer Foundation**<br>**4745 Arapahoe Ave., #300**<br>**Boulder, CO 80303** | **None** | **10/2011** | **$200** |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Jewelry, iPad, GPS, camera, cash**<br>**Estimated total value: $46,000** | **Burglary**<br>**(Up to approximately $5,500 in insurance coverage.  Claims are pending)** | **5/25/2012** |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU**<br>**200 S. Michigan Avenue, Suite 209**<br>**Chicago, IL 60604-2406** | **2012** | **$7,000.00** |
| **Cricket Debt Counseling**<br>**10121 SE Sunnyside Rd., Ste 300**<br>**Clackamas, OR 97015** | **2012** | **$60** |
| **CIN Legal Data Services**<br>**4540 Honeywell Ct**<br>**Dayton, OH 45424** | **2012** | **$40** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jarzabek**<br>**Unknown**<br>    **None** | **5/21/2012** | **2002 Sea Ray 220SL boat sold for $13,295.01** |
| **Various**<br><br>    **None** | **June 1-2, 2012** | **Furniture auction conducted by Nostalgia Estate Sales.  Gross sale proceeds: $12,938.50.  Net proceeds: $8,955.33** |
| **Sam Yagan**<br>**1232 N. Damen**<br>**Chicago, IL 60622**<br>    **None** | **3/3/2011** | **100 E. Huron, Unit 2404, Chicago, IL 60611**<br>**Net sale proceeds: $62,086.97** |
| **Christopher & Pilar Norenberg**<br>**400 Indian Run Rd.**<br>**Avondale, PA 19311**<br>    **None** | **6/27/2012** | **22405 N. Prairie Lane, Kildeer, IL 60047**<br><br>**Sale price: $860,000.  Net proceeds: $72,386.75**<br>**($30,000 is claimed as exempt)** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Davis Fund<br>2949 E. Elvira rd, Ste 101<br>Tucson, AZ 85756 | Investment account | Closed 5/17/2012.  Balance: $8,458.15 |
| American Funds<br>P.O. Box 6007<br>Indianapolis, IN 46206 | Investment account | Closed 5/2012.  Balance: $9,168.21 |

**12.  Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Bank of America<br>790 W. IL 22<br>Lake Zurich, IL 60047 | David & Tanya Drexler | Empty | Closed 6/21/2012 |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|-------------------|---------------------------|
| **DREXLER FAMILY PRACTICE, S.C.** | 36-4452171 | **ATTN: DAVID M DREXLER 1643 NORTHWIND BLVD LIBERTYVILLE, IL 60048** | **Medical Practice** | 6/15/2001-present (no longer operating) |
| **AMAM7, LLC** | LLC File No. 02123711 | **TONYA DREXLER 22405 NORTH PRAIRIE LANE KILDEER, IL 60047** | **Real estate holding** | 3/2/2007-present |

None
☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **AMAM7, LLC** | **TONYA DREXLER 22405 NORTH PRAIRIE LANE KILDEER, IL 60047** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|------------------------|
| **Kessler, Orlean, Silver & Co. P.C. 1101 Lake Cook Rd., Suite C Deerfield, IL 60015** | **8/20/2001-present** |
| **Kessler, Orlean, Silver & Co. P.C. 1101 Lake Cook Rd., Suite C Deerfield, IL 60015** | **2007--present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Kessler, Orlean, Silver & Co. P.C.** | **1101 Lake Cook Rd., Suite C Deerfield, IL 60015** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David M. Drexler**<br>**2787 Pillsbury Way**<br>**Wellington, FL 33414** | **President** | **100% ownership** |
| **Tonya  L. Drexler**<br>**2787 Pillsbury Way**<br>**Wellington, FL 33414** | **President** | **100% ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 10, 2012**                    Signature    **/s/ David Michael Drexler**
                                                        **David Michael Drexler**
                                                        Debtor

Date  **July 10, 2012**                    Signature    **/s/ Tonya Lynn Drexler**
                                                        **Tonya Lynn Drexler**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Michael Drexler**
**Tonya Lynn Drexler**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Harris N.A.** | **Describe Property Securing Debt:**<br>**2787 Pillsbury Way, Wellington, FL 33414** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   <u>**Maintain payments without reaffirmation**</u>   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 10, 2012** _____     Signature  **/s/ David Michael Drexler** _____
                                                        **David Michael Drexler**
                                                        Debtor

Date  **July 10, 2012** _____     Signature  **/s/ Tonya Lynn Drexler** _____
                                                        **Tonya Lynn Drexler**
                                                        Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Michael Drexler**
**Tonya Lynn Drexler**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,000.00 |
| Prior to the filing of this statement I have received | $ | 7,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings; conversion; post-discharge litigation; appeals**
    **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **July 10, 2012**

**/s/ Xiaoming Wu ARDC No.**
**Xiaoming Wu ARDC No. 6274335**
**LEDFORD & WU**
**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**
**(312) 294-4400  Fax: (312) 294-4410**
**notice@ledfordwu.com**



FOR OFFICE USE
Client No. 23853
Interviewing Attorney: LW
Date: 6 8 12

# L&W

**LEDFORD & WU**
200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## CONSULTATION AGREEMENT

*THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))*

1. **Parties**: In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys.

2. **Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, including filing bankruptcy. This agreement is for purposes of that consultation only.

3. **Client's Duties**: In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

4. **Services**: The attorney agrees to provide Client with the following services:

    a.  analyzing Client's financial circumstances based on information provided by Client;

    b.  to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

    c.  if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

    d.  advising Client of the requirements placed upon Client to file a bankruptcy; and

    e.  to the extent possible, quoting a fee for providing bankruptcy assistance to Client

5. **Fees**: Unless otherwise noted below, a consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview. In the event that Client decides to retain Attorney in order to file a bankruptcy case, a new written contract, and a Model Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the services to be performed by Attorney and a breakdown of the costs.

Note: Client agrees to pay $ _____0_____ in nonrefundable consultation fee.

6. **Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

X _David Duff_  / X _Tonya Drexler_   Date: 6 /8  /12

Copyright © 2010  Ledford & Wu

# LEDFORD & WU

200 S. Michigan Ave., Suite 201 • Chicago, IL 60604
(312)294-4405   Fax: (312)294-4410

FOR OFFICE USE (7)<br>
Client: Main 385 3<br>
Responsible attorney: <em>Wu</em>

## ATTORNEY RETENTION CONTRACT

1. **Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

2. **Services:** Client retains Attorney for the following services:
☑ Chapter 7 (liquidation)  ☐ Chapter 13 (debt adjustment)  ☐ Chapter 11 (reorganization)  ☐ Other (specify): _____

3. **Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

*Amended 6/18/12 : $1000 additional fee DD YD*

4. **Fees:**
☑ Chapter 7: $ **6000** (PLUS $306 filing fee (court cost)
☐ Chapter 13: $_____ PLUS $281 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify: _____): $_____ PLUS $_____ filing fee (court cost)
☑ Expenses: $ *100* (merged credit report, credit counseling, debtor education, postage and copying)
TOTAL: $ *6100* +++ less retainer received: $ *6100* +++ Fee balance: $_____ To be paid by: _____

The legal fee is an ☑ advance payment retainer  ☐ security retainer  ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.

The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

5. **Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
*DD  TD*  The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
*DD  TD*  The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
*DD  TD*  The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
*DD  TD*  *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
*DD  TD*  Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

6. **Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in resolving requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

7. **Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and _____.

8. **Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _Tonya Drexler_   X _David Drexler_   Date: 6 18 12

Copyright © 2011 Ledford & Wu

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David Michael Drexler**
**Tonya Lynn Drexler**

           Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David Michael Drexler**
**Tonya Lynn Drexler**

Printed Name(s) of Debtor(s)

Case No. (if known)

X   **/s/ David Michael Drexler**        **July 10, 2012**

    Signature of Debtor            Date

X   **/s/ Tonya Lynn Drexler**         **July 10, 2012**

    Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David Michael Drexler**
**Tonya Lynn Drexler**                                          Case No. _____
_____    Chapter    **7**    _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **526**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 10, 2012**                          **/s/ David Michael Drexler**
_____    _____
                                   **David Michael Drexler**
                                   Signature of Debtor

Date:  **July 10, 2012**                          **/s/ Tonya Lynn Drexler**
_____    _____
                                   **Tonya Lynn Drexler**
                                   Signature of Debtor

A&H Limited Health Claim
PO Box 3726
Seattle, WA 98124


AARP
3200 East Carson Street
Lakewood, CA 90712


Academic Healthplans
c/o True Choice USA
PO Box 700307
Dallas, TX 75370


Accident Fund
Attn: Diane Hanson
PO Box 40790
Lansing, MI 48901


Accordia National
PO Box 3262
Charleston, WV 25332


ACEC/Healthplan Services
PO Box 44109
NE 69116


Acura Financial Services
P.O. Box 105027
Atlanta, GA 30348


Adam M. Whitman
18500 W. Aspen Court
Grayslake, IL 60030


Administrative Concepts, Inc.
994 Old Eagle School Rd, Ste 1005
Wayne, PA 19087


Advanced Rehab Services
325 Roebaar Dr.
Romeoville, IL 60446


AETNA
PO Box 14094
Lexington, KY 40512

AETNA
PO Box 981106
El Paso, TX 79998


AETNA
PO Box 981107
El Paso, TX 79998


AETNA
PO Box 981109
El Paso, TX 79998


AETNA
PO Box 981204
El Paso, TX 79998


AETNA
PO Box 14079
Lexington, KY 40512


AETNA
PO Box 14089
Lexington, KY 40512


AETNA
PO Box 14586
Lexington, KY 40512


AETNA Life Insurance
PO Box 18040
Columbus, OH 43218


AETNA US Healthcare
PO Box 981107
El Paso, TX 79998


AETNA-Chickering Claim Adm.
PO Box 15708
Boston, MA 02215


AFLAC
Attn: Remittance Processing Service
1932 Wynton Rd.
Columbus, GA 31999-0001

Ahmed Dudar
1465 Bell Haven Drive
Grayslake, IL 60030


AIG Claims Services
PO Box 25972
Overland Park, KS 66225


Alan J. Legood
381 S. St. Marys Road
Libertyville, IL 60048


Alan T. Handley
403 Meacham Avenue
Park Ridge, IL 60068


Allied Benefit Systems
PO Box 909786-60690
Chicago, IL 60690


Allied Benefit Systems, Inc.
PO Box 909786-60690
Chicago, IL 60690


Alliednational Globalcare, Inc.
PO Box 247
Alpharetta, GA 30009


Allscripts
2297 Paysphere Circle
Chicago, IL 60674


Allstate Insurance
PO Box 1158
Milwaukee, WI 53201


Allstate Insurance Company
PO Box 481840
Charlotte, NC 28269


Allstate Insurance Company
PO Box 650536
Medpay Central/Market Claim O
Dallas, TX 75265

Ameriben
PO Box 7186
Boise, ID 83707


American Administrative Group
PO Box 93670
Lubbock, TX 79493


American Community PHCS
PO Box 759
Buckeystown, MD 21717


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Family
20 N. Martingale Road, #400
Schaumburg, IL 60173


American Family Insurance
PO Box 6750
Libertyville, IL 60048


American Insurance Administrative
PO Box 1149
Columbus, OH 43216


American International Companie
PO Box 15701
Wilmington, DE 19850


American International Group
PO Box 249
Lombard, IL 60148


American Medical Security
PO Box 19032
Green Bay, WI 54307


American National Sprinkler
924 Turret Ct.
Mundelein, IL 60060

American Republic Ins. Co.
PO Box 2975
Clinton, IA 52733


Amerihealth Administrators
720 Blair Mill Road
Horsham, PA 19044


Angie A. Manousaridis
420 Kerry Way
Grayslake, IL 60030


Anita C. Gonzalez
PO Box 9 209 Cedar Avenue
Lake Villa, IL 60046


Anti-microbial Therapy
11771 Lee Hwy
P.O. Box 276
Sperryville, VA 22740


AS Medication Solns
P.O. Box 8
Fremont, NE 68026


Associates For Heath Care, Inc.
PO Box 981
Brookfield, WI 53008


Assurant Health
PO Box 2806
Clinton, IA 52733


Assurant Health
P.O. Box 981602
El Paso, TX 79998


Assurant Health
P.O. Box 2877
Clinton, IA 52733


Assured Assistance, Inc.
PO Box 19092
Greenville, SC 29602

Auxiant
PO Box 909991
Milwaukee, WI 53209


AVMA Group Health & Life Insurance
PO Box 909720
Chicago, IL 60690


Bank Of America
Po Box 982238
El Paso, TX 79998


Barbara  Kodlubanski
947 Manchester Circle
Grayslake, IL 60030


Basma Raclin
2893 Falling Waters
Lake Villa, IL 60046


Benefit Administrative Systems
17475 Jovanna Drive, Suite 1B
Homewood, IL 60430


Benefit Concepts
PO Box 60608
King of Prussia, PA 19406


Benefit Planners
PO Box 690450
San Antonio, TX 78269


Benefit Systems & Services I
760 Pasquinelli Drive
Westmont, IL 60559


Benemax
PO Box 950
Medfield, MA 02052


Benesight
PO Box 370
Pueblo, CO 81002

Besse Medical
1576 Solutions Circle
Chicago, IL 60677

Blue Cross Blue Shield
PO Box 805107
Chicago, IL 60680

Blue Cross Blue Shield of Illinois
300 E. Randolph St.
Chicago, IL 60601

Bridget Mabon
2956 Falling Waters Lane
Lindenhurst, IL 60046

Broadspire
Attn: Carolyn Karnes-Adjuster
PO Box 681519
Schaumburg, IL 60168

BSN Medical
P.O. Box 75166
Charlotte, NC 28275

Cambridge Insurance
PO Box 94950
Cleveland, OH 44101

Cambridge Intergrated Services G
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604

Caremark
PO Box 29005
Phoenix, AZ 85038

Carl D. Oswald
345 Moore Court 1C
Grayslake, IL 60030

Carl J. Schmitz
1008 Concord Circle
Mundelein, IL 60060

Carolyn Marshall
32020 N. Pine Ave.
Grayslake, IL 60030


Catridge World
1316 S. Milwaukee
Libertyville, IL 60048


CBCA Care Management
PO Box 902
Beattyville, KY 41311


CCMSI / 22236
PO Box 1430
Danville, IL 61834


CCN Managed Care
PO Box 5319
Tampa, FL 33675


Celtic Individual Health
PO Box 06410
Chicago, IL 60606


Certegy Payment Recover Serv.
11601 Roosevelt Blvd,
St. Petersburg, FL 33716


Chad Phipps
402 Reagan Road
Grayslake, IL 60030


Charles Bourgeois
644 Stuart Street
Grayslake, IL 60030


Charter One
1 Citizens Drive
Riverside, RI 02915


Chase
P.o. Box 15298
Wilmington, DE 19850

Chatwins Healthcare
11 Stanwix Street, Suite 1414
Pittsburgh, PA 15222


Christian Brothers Employee Ben
1205 Windham Parkway
Romeoville, IL 60446


Christine J. Nitzschke
1809 Country Drive, Apt 103
Grayslake, IL 60030


Christine Rich
18427 Springwood Drive
Grayslake, IL 60030


Christopher G. Sutherland
49 West Big Horn Drive
Hainesville, IL 60073


Christopher J. Farrell
734 Liberty Bell Lane
Libertyville, IL 60048


Chubb Insurance
233 S. Wacker Drive, Ste 4700
Chicago, IL 60606


Cigna
PO Box 29000
Atlanta, GA 30359


Cigna
PO Box 3025
Bourbonnais, IL 60914


Cigna
PO Box 5200
Scranton, PA 18505


Cigna Claims
PO Box 182223
Chattanooga, TN 37422

Cigna Healthcare
PO Box 15408
Wilmington, DE 19850


Cigna Healthcare
PO Box 188027
Chattanooga, TN 37422


Cigna Healthcare
PO Box 780
Hartford, CT 06142


Cigna Healthcare
PO Box 2100
Bourbonnais, IL 60914


Cigna International
PO Box 15050
Wilmington, DE 19850


Cindy Madson
73 Bedford Road
Mundelein, IL 60060


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


City of Evanston
Attn: Robert Gustafson
2100 Ridge Avenue
Evanston, IL 60201


Claim Management Consultants
3325 N. Arlington Hts Rd., 500A
Arlington Heights, IL 60004


Claims Management Inc.
PO Box 1288
Mailstop 3540
Bentonville, AR 72712

Claims Management Services-Firs
PO Box 10888
Green Bay, WI 54307


Classic Printery
336 W. Main St.
Round Lake, IL 60073


Clayton Klchosky
23624 Rita Drive
Harvard, IL 60033


Cobraserv
PO Box 534099
Saint Petersburg, FL 33747


Cofinity
PO Box 2720
Saint Petersburg, FL 33747


Comcast
Po Box 3001
Southeastern, PA 19398


ComEd
Bill Payment Center
Chicago, IL 60668


ComEd.Co
2100 Swift Road
Bankruptcy Dept/System Credit
Oak Brook, IL 60523


Concentra
PO Box 21607
Tampa, FL 33622


Concert Health Plan
2605 W. 22nd Street, Suite 25
Oak Brook, IL 60523


Conneticut General
PO Box 55270
Phoenix, AZ 85078

Conseco Health Insurance Company
PO Box 2024
Carmel, IN 46082


Conseco Insurance Company
PO Box 2034
Carmel, IN 46082


Continental General Insurance
PO Box 247004
Omaha, NE 68124


Coresource
PO Box 83301
Lancaster, PA 17608


Coresource
PO Box 2920
Clinton, IA 52733


Coresource PHCS
146 Industrial Park
Lake Benton, MN 56149


Country Faire Village Apt.
Attn: Yolanda Fierro
1900 Country Drive
Grayslake, IL 60030


Country Life Insurance Co.
Health Claims Dept.
PO Box 2000
Bloomington, IL 61702


County of Lake College
19351 W. Washington Street
Attn: Chad Good
Grayslake, IL 60030


Covenry Health Care
PO Box 8400
London, KY 40742

CSSC Workers Comp.
PO Box 3205
Attn: Dan Jachim
Naperville, IL 60566


CUNA Mutual Group
5810 Mineral Point Road
Madison, WI 53705


Custom Benefits Administrators
PO Box 549023
Dallas, TX 75354


Cynthia M. Roniss
1722 W. Turtle Creek Lane
Round Lake, IL 60073


Dan Hedger
322 Buckingham Drive
Grayslake, IL 60030


Daniel A. Pocius
6412 112th Avenue
Kenosha, WI 53142


Data Works
164 Division St., Suite 507
Elgin, IL 60120


David Foo
300 Harding Ave.
Libertyville, IL 60048


David Hancock
5119 Wonder Woods Road
Wonder Lake, IL 60097


David K. Cline
332 Park Avenue
Grayslake, IL 60030


David M. Neal
1409 Andover Drive
Mundelein, IL 60060

David Peterson
1152 Hedgerow
Grayslake, IL 60030


David T. Peterson
1152 Hedgerow Drive
Grayslake, IL 60030


Dean Health Plan
PO Box 56099
Madison, WI 53705


Deborah Healy
1718 Lehman Aavenue
Algonquin, IL 60102


Definity Health
PO Box 9525
Buffalo, NY 14226


Delage Landen
P.O. Box 41602
Philadelphia, PA 19191


Delphi Claims Administrator
PO Box 29
Fox River Grove, IL 60021


Deseret Mutual
PO Box 45530
Salt Lake City, UT 84145


Destiny Health
PO Box 9219
Oak Brook, IL 60523


Difinity Health UHC
PO Box 740810
Atlanta, GA 30374


Discover Financial Services
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Donna  Goss
9817 278th Avenue
Trevor, WI 53179


Donna M. Sumner
6480 Lockwood Lane
Gurnee, IL 60031


Doris Williams
1716 Brentwood Drive
Round Lake, IL 60073


Douglas E. Gibson
365 Charles Drive
Antioch, IL 60002


Edward Infante
115 W. Newbridge Lane
Round Lake, IL 60073


Eileen Soto
5722 Clover Lane
Greendale, WI 53129


Elizabeth Rehberg
33513 Cherokee Court
Grayslake, IL 60030


Elliot Construction
21 W. 171st Hill Avenue
Glen Ellyn, IL 60137


Elsie C. Souder
190 S. Winthrop Avenue
Round Lake, IL 60073


Employee Benefit Services of LO
PO Box 94488
Lubbock, TX 79493


Equal Access Health
600 Sixth Flags Dr.
Arlington, TX 76011

Eric C. Meyer
1359 W. Thorndale Avenue
Chicago, IL 60660


Eric F. Janus
18955 Old Plank Road
Grayslake, IL 60030


Farmers Insurance
406 No. Hough St., 2nd Floor
Barrington, IL 60010


Federated Mutual Insurance Comp
PO Box 60487
Indianapolis, IN 46250


Feterated Ins. Mailcode-HS 05
PO Box 50487
Indianapolis, IN 46250


Fire and Security Systems
516 W. Campus Dr.
Arlington Heights, IL 60004


First Health
PO Box 11747
Tucson, AZ 85734


First Health
PO Box 2083
Nashua, NH 03061


First Health Direct
PO Box 8400
London, KY 40742


First Health Network
PO Box 14610
Lexington, KY 40512


First Health Network
PO Box 23189
Tucson, AZ 85734

Fiserv Health
PO Box 8013
Wausau, WI 54402


Fiserve Health
PO Box 450
Pueblo, CO 81002


Footway
6131-C Lakeworth
Lake Worth, FL 33463


Foresight, Inc.
PO Box 535909
Grand Prairie, TX 75053


Forethought Life Insurance
PO Box 14659
Clearwater, FL 33766


Forethought Life Insurance
PO Box 981721
El Paso, TX 79998


Fortis Insurance
PO Box 624
Milwaukee, WI 53201


Fortis Insurance Company
501 W. Michigan
PO Box 624
Milwaukee, WI 53201


Fortis/Assurant Insurance Company
PO Box 39065
Milwaukee, WI 53201


Foundation Benefits Administration
6300 Bridgeport Parkway
Bld 3, Suite 400
Austin, TX 78730


Fox Valley Fire & Safety
2730 Pinnacle Way
Elgin, IL 60124

Fred Fischer
1338 Woodside Court
Grayslake, IL 60030


Frederick Fath
PO Box 1
Lake Villa, IL 60046


Frontpath
PO Box 5810
Troy, MI 48007


Fuchs & Roselli, Ltd
400 S. Knoll St., Suite A
Wheaton, IL 60187


GAB Robins
1 Oakhill Center, Suite 201
Westmont, IL 60559


Gabriel Ochoa
207 S. Butrick Street
Waukegan, IL 60085


Gallagher Bassett
PO Box 5220
Oak Brook Terrace, IL 60181


Gallagher Bassett
Attn: Chris Tortorella
PO Box 4000
Schaumburg, IL 60168


Gallagher Bassett UA
PO Box 4000
Schaumburg, IL 60168


Gallagher Benefit Administrator
PO Box 5227
Lisle, IL 60532


GAP
P.O.Box 530942
Atlanta, GA 30353-0942

GEHA
PO Box 4665
Independence, MO 64051


Geico
1 Geico Center
Macon, GA 31296


Gemb/select Comfort
Attn: GEMB
Po Box 103104
Roswell, GA 30076


General Casualty
PO Box 450
Freeport, IL 61032


General Injectables & Vaccines
P.O. Box 223028
Pittsburgh, PA 15251


Genzyme Biosurgery
P.O. Box 223122
Pittsburgh, PA 15251


Glencoe Post Office
336 Hazel Road
Glencoe, IL 60022


Globe Life and Accident Ins.
PO Box 8080
McKinney, TX 75070


Golden Rule Insurance Co.
712 Eleventh Street
Lawrenceville, IL 62439


Great West
1000 Greatwest Drive
Kennett, MO 63857


Great West Healthcare/Cigna
1000 Great West Drive
Kennett, MO 63857

Greg F. Puerkel
628 Robin Court
Grayslake, IL 60030


Group & Pension Admin.
PO Box 830248
Richardson, TX 75083


Group Administrators, LTD
450 East Remington Road
Schaumburg, IL 60173


Group Administrators, LTD
PO Box 95600
Hoffman Estates, IL 60195


Guardian
PO Box 8007
Appleton, WI 54913


Guardian
PO Box 8019
Appleton, WI 54912


Guardian
PO Box 423
East Bridgewater, MA 02333


Guardian PHCS
PO Box 4628
Hinsdale, IL 60522


Harold R. Goodwin
226 Stillwater Drive
Hainesville, IL 60030


Harris Bank
Bankruptcy Department
PO Box 5037
Rolling Meadows, IL 60008-5037


Harris N.A.
3800 Golf Rd Ste. 300
Rolling Meadows, IL 60008

Hartford Insurance
P.O.Box 14170
Lexington, KY 40512


Health EOS/Multiplan
PO Box 6090
De Pere, WI 54115


Health New England
One Monarch Place, Suite 1500
Indian Orchard, MA 01151


Healthlink
PO Box 419104
MO 63741


Healthnet Commercial Claims
PO Box 14702
Lexington, KY 40512


Healthnetwork Golden Rule Ins.
PO Box 200037
Arlington, TX 76006


Herbert J. Spahr
421 Eagle Point Landing
Eureka, MO 63025


HFN3428
PO Box 3428
Hinsdale, IL 60522


Honda Financial Services
PO Box 5308
Elgin, IL 60121-5308


Humana
PO Box 14602
Lexington, KY 40512


Humana Claims
PO Box 14610
Lexington, KY 40512

Humana Claims Office
PO Box 14635
Lexington, KY 40512


Humana Claims Office
PO Box 14601
Lexington, KY 40512


Humana Gold Office
PGBA Claims & Correspondence
Florence, SC 29502


Humana HMO
PO Box 14601
Lexington, KY 40512


IADA Claims Administration
PO Box 3583
Springfield, IL 62708


Ian A. Giles
1985 Meadowview Drive
Round Lake, IL 60073


Ice Mountain Direct
6661 Dixie Hwy, Ste 4
Louisville, KY 40258


Ilango Ramachandran
529 Arlington Lane
Grayslake, IL 60030


Illinois Dept. of Transportation
Attn: Workers Compensation
201 W. Center Court
Schaumburg, IL 60196


Illinois Secretary of State
2701 W. Dirksen Parkway
Springfield, IL 62723


Illinois Secretary of State
3701 Winchester Rd.
Springfield, IL 62707

Image Systems and Business
1776 commerce Dr.
Elk Grove Village, IL 60007


Indiana Insurance Company
PO Box 1967
Indianapolis, IN 46206


Ingenix
P.O. Box 27116
Salt Lake City, UT 84127


Insurance Center
PO Box 982009
North Richland Hills, TX 76182


Insurance Center
PO Box 982017
North Richland Hills, TX 76182


J.F. Molloy & Assoc., Inc.
PO Box 68947
Indianapolis, IN 46268


James Staley
219 Denise Drive
Round Lake, IL 60073


Jamie Wamsley
168 Park Place
Grayslake, IL 60030


Jeanne Micucci
308 Normandy Lane
Grayslake, IL 60030


Jeff A. Goldberg
1106 Prairie Trail
Grayslake, IL 60030


Jeff Wilcox
1638 S. Amarias
Round Lake, IL 60073

Jeff Wilcox
44 Cambridge Ct.
Anderson, IN 46012


Jeffrey Brennan
201 S. Stewart Avenue
Libertyville, IL 60048


Jeffrey Frye
18366 Meander Drive
Grayslake, IL 60030


Jeffrey M. Burkart
34224 Goldenrod Road
Round Lake, IL 60073


Jeffrey Paronto
37238 Twin Oaks Drive
Lake Villa, IL 60046


Jeffrey Paronto
33678 No. Lake Shore Drive
Grayslake, IL 60030


Jeffrey Wilcox
1638 S. Amarias
Round Lake, IL 60073


Jenna L. Schindler
1033 S. Arlington Court
Round Lake, IL 60073


Jennifer A. Kovacs
1511 Shermer Road
Northbrook, IL 60062


Jeremy Lesser
12 Victory Parkway
Crystal Lake, IL 60014


Jeri A. Graham
43015 N. Lake Avenue
Antioch, IL 60002

Jewel Foods Stores
1501 S. Lake Street
Attn: Joe Kubiak
Mundelein, IL 60060


John Alden LIfe Insurance Company
PO Box 42034
Hazelwood, MO 63042


John Alden Life Insurance Company
PO Box 1599
Boise, ID 83701


John Hickey
PO Box 10
West Union, SC 29696


Joseph W. Aeverman
33664 Gages Lake Drive
Grayslake, IL 60030


Joyce Robison
1812 Sussex Walk
Schaumburg, IL 60195


Judy Sheilds
1127 Woodrige
Round Lake, IL 60073


Kathleen Porter
389 York Drive
Grayslake, IL 60030


Kelly E. Pehler
34291 N. Old Walnut Circle
Gurnee, IL 60031


Kessler Orlean & Silver
1101 Lake Cook Rd.
Deerfield, IL 60015


Kevin Locke
5518 22nd Avenue
Kenosha, WI 53140

Kimberlee Washburn
1913 W. Cullom Avenue, #1
Chicago, IL 60611

Kimberly Peresunko
700 Weidner Road, 205
Buffalo Grove, IL 60089

Kristy A. Otterbein
1208 Manchester Drive
Mundelein, IL 60060

Kurt Cassin
1757 Fairport Drive
Grayslake, IL 60030

Laborers Pension & Welfare FU
Attn: Claims Dept
11465 W. Cermak
Westchester, IL 60154

Laborers Welfare Fund
11465 W. Cermak Road
Westchester, IL 60154

Lake County Collector
18 N. County Street
Room 102
Waukegan, IL 60085

Laura Howdle
611 W. Brittany Drive
Arlington Heights, IL 60004

Leah Brock
4814 Middle Road
Gurnee, IL 60031

Leslie Miranda
2827 W. Glenflora Avenue, Apt 308
Waukegan, IL 60085

Liberty Mutual
1000 N. Plaza, 7th Floor
Schaumburg, IL 60173

Liberty Mutual
PO Box 967900
Schaumburg, IL 60196


Libertyville Centre Condo Assn.
1635 Northwind Blvd.
Libertyville, IL 60048


Lisa Maratea
365 Longhill Road
Gurnee, IL 60031


Lisa Poray
336 Big Horn Drive
Hainesville, IL 60030


Local 701 Welfare Fund
500 W. Plainfield Road
La Grange, IL 60525


Lori L. Benjamin
1018 Evergreen Street
Mundelein, IL 60060


Lubov Mozolev
357 Behm Drive
Grayslake, IL 60030


Lumenos
PO Box 69309
Harrisburg, PA 17106


Lynn Salisbury
16700 W. Apple Lane
Gurnee, IL 60031


Maksin Management
PO Box 2647
Camden, NJ 08101


Marilyn Matthes
39825 Crabapple Drive
Antioch, IL 60002

Mark G. Anderson
410 Sommerset
Grayslake, IL 60030

Mark Martin
1284 Hedgerow Drive
Grayslake, IL 60030

Mark Ruhlmann
989 Shooting Star Road
Grayslake, IL 60030

Mark Schultz
13025 W. Wall Avenue
Waukegan, IL 60085

Martha J. Cedillo
1215 Pheasant Run
Zion, IL 60099

Mary Merlock
320 Prairie Avenue
Winthrop Harbor, IL 60096

Matthew & Associates
870 E. Higgins Rd.
Schaumburg, IL 60173

McKesson Med/Surg.
P.O. Box 740215
Cincinnati, OH 45274

Medco Supply Co.
21773 Netword Place
Chicago, IL 60673

Medical Arts Press
P.O. Box 37647
Philadelphia, PA 19101

Medical Assoc. Health Plans
1605 Associates Drive, Suite 101
PO Box 5002
Dubuque, IA 52004

Medical Benefit Administrators
PO Box 909991
Milwaukee, WI 53209


Medical Mutual
PO Box 94776
Cleveland, OH 44101


Medical Outfitters
P.O. Box 85073
Chicago, IL 60680


Medicare
PO Box 4433
Marion, IL 62959


Medicare Secondary
PO Box 4433
Marion, IL 62959


Mega Health & Health Insurance
PO Box 981606
El Paso, TX 79998


Megan C. Blazincic
2915 Kingston Drive
Island Lake, IL 60042


Melissa D. Cortez
920 Highgate Lane
Grayslake, IL 60030


Merck and Co.
P.O. Box 5254
Carol Stream, IL 60197


Meritain Health
PO Box 27267
Minneapolis, MN 55427


Metro Rish Mgmt Agency
Attn: Eileen Devine
420 W. Dempster Street
Mount Prospect, IL 60056

Michael Battaglia
55 N. Caribou Drive
Grayslake, IL 60030

Michael J. Earl
15 Woodland Avenue
Fox Lake, IL 60020

Michael J. Firca
PO Box 5347
Vernon Hills, IL 60061

Michael Labruyere
60 Fairfeild Road
Lindenhurst, IL 60046

Michael McCully
484 Mitchell Drive
Grayslake, IL 60030

Michael R. Ley
464 Dublin Drive
Mundelein, IL 60060

Michael W. Welsek
600 Crabtree Court
Lindenhurst, IL 60041

Midwest Security PHCS
2700 Midwest Drive
Onalaska, WI 54650

Miguel Menendez
1203 New York Street
Waukegan, IL 60085

Mike J. Werner
893 Essex Circle
Grayslake, IL 60030

Missionay Medical
PO Box 45730
Salt Lake City, UT 84145

Mitchell Reyes
265 W. Newbridge Lane
Round Lake, IL 60073

Motorola Health Advantage Plan
PO Box 29005
Grandin, ND 58038

Mueller Sports Medicine
Lock Box 78356
Milwaukee, WI 53278

Mutual Omaha Supp
Mutual Plaza
Omaha, NE 68175

NALC Health Plan Benefit
20547 Waverly Court
Ashburn, VA 20149

Nationwide Argibusiness Insurance
1100 Locust, Dept 3010
Des Moines, IA 50391

Nguyen Hue
326 W. Whispering Oaks Ln.
Round Lake, IL 60073

Nicole Gardner
3333 Stratford Court, Unit 2C
Lake Bluff, IL 60044

Nicor
Attention: Bankruptcy & Collections
PO Box 549
Aurora, IL 60507

Nicor Gas
PO Box 2020
Aurora, IL 60507

Nina Austin
62 Seneca Avenue
Hawthorn Woods, IL 60047

Nippon Life Insurance Co. Of Americ
PO Box 39710
Colorado Springs, CO 80949


NIU Student Insurance Office
Health Service Bldg Room 201
DeKalb, IL 60115


Nordic Energy
Lockbox 778240
350 E. Devon Ave.
Itasca, IL 60143


Nordstrom FSB
Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155


Norman Padnos
2739 Karen Lane
Glenview, IL 60025


Norman Rich
18427 Springwood Drive
Grayslake, IL 60030


North American Administrators
PO Box 765
Buffalo, NY 14226


North Shore Gas
Prudential Bldg
130 E. Randolph Dr.
Chicago, IL 60601


North Shore Gas
P.O. Box A3991
Chicago, IL 60690


NPPN Wausau Benefits
PO Box 7047
Middletown, NY 10940

Office Depot
PO Box 88040
Chicago, IL 60680


Office of Student Health Insurance
Campus Box 2541
Normal, IL 61790


Onenation Benefit Administrator
PO Box 1268
Columbus, OH 43216


Ovation Medical
P.O. Box 80325
City of Industry, CA 91716


Oxford Health Plans
PO Box 7082
Bridgeport, CT 06601


P.D. Rx Pharmaceuticals
727 Ann Arbor
Oklahoma City, OK 73127


Pacific Life & Annuity Benefit
PO Box 33699
Phoenix, AZ 85067


PAI/Beech Street
PO Box 6702
Columbia, SC 29260


Palmetto GBA
PO Box 10066
Augusta, GA 30999


Paola T. Meinzer
2301 Silver Oaks Drive
Round Lake, IL 60073


Patrick C. Conley
34357 N. Bobolink Terrae
Grayslake, IL 60030

Patti Kolano
1132 Larkdale Lane
Elkhorn, WI 53121


Paul J. Gebherdt
806 Longwood Drive
Lake Villa, IL 60046


Paul J. Souder
190 S. Winthrop Drive
Round Lake, IL 60073


Pediatric Assocs of Arlington Hts
1229 S. Rand Rd.
Lake Zurich, IL 60047


Pension Administrators
1626 W. Colonial Pkwy
Inverness, IL 60067


Performax
PO Box 1065
Buffalo, NY 14226


Performax PHCS
PO Box 61505
King of Prussia, PA 19406


Perkin Life Insurance
PO Box 823
Buckeystown, MD 21717


Perkin Life Insurance Company
2505 Court Street
Pekin, IL 61558


Pete Blackburn
25964 Larkin Lane
Ingleside, IL 60041


PGBA, LLC
Attn: Claims
PO Box 870140
Myrtle Beach, SC 29587

Philadelphia American Life
PO Box 4884
Houston, TX 77210


PHP
PO Box 2359
Fort Wayne, IN 46801


Pier 1 Imports
15150 LaGrange Rd
Orland Park, IL 60462


Pier 1 Imports
P.O. Box 659617
San Antonio, TX 78265


Pipe Fitters Welfare Fund Local
45 N. Ogden Avenue
Chicago, IL 60607


Pitney Bowes
Collections Department
PO Box 856390
Louisville, KY 40285


Plumbers Local 93 Health & Welfare
1000 Burr Ridge Parkway, Ste 200
Willowbrook, IL 60527


Polymedco
P.O. Box 95816
Chicago, IL 60694


Pooja Talaty
201 Autumn Lane
Vernon Hills, IL 60061


PPO Next
PO Box 549023
Dallas, TX 75354


Prairie Creek Owners Association
P.O. Box 4346
Carol Stream, IL 60197

Prairie States Preferred Plan
PO Box 23
Sheboygan, WI 53082


Preferred Care, Inc.
PO Box 1235
Frederick, MD 21702


Principal Life Insurance Co.
PO Box 39710
Colorado Springs, CO 80949


Private Healthcare IAC
PO Box 828
Park Ridge, IL 60068


Private Healthcare Systems
PO Box 2914
Des Plaines, IL 60017


Professional Benefits Administrator
PO Box 4687
Hinsdale, IL 60522


Progressive
9701 W. Higgins Road, Ste 120
Des Plaines, IL 60018


Progressive Benefit Services
PO Box 3440
Peoria, IL 61612


PSS World Medical
62046 Collections Center Dr.
Chicago, IL 60693


Purchasing Power
P.O. Box 37184
Pittsburgh, PA 15250


Quest Diagnostics
PO Box 12989
Chicago, IL 60693

QUEST DIAGNOSTICS LLC
NATIONAL REGISTERED AGENTS INC
200 WEST ADAMS STREET
CHICAGO, IL 60606


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


Ramakrishna Yellapantula
1225 Meadowlark Lane
Grayslake, IL 60030


Rapid Fill Ink
116 S. Barron Blvd.
Suite C
Grayslake, IL 60030


Ray C. Harris
218 East Skokie Road
Lake Bluff, IL 60044


RBMS
PO Box 241569
Anchorage, AK 99524


Rebecca Horne
264 Ridge Way Drive
Howard, OH 43028


Religious Comprehensive Trust
1205 Windham Parkway
Romeoville, IL 60446


Richard Renjilian
7125 Brae Court
Gurnee, IL 60031


Richard Wilson-Leigh
208 Garfield Avenue
Libertyville, IL 60048


Richard Yaeger
482 East Cedar Drive
Round Lake, IL 60073

Robert Hindman
207 Penny Lane
Grayslake, IL 60030


Robyn Kernan
434 Donin Drive, Apt 203
Antioch, IL 60002


Roger Kaiser
34231 N. Larkspur Ct.
Round Lake, IL 60073


Ronda Groth
34382 N. Bridle Lane
Gurnee, IL 60031


Safeco
PO Box 461
Saint Louis, MO 63166


Sandra Forster
656 Sierra Place
Gurnee, IL 60031


Sanjay J. Patel
370 W. Savoy Drive
Round Lake, IL 60073


Sarah Kozak
210 Thrush Circle
Lake Villa, IL 60046


Sarah M. Johnson
539 Barron Blvd
Grayslake, IL 60030


Sasan Sadr
292 Jennifer Court
Gurnee, IL 60031


Scott M. Dati
562 Quail Creek Drive
Grayslake, IL 60030

Scott Salomon
1025 Oaktree
Lake Villa, IL 60046


Scottsdale Sonoran Vollas Assn
P.O. Box 105042
Atlanta, GA 30348


Seacrest Services
2400 Centre Park West Dr.
West Palm Beach, FL 33409


Sedgwick AT&T
AT&T Intergrated Disability
PO Box 14627
Lexington, KY 40512


Sedgwick CMS
PO Box 804417
Chicago, IL 60680


Sevencorners
303 Congressional Blvd
Carmel, IN 46032


Sharon Jordan
656 White Crt.
Grayslake, IL 60030


Shred Station Express
14092 Lambs Lane
Libertyville, IL 60048


Smilemakers
P.O. Box 2543
Spartanburg, SC 29304


Sonofi Pasteur
12458 Collection Center Dr.
Chicago, IL 60693


SRS Medbill
PO Box 14205
Lexington, KY 40512

Stanley Steamer
1860 N. Rte 83, Suite120
Attn: Paul Lashuk
Grayslake, IL 60030


Starmark
PO Box 2942
Clinton, IA 52733


Starwood
P.O. Box 2980
Honolulu, HI 96820


Stat HRG
PO Box 55270
Phoenix, AZ 85078


State Farm
PO Box 2362
Bloomington, IL 61702


State Farm Insurance
P.O. Box 680001
Dallas, TX 75368


State Farm Insurance
PO Box 2310
Bloomington, IL 61702


State Farm Insurance
PO Box 2363
Bloomington, IL 61702


State Farm Insurance
PO Box 2350
Bloomington, IL 61702


State Farm Insurance
PO Box 2366
Bloomington, IL 61702


State Farm Insurance
901 Biesterfield Rd, Ste 103
Elk Grove Village, IL 60007

State Farm Mutual Auto
PO Box 2308
Bloomington, IL 61702


State of Illinois
Dept. of Public Aid
PO Box 19105
Springfield, IL 62794


Stephan Lang
67 Rolling Ridge Lane
Lindenhurst, IL 60046


Stericycle
P.O. Box 6575
Carol Stream, IL 60197


Steve Rogers
450 Capital Lane
Gurnee, IL 60031


Steven A. Bigelow
695 Summerlyn Drive
Antioch, IL 60002


Steven E. Barnash
34357 Tangueray Drive
Grayslake, IL 60030


Steven M. Dincognito
26339 N. Walnut Avenue
Mundelein, IL 60060


Strategic Resources Group
PO Box 23759
Columbia, SC 29224


Superien Health Network
PO Box 2388
Stow, OH 44224


Tammy L. VanZante
312 Buckingham Drive
Grayslake, IL 60030

Tammy Pipin
1003 Evergreen Street
Mundelein, IL 60060


Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440


TDS Metrocom
P.O. Box 94510
Palatine, IL 60094


The Mail Handlers Benefit Plan
PO Box 24503
Tucson, AZ 85734


The Mail Handlers Benefit Plan
PO Box 8402
London, KY 40742


The Preferred Plan, Inc.
c/o DCA
PO Box 2090c
Stow, OH 44224


Thomas J. Mottola
630 W. Trail North
Grayslake, IL 60030


Thomas Ward
1500 Elderberry Drive
Libertyville, IL 60048


Tiffany R. Hubka
4010 W. Prestwick Street
McHenry, IL 60050


Tiffany Tavajian
32927 N. John Mogg Road
Wildwood, IL 60030


Time Insurance Company
PO Box 42033
Hazelwood, MO 63042

Tina Sullivan
33052 Sears Blvd
Grayslake, IL 60030


Todays Option
PO Box 742568
Houston, TX 77274


Todd Schaefer
19713 W. Cambrigde Road
Mundelein, IL 60060


Total Broker Benefits PHCS
225 Smith Road
Saint Charles, IL 60174


Travelers Insurance
PO Box 3205
Naperville, IL 60566


Tricare for Life
PO Box 7890
Madison, WI 53707


Trinsic Matrix Telecomm
P.O. Box 660780
Dallas, TX 75266


Troyce L. McClinton
6171 Golfview Drive
Gurnee, IL 60031


Trustmark Insurance Company
PO Box 2942
Clinton, IA 52733


Trustmark Insurance Company
PO Box 7909
Lake Forest, IL 60045


Trustmark Insurance Company
PO Box 7911
Lake Forest, IL 60045

UGS-Globalcare, Inc.
PO Box 247
Alpharetta, GA 30009


Uma Sanzgiri
1323 Deer Run
Gurnee, IL 60031


UMR
PO Box 266
Onalaska, WI 54650


UMR
PO Box 30541
Salt Lake City, UT 84130


Unicare
PO Box 5021
Bolingbrook, IL 60440


Unicare
PO Box 5016
Bolingbrook, IL 60440


Unicare
PO Box 4458
Chicago, IL 60680


Unicare
PO Box 5055
Bolingbrook, IL 60440


Unicare 4450
PO Box 4450
Chicago, IL 60680


United Commercial Travelers
PO Box 159019
Columbus, OH 43215


United Health Care
PO Box 30541
Salt Lake City, UT 84130

United Health Care
Recovery Services
P.O. Box 740804
Atlanta, GA 30374-0804


United Healthcare
PO Box 740819
Atlanta, GA 30374


United Healthcare
PO Box 30551
Salt Lake City, UT 84130


United Healthcare
PO Box 30555
Salt Lake City, UT 84130


United Healthcare
PO Box 30557
Salt Lake City, UT 84130


United Healthcare
PO Box 30985
Salt Lake City, UT 84130


United Healthcare
PO Box 740800
Atlanta, GA 30374


United Healthcare
PO Box 740801
Atlanta, GA 30374


United Healthcare
PO Box 740802
Atlanta, GA 30374


United Healthcare
PO Box 981502
El Paso, TX 79998


United Healthcare
PO Box 981504
El Paso, TX 79998

United Medical Resources-Beech
PO Box 145804
Cincinnati, OH 45250


Unitedhealthcare
PO Box 30551
Salt Lake City, UT 84130


Universal Casualty Company
150 NW Point Blvd, Suite 200
Elk Grove Village, IL 60007


University Of Illinis
Benefits Center Student Insurance
807 S. Wright Street, Ste 480
Champaign, IL 61820


US Dept Labor OSHA
230 S. Dearborn Street
Room 3244, Attn: Robin Labedz
Chicago, IL 60604


US Dept. of Labor-Office
PO Box 8300
District 10 CHI
London, KY 40742


USAA
Attn: Jennifer Murillo
PO Box 659466
San Antonio, TX 78265


USAA
Attn: Scott Smith
PO Box 659463
San Antonio, TX 78265


USAA Life Insurance Company
Attn: Health Claims
9800 Fredericksburg Road
San Antonio, TX 78288


Vapor Bus International
1010 Johnson Drive
Buffalo Grove, IL 60089

Veolia
2230 Ernie Krueger Cir.
Waukegan, IL 60087


Victor L. Magee
120 Cunat Blvd, Apt 2B
Richmond, IL 60071


Vincent M. Gentile
530 Laurie Court
Grayslake, IL 60030


Warren E. Mahoney
18260 Lindenwood
Wildwood, IL 60030


WASAU
1431 Opus Place, Suite 300
Downers Grove, IL 60515


Wausau Benefits
PO Box 8013
Wausau, WI 54402


Wausau Underwriters
PO Box 245037
Milwaukee, WI 53224


WEA Trust
PO Box 7338
Madison, WI 53707


WEA Trust
PO Box 8220
Madison, WI 53708


Wells Fargo TPA
PO Box 3262
Charleston, WV 25332


Wendy Russo
1899 Heron View
Round Lake, IL 60073

Westbend Mutual
1900 S. 18th Avenue
West Bend, WI 53095


Westfield Insurance
2325 Dean Street, Suite 100
Saint Charles, IL 60175


Wfnnb/Pottery Barn
Attention: Bankruptcy
P.O. Box 182685
Columbus, OH 43218


Wilken Benjamin
1018 Evergreen Street
Mundelein, IL 60060


William A. McPhillips
33535 N. Royal Oak Lane #106
Grayslake, IL 60030


William E. Jackel Jr.
115 E. Hawthorne Blvd.
Mundelein, IL 60060


William E. Taylor
37625 Charlotte Drive
Wadsworth, IL 60083


William J. Graham
3237 Whirlway Court
Grayslake, IL 60030


William Sawitz
1013 Kendall Street
Geneva, IL 60134


Wisconsin Physician Service
PO Box 8190
Madison, WI 53708


Youngsook S. Namkoong
327 Winding Trail Circle
Round Lake, IL 60073

Yves Jean M. Petitcolas
33329 Valleyview Drive
Grayslake, IL 60030


Zane R. Williamson
17810 Carriage Crossing Lane
Cypress, TX 77429