UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: DREXLER, DAVID MICHAEL § <br> DREXLER, TONYA LYNN § <br> § <br> Debtor(s) § | Case No. 12-27452-ABG |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on May 29, 2015 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 04/27/2015          By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DREXLER, DAVID MICHAEL | § | Case No. 12-27452-ABG |
| DREXLER, TONYA LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 45,587.17 |
| *and approved disbursements of* | $ | 1,859.55 |
| *leaving a balance on hand of* [1] | $ | 43,727.62 |

**Balance on hand:**    $    43,727.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    43,727.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 5,308.72 | 0.00 | 5,308.72 |
| Other Expenses: Clerk of the US Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:    $    5,568.72
Remaining balance:    $    38,158.90

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 38,158.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 38,158.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,394,898.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | Charter One, a division of RBS Citizens, N.A. | 1,366,551.47 | 0.00 | 37,383.41 |
| 2 | American InfoSource LP as agent for | 216.41 | 0.00 | 5.92 |
| 3 | Discover Bank | 77.32 | 0.00 | 2.12 |
| 4 | Discover Bank | 204.94 | 0.00 | 5.61 |
| 5 | Acura Financial Services | 3,771.27 | 0.00 | 103.17 |
| 6 | Acura Financial Services | 7,949.19 | 0.00 | 217.46 |
| 7 | Acura Financial Services | 6,956.02 | 0.00 | 190.29 |
| 9 | Quantum3 Group LLC as agent for | 439.77 | 0.00 | 12.03 |
| 10 | Quantum3 Group LLC as agent for | 59.23 | 0.00 | 1.62 |
| 11 | American Express Bank, FSB | 8,673.28 | 0.00 | 237.27 |

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 38,158.90 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOHN E. GIERUM
                                   Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                  Case No. 12-27452-ABG
David Michael Drexler                                                   Chapter 7
Tonya Lynn Drexler
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                  Page 1 of 9                  Date Rcvd: May 05, 2015
                              Form ID: pdf006              Total Noticed: 476


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2015.
db           #+David Michael Drexler,    2787 Pillsbury Way,    Wellington, FL 33414-3500
jdb          #+Tonya Lynn Drexler,    2787 Pillsbury Way,    Wellington, FL 33414-3500
19134198      +A&H Limited Health Claim,    PO Box 3726,    Seattle, WA 98124-3726
19134199      +AARP,   3200 East Carson Street,    Lakewood, CA 90712-4096
19134213      +AETNA,    PO Box 14079,    Lexington, KY 40512-4079
19134209      +AETNA,    PO Box 981106,    El Paso, TX 79998-1106
19134210      +AETNA,    PO Box 981107,    El Paso, TX 79998-1107
19134214      +AETNA,    PO Box 14089,    Lexington, KY 40512-4089
19134208      +AETNA,    PO Box 14094,    Lexington, KY 40512-4094
19134215      +AETNA,    PO Box 14586,    Lexington, KY 40512-4586
19134211      +AETNA,    PO Box 981109,    El Paso, TX 79998-1109
19134212     #+AETNA,    PO Box 981204,    El Paso, TX 79998-1204
19134216       AETNA Life Insurance,   PO Box 18040,    Columbus, OH 43218
19134217      +AETNA US Healthcare,    PO Box 981107,    El Paso, TX 79998-1107
19134218      +AETNA-Chickering Claim Adm.,    PO Box 15708,    Boston, MA 02215-0014
19134219       AFLAC,   Attn: Remittance Processing Service,    1932 Wynton Rd.,    Columbus, GA 31999-0001
19134221      +AIG Claims Services,    PO Box 25972,    Overland Park, KS 66225-5972
19134247      +AS Medication Solns,    P.O. Box 8,    Fremont, NE 68026-0008
19134254     #+AVMA Group Health & Life Insurance,    PO Box 909720,    Chicago, IL 60690-9720
19134200      +Academic Healthplans,    c/o True Choice USA,    PO Box 700307,    Dallas, TX 75370-0307
19134202      +Accordia National,    PO Box 3262,    Charleston, WV 25332-3262
19134206      +Administrative Concepts, Inc.,    994 Old Eagle School Rd, Ste 1005,    Wayne, PA 19087-1802
19134207      +Advanced Rehab Services,    325 Roebaar Dr.,    Romeoville, IL 60446-1170
19134220      +Ahmed Dudar,    1465 Bell Haven Drive,    Grayslake, IL 60030-7908
19134222      +Alan J. Legood,    381 S. St. Marys Road,    Libertyville, IL 60048-9407
19134223     #+Alan T. Handley,    403 Meacham Avenue,    Park Ridge, IL 60068-3466
19134224       Allied Benefit Systems,    PO Box 909786-60690,    Chicago, IL 60690
19134226      +Alliednational Globalcare, Inc.,    PO Box 247,    Alpharetta, GA 30009-0247
19134227      +Allscripts,    2297 Paysphere Circle,    Chicago, IL 60674-0022
19134228      +Allstate Insurance,    PO Box 1158,    Milwaukee, WI 53201-1158
19134230       Allstate Insurance Company,    PO Box 650536,    Medpay Central/Market Claim O,
                Dallas, TX 75265
19134229      +Allstate Insurance Company,    PO Box 481840,    Charlotte, NC 28269-5316
19134231      +Ameriben,    PO Box 7186,    Boise, ID 83707-1186
19134233      +American Community PHCS,    PO Box 759,    Buckeystown, MD 21717-0759
19134234      +American Express,    American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
22305808       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19134235      +American Family,    20 N. Martingale Road, #400,    Schaumburg, IL 60173-2422
19134236      +American Family Insurance,    PO Box 6750,    Libertyville, IL 60048-6750
19134237      +American Insurance Administrative,    PO Box 1149,    Columbus, OH 43216-1149
19134238      +American International Companie,    PO Box 15701,    Wilmington, DE 19850-5701
19134239      +American International Group,    PO Box 249,    Lombard, IL 60148-0249
19134240      +American Medical Security,    PO Box 19032,    Green Bay, WI 54307-9032
19134241      +American National Sprinkler,    924 Turret Ct.,    Mundelein, IL 60060-3821
19134242       American Republic Ins. Co.,    PO Box 2975,    Clinton, IA 52733
19134243      +Amerihealth Administrators,    720 Blair Mill Road,    Horsham, PA 19044-2269
19134246      +Anti-microbial Therapy,    11771 Lee Hwy,    P.O. Box 276,    Sperryville, VA 22740-0276
19134248      +Associates For Heath Care, Inc.,    PO Box 981,    Brookfield, WI 53008-0981
19134249      +Assurant Health,    PO Box 2806,    Clinton, IA 52733-2806
19134251      +Assurant Health,    P.O. Box 2877,    Clinton, IA 52733-2877
19134252      +Assured Assistance, Inc.,    PO Box 19092,    Greenville, SC 29602-9092
19134253      +Auxiant,    PO Box 909991,    Milwaukee, WI 53209-8991
19134255     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
19134269       BSN Medical,    P.O. Box 75166,    Charlotte, NC 28275
19134257       Basma Raclin,    2893 Falling Waters,    Lake Villa, IL 60046
19134258      +Benefit Administrative Systems,    17475 Jovanna Drive, Suite 1B,    Homewood, IL 60430-1065
19134259      +Benefit Concepts,    PO Box 60608,    King of Prussia, PA 19406-0608
19134261      +Benefit Systems & Services I,    760 Pasquinelli Drive,    Westmont, IL 60559-5564
19134262      +Benemax,    PO Box 950,    Medfield, MA 02052-0950
19134263       Benesight,    PO Box 370,    Pueblo, CO 81002
19134264      +Besse Medical,    1576 Solutions Circle,    Chicago, IL 60677-1005
19134265      +Blue Cross Blue Shield,    PO Box 805107,    Chicago, IL 60680-3625
19134266      +Blue Cross Blue Shield of Illinois,    300 E. Randolph St.,    Chicago, IL 60601-5099
19134267      +Bridget Mabon,    2956 Falling Waters Lane,    Lindenhurst, IL 60046-6782
19134277      +CBCA Care Management,    PO Box 902,    Beattyville, KY 41311-0902
19134278      +CCMSI / 22236,    PO Box 1430,    Danville, IL 61834-1430
19134279      +CCN Managed Care,    PO Box 5319,    Tampa, FL 33675-5319
19134303     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
19134328      +CSSC Workers Comp.,    PO Box 3205,    Attn: Dan Jachim,    Naperville, IL 60566-7205
```

```
District/off: 0752-1                  User: wepps                   Page 2 of 9                   Date Rcvd: May 05, 2015
                                      Form ID: pdf006               Total Noticed: 476

19134329         +CUNA Mutual Group,    5810 Mineral Point Road,    Madison, WI 53705-4455
19134270         +Cambridge Insurance,    PO Box 94950,    Cleveland, OH 44101-4950
19134271         +Cambridge Intergrated Services G,    175 W. Jackson Blvd,    Suite 1000,    Chicago, IL 60604-2863
19134272         +Caremark,    PO Box 29005,    Phoenix, AZ 85038-9005
19134273         +Carl D. Oswald,    345 Moore Court 1C,    Grayslake, IL 60030-2742
19134274         +Carl J. Schmitz,    1008 Concord Circle,    Mundelein, IL 60060-2545
19134275         +Carolyn Marshall,    32020 N. Pine Ave.,    Grayslake, IL 60030-2543
19134280         +Celtic Individual Health,    PO Box 06410,    Chicago, IL 60606-0410
19134282         +Chad Phipps,    402 Reagan Road,    Grayslake, IL 60030-2406
19134283         +Charles Bourgeois,    644 Stuart Street,    Grayslake, IL 60030-1271
19134284         +Charter One,   1 Citizens Drive,    Riverside, RI 02915-3019
19458207         +Charter One, a division of RBS Citizens, N.A.,     Richard C. Perna/Fuchs & Roselli, Ltd.,
                   440 W. Randolph Street, Suite 500,    Chicago, IL 60606-1554
19134285         +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
19134286         +Chatwins Healthcare,    11 Stanwix Street, Suite 1414,    Pittsburgh, PA 15222-1312
19134287         +Christian Brothers Employee Ben,    1205 Windham Parkway,    Romeoville, IL 60446-1679
19134289         +Christine Rich,    18427 Springwood Drive,    Grayslake, IL 60030-4026
19134291         +Christopher J. Farrell,    734 Liberty Bell Lane,    Libertyville, IL 60048-3450
19134292         +Chubb Insurance,    233 S. Wacker Drive, Ste 4700,    Chicago, IL 60606-6374
19134293         +Cigna,    PO Box 29000,    Atlanta, GA 30359-9000
19134295         +Cigna,    PO Box 5200,    Scranton, PA 18505-5200
19134294          Cigna,    PO Box 3025,    Bourbonnais, IL 60914
19134296         +Cigna Claims,    PO Box 182223,    Chattanooga, TN 37422-7223
19134297          Cigna Healthcare,    PO Box 15408,    Wilmington, DE 19850
19134300         +Cigna Healthcare,    PO Box 2100,    Bourbonnais, IL 60914-8100
19134298         +Cigna Healthcare,    PO Box 188027,    Chattanooga, TN 37422-8027
19134301         +Cigna International,    PO Box 15050,    Wilmington, DE 19850-5050
19134302         +Cindy Madson,    73 Bedford Road,    Mundelein, IL 60060-3236
19134304         +City of Evanston,    Attn: Robert Gustafson,    2100 Ridge Avenue,    Evanston, IL 60201-2700
19134306        #+Claims Management Inc.,    PO Box 1288,    Mailstop 3540,    Bentonville, AR 72712-1288
19134307         +Claims Management Services-Firs,    PO Box 10888,    Green Bay, WI 54307-0888
19134308         +Classic Printery,    336 W. Main St.,    Round Lake, IL 60073-3644
19134309         +Clayton Klchosky,    23624 Rita Drive,    Harvard, IL 60033-9137
19134310         +Cobraserv,    PO Box 534099,    Saint Petersburg, FL 33747-4099
19134311         +Cofinity,    PO Box 2720,    Saint Petersburg, FL 33731
19134312         +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
19134315         +Concentra,    PO Box 21607,    Tampa, FL 33622-1607
19134316         +Concert Health Plan,    2605 W. 22nd Street, Suite 25,    Oak Brook, IL 60523-4625
19134317         +Conneticut General,    PO Box 55270,    Phoenix, AZ 85078-5270
19134318         +Conseco Health Insurance Company,     PO Box 2024,    Carmel, IN 46082-2024
19134319         +Conseco Insurance Company,    PO Box 2034,    Carmel, IN 46082-2034
19134320          Continental General Insurance,    PO Box 247004,    Omaha, NE 68124
19134321         +Coresource,    PO Box 83301,    Lancaster, PA 17608-3301
19134322         +Coresource,    PO Box 2920,    Clinton, IA 52733-2920
19134323          Coresource PHCS,    146 Industrial Park,    Lake Benton, MN 56149
19134324         +Country Faire Village Apt.,    Attn: Yolanda Fierro,    1900 Country Drive,
                   Grayslake, IL 60030-2277
19134325         +Country Life Insurance Co.,    Health Claims Dept.,    PO Box 2000,    Bloomington, IL 61702-2000
19134326         +County of Lake College,    19351 W. Washington Street,    Attn: Chad Good,
                   Grayslake, IL 60030-1148
19134327         +Covenry Health Care,    PO Box 8400,    London, KY 40742-8400
19134330         +Custom Benefits Administrators,    PO Box 549023,    Dallas, TX 75354-9023
19134332         +Dan Hedger,    322 Buckingham Drive,    Grayslake, IL 60030-3472
19134333         +Daniel A. Pocius,    6412 112th Avenue,    Kenosha, WI 53142-7567
19134334         +Data Works,    164 Division St., Suite 507,    Elgin, IL 60120-5531
19134335         +David Foo,    300 Harding Ave.,    Libertyville, IL 60048-1767
19134336         +David Hancock,    5119 Wonder Woods Road,    Wonder Lake, IL 60097-8969
19134337         +David K. Cline,    332 Park Avenue,    Grayslake, IL 60030-2341
19134338         +David M. Neal,    1409 Andover Drive,    Mundelein, IL 60060-1019
19134339         +David Peterson,    1152 Hedgerow,    Grayslake, IL 60030-3547
19134340         +David T. Peterson,    1152 Hedgerow Drive,    Grayslake, IL 60030-3547
19134341         +Dean Health Plan,    PO Box 56099,    Madison, WI 53705-9399
19134342         +Deborah Healy,    1718 Lehman Aavenue,    Algonquin, IL 60102-2329
19134343         +Definity Health,    PO Box 9525,    Buffalo, NY 14226-9525
19134344         +Delage Landen,    P.O. Box 41602,    Philadelphia, PA 19191-0001
19134345         +Delphi Claims Administrator,    PO Box 29,    Fox River Grove, IL 60021-0029
19134346         +Deseret Mutual,    PO Box 45530,    Salt Lake City, UT 84145-0530
19134347         +Destiny Health,    PO Box 9219,    Oak Brook, IL 60522-9219
19134348         +Difinity Health UHC,    PO Box 740810,    Atlanta, GA 30374-0810
19134350         +Donna Goss,    9817 278th Avenue,    Trevor, WI 53179-9774
19134351         +Donna M. Sumner,    6480 Lockwood Lane,    Gurnee, IL 60031-5698
19134352         +Doris Williams,    1716 Brentwood Drive,    Round Lake, IL 60073-1164
19134354         +Edward Infante,    115 W. Newbridge Lane,    Round Lake, IL 60073-5645
19134355         +Eileen Soto,    5722 Clover Lane,    Greendale, WI 53129-2453
19134357          Elliot Construction,    21 W. 171st Hill Avenue,    Glen Ellyn, IL 60137
19134358         +Elsie C. Souder,    190 S. Winthrop Avenue,    Round Lake, IL 60073-8150
19134360         +Equal Access Health,    600 Sixth Flags Dr.,    Arlington, TX 76011-6346
19134361         +Eric C. Meyer,    1359 W. Thorndale Avenue,    Chicago, IL 60660-3305
19134362         +Eric F. Janus,    18955 Old Plank Road,    Grayslake, IL 60030-2239
19134363         +Farmers Insurance,    406 No. Hough St., 2nd Floor,    Barrington, IL 60010-3170
```

```
District/off: 0752-1           User: wepps               Page 3 of 9             Date Rcvd: May 05, 2015
                               Form ID: pdf006          Total Noticed: 476


19134364        Federated Mutual Insurance Comp,    PO Box 60487,    Indianapolis, IN 46250
19134365       +Feterated Ins. Mailcode-HS 05,    PO Box 50487,    Indianapolis, IN 46250-0487
19134366       +Fire and Security Systems,    516 W. Campus Dr.,    Arlington Heights, IL 60004-1408
19134367       +First Health,    PO Box 11747,    Tucson, AZ 85734-1747
19134368        First Health,    PO Box 2083,    Nashua, NH 03061
19134369       +First Health Direct,    PO Box 8400,    London, KY 40742-8400
19134370       +First Health Network,    PO Box 14610,    Lexington, KY 40512-4610
19134371       +First Health Network,    PO Box 23189,    Tucson, AZ 85734-3189
19134372       +Fiserv Health,    PO Box 8013,    Wausau, WI 54402-8013
19134373        Fiserve Health,    PO Box 450,    Pueblo, CO 81002
19134374       +Footway,    6131-C Lakeworth,    Lake Worth, FL 33463-3048
19134375       +Foresight, Inc.,    PO Box 535909,    Grand Prairie, TX 75053-5909
19134377       +Forethought Life Insurance,    PO Box 981721,    El Paso, TX 79998-1721
19134376       +Forethought Life Insurance,    PO Box 14659,    Clearwater, FL 33766-4659
19134378       +Fortis Insurance,    PO Box 624,    Milwaukee, WI 53201-0624
19134379       +Fortis Insurance Company,    501 W. Michigan,    PO Box 624,    Milwaukee, WI 53201-0624
19134380        Fortis/Assurant Insurance Company,    PO Box 39065,    Milwaukee, WI 53201
19134381        Foundation Benefits Administration,    6300 Bridgeport Parkway,    Bld 3, Suite 400,
                 Austin, TX 78730
19134382       +Fox Valley Fire & Safety,    2730 Pinnacle Way,    Elgin, IL 60124-7943
19134383       +Fred Fischer,    1338 Woodside Court,    Grayslake, IL 60030-4203
19134384       +Frederick Fath,    PO Box 1,    Lake Villa, IL 60046-0001
19134385       +Frontpath,    PO Box 5810,    Troy, MI 48007-5810
19134386       +Fuchs & Roselli, Ltd,    400 S. Knoll St., Suite A,    Wheaton, IL 60187-4557
19134388       +Gabriel Ochoa,    207 S. Butrick Street,    Waukegan, IL 60085-6218
19134390       +Gallagher Bassett,    Attn: Chris Tortorella,    PO Box 4000,    Schaumburg, IL 60168-4000
19134389        Gallagher Bassett,    PO Box 5220,    Oak Brook Terrace, IL 60181
19134391       +Gallagher Bassett UA,    PO Box 4000,    Schaumburg, IL 60168-4000
19134392       +Gallagher Benefit Administrator,    PO Box 5227,    Lisle, IL 60532-5227
19134395       +Geico,    1 Geico Center,    Macon, GA 31296-0001
19134397       +General Casualty,    PO Box 450,    Freeport, IL 61032-0450
19134398       +General Injectables & Vaccines,    P.O. Box 223028,    Pittsburgh, PA 15251-2028
19134399       +Genzyme Biosurgery,    P.O. Box 223122,    Pittsburgh, PA 15251-2122
19134400       +Glencoe Post Office,    336 Hazel Road,    Glencoe, IL 60022-0825
19134401       +Globe Life and Accident Ins.,    PO Box 8080,    McKinney, TX 75070-8080
19134403       +Great West,    1000 Greatwest Drive,    Kennett, MO 63857-3749
19134404       +Great West Healthcare/Cigna,    1000 Great West Drive,    Kennett, MO 63857-3749
19134405       +Greg F. Puerkel,    628 Robin Court,    Grayslake, IL 60030-1348
19134406       +Group & Pension Admin.,    PO Box 830248,    Richardson, TX 75083-0248
19134407       +Group Administrators, LTD,    450 East Remington Road,    Schaumburg, IL 60173-4541
19134408       +Group Administrators, LTD,    PO Box 95600,    Hoffman Estates, IL 60195-0600
19134409       +Guardian,    PO Box 8007,    Appleton, WI 54912-8007
19134410       +Guardian,    PO Box 8019,    Appleton, WI 54912-8019
19134411        Guardian,    PO Box 423,    East Bridgewater, MA 02333
19134412       +Guardian PHCS,    PO Box 4628,    Hinsdale, IL 60522-4628
19134423       +HFN3428,    PO Box 3428,    Hinsdale, IL 60522-3428
19134413       +Harold R. Goodwin,    226 Stillwater Drive,    Hainesville, IL 60030-4129
19134414        Harris Bank,    Bankruptcy Department,    PO Box 5037,    Rolling Meadows, IL 60008-5037
19134415       +Harris N.A.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4037
19134416       +Hartford Insurance,    P.O.Box 14170,    Lexington, KY 40512-4170
19134417       +Health EOS/Multiplan,    PO Box 6090,    De Pere, WI 54115-6090
19134418       +Health New England,    One Monarch Place, Suite 1500,    Indian Orchard, MA 01144-1500
19134420       +Healthnet Commercial Claims,    PO Box 14702,    Lexington, KY 40512-4702
19134421       +Healthnetwork Golden Rule Ins.,    PO Box 200037,    Arlington, TX 76006-0037
19134425        Humana,    PO Box 14602,    Lexington, KY 40512
19134426       +Humana Claims,    PO Box 14610,    Lexington, KY 40512-4610
19134428       +Humana Claims Office,    PO Box 14601,    Lexington, KY 40512-4601
19134427       +Humana Claims Office,    PO Box 14635,    Lexington, KY 40512-4635
19134429        Humana Gold Office,    PGBA Claims & Correspondence,    Florence, SC 29502
19134430       +Humana HMO,    PO Box 14601,    Lexington, KY 40512-4601
19134431       +IADA Claims Administration,    PO Box 3583,    Springfield, IL 62708-3583
19134432       +Ian A. Giles,    1985 Meadowview Drive,    Round Lake, IL 60073-9793
19134433       +Ice Mountain Direct,    6661 Dixie Hwy, Ste 4,    Louisville, KY 40258-3950
19134434       +Ilango Ramachandran,    529 Arlington Lane,    Grayslake, IL 60030-3711
19134435       +Illinois Dept. of Transportation,    Attn: Workers Compensation,    201 W. Center Court,
                 Schaumburg, IL 60196-1096
19134436       +Illinois Secretary of State,    2701 W. Dirksen Parkway,    Springfield, IL 62723-0001
19134437       +Illinois Secretary of State,    3701 Winchester Rd.,    Springfield, IL 62707-9759
19134438       +Image Systems and Business,    1776 commerce Dr.,    Elk Grove Village, IL 60007-2120
19134439       +Indiana Insurance Company,    PO Box 1967,    Indianapolis, IN 46206-1967
19134441        Insurance Center,    PO Box 982009,    North Richland Hills, TX 76182
19134443       +J.F. Molloy & Assoc., Inc.,    PO Box 68947,    Indianapolis, IN 46268-0947
19134444       +James Staley,    219 Denise Drive,    Round Lake, IL 60073-5616
19134445       +Jamie Wamsley,    168 Park Place,    Grayslake, IL 60030-2345
19134446       +Jeanne Micucci,    308 Normandy Lane,    Grayslake, IL 60030-1252
19134447       +Jeff A. Goldberg,    1106 Prairie Trail,    Grayslake, IL 60030-3540
19134451       +Jeffrey Frye,    18366 Meander Drive,    Grayslake, IL 60030-4006
19134452       +Jeffrey M. Burkart,    34224 Goldenrod Road,    Round Lake, IL 60073-5200
19134453       +Jeffrey Paronto,    37238 Twin Oaks Drive,    Lake Villa, IL 60046-1700
19134454       +Jeffrey Paronto,    33678 No. Lake Shore Drive,    Grayslake, IL 60030-1745
```

```
District/off: 0752-1          User: wepps              Page 4 of 9            Date Rcvd: May 05, 2015
                              Form ID: pdf006          Total Noticed: 476


19134456       +Jenna L. Schindler,    1033 S. Arlington Court,    Round Lake, IL 60073-5647
19134458      #+Jeremy Lesser,    12 Victory Parkway,    Crystal Lake, IL 60014-5802
19134459       +Jeri A. Graham,    43015 N. Lake Avenue,    Antioch, IL 60002-9009
19134460       +Jewel Foods Stores,    1501 S. Lake Street,    Attn: Joe Kubiak,    Mundelein, IL 60060-4258
19134461       +John Alden LIfe Insurance Company,     PO Box 42034,    Hazelwood, MO 63042-1034
19134462       +John Alden Life Insurance Company,     PO Box 1599,    Boise, ID 83701-1599
19134463       +John Hickey,    PO Box 10,    West Union, SC 29696-0010
19134464       +Joseph W. Aeverman,    33664 Gages Lake Drive,    Grayslake, IL 60030-1811
19134466       +Judy Sheilds,    1127 Woodrige,    Round Lake, IL 60073-2416
19134467       +Kathleen Porter,    389 York Drive,    Grayslake, IL 60030-3421
19134468       +Kelly E. Pehler,    34291 N. Old Walnut Circle,    Gurnee, IL 60031-4264
19134469       +Kessler Orlean & Silver,    1101 Lake Cook Rd.,    Deerfield, IL 60015-5233
19134471       +Kimberlee Washburn,    1913 W. Cullom Avenue, #1,    Chicago, IL 60613-1009
19134473       +Kristy A. Otterbein,    1208 Manchester Drive,    Mundelein, IL 60060-5500
19134474       +Kurt Cassin,    1757 Fairport Drive,    Grayslake, IL 60030-7945
19134475       +Laborers Pension & Welfare FU,    Attn: Claims Dept,    11465 W. Cermak,
                 Westchester, IL 60154-5771
19134476       +Laborers Welfare Fund,    11465 W. Cermak Road,    Westchester, IL 60154-5771
19134478       +Laura Howdle,    611 W. Brittany Drive,    Arlington Heights, IL 60004-2019
19134479       +Leah Brock,    4814 Middle Road,    Gurnee, IL 60031-3222
19134482       +Liberty Mutual,    PO Box 967900,    Schaumburg, IL 60196-0001
19134481       +Liberty Mutual,    1000 N. Plaza, 7th Floor,    Schaumburg, IL 60173-4942
19134483       +Libertyville Centre Condo Assn.,     1635 Northwind Blvd.,    Libertyville, IL 60048-9613
19134484       +Lisa Maratea,    365 Longhill Road,    Gurnee, IL 60031-5002
19134485       +Lisa Poray,    336 Big Horn Drive,    Hainesville, IL 60030-3859
19134486       +Local 701 Welfare Fund,    500 W. Plainfield Road,    La Grange, IL 60525-3578
19134487       +Lori L. Benjamin,    1018 Evergreen Street,    Mundelein, IL 60060-1263
19134489        Lumenos,    PO Box 69309,    Harrisburg, PA 17106
19134490       +Lynn Salisbury,    16700 W. Apple Lane,    Gurnee, IL 60031-2476
19134492       +Marilyn Matthes,    39825 Crabapple Drive,    Antioch, IL 60002-2336
19134493       +Mark G. Anderson,    410 Sommerset,    Grayslake, IL 60030-2767
19134494       +Mark Martin,    1284 Hedgerow Drive,    Grayslake, IL 60030-3547
19134495       +Mark Ruhlmann,    989 Shooting Star Road,    Grayslake, IL 60030-3561
19134496       +Mark Schultz,    13025 W. Wall Avenue,    Waukegan, IL 60087-3231
19134497       +Martha J. Cedillo,    1215 Pheasant Run,    Zion, IL 60099-5406
19134498       +Mary Merlock,    320 Prairie Avenue,    Winthrop Harbor, IL 60096-1922
19134500       +McKesson Med/Surg.,    P.O. Box 740215,    Cincinnati, OH 45274-0215
19134501       +Medco Supply Co.,    21773 Netword Place,    Chicago, IL 60673-1217
19134502       +Medical Arts Press,    P.O. Box 37647,    Philadelphia, PA 19101-0647
19134503      #+Medical Assoc. Health Plans,    1605 Associates Drive, Suite 101,    PO Box 5002,
                 Dubuque, IA 52004-5002
19134504       +Medical Benefit Administrators,    PO Box 909991,    Milwaukee, WI 53209-8991
19134506       +Medical Outfitters,    P.O. Box 85073,    Chicago, IL 60680-0851
19134508       +Medicare Secondary,    PO Box 4433,    Marion, IL 62959-0924
19134509       +Mega Health & Health Insurance,    PO Box 981606,    El Paso, TX 79998-1606
19134510       +Megan C. Blazincic,    2915 Kingston Drive,    Island Lake, IL 60042-9228
19134511      #+Melissa D. Cortez,    920 Highgate Lane,    Grayslake, IL 60030-4119
19134512       +Merck and Co.,    P.O. Box 5254,    Carol Stream, IL 60197-5254
19134513       +Meritain Health,    PO Box 27267,    Minneapolis, MN 55427-0267
19134514       +Metro Rish Mgmt Agency,    Attn: Eileen Devine,    420 W. Dempster Street,
                 Mount Prospect, IL 60056-5702
19134515       +Michael Battaglia,    55 N. Caribou Drive,    Grayslake, IL 60030-3639
19134516       +Michael J. Earl,    15 Woodland Avenue,    Fox Lake, IL 60020-1832
19134517       +Michael J. Firca,    PO Box 5347,    Vernon Hills, IL 60061-5347
19134518       +Michael Labruyere,    60 Fairfeild Road,    Lindenhurst, IL 60046-8871
19134520       +Michael R. Ley,    464 Dublin Drive,    Mundelein, IL 60060-1305
19134521       +Michael W. Welsek,    600 Crabtree Court,    Lindenhurst, IL 60046-7531
19134522       +Midwest Security PHCS,    2700 Midwest Drive,    Onalaska, WI 54650-3380
19134523       +Miguel Menendez,    1203 New York Street,    Waukegan, IL 60085-2769
19134524       +Mike J. Werner,    893 Essex Circle,    Grayslake, IL 60030-3330
19134525       +Missionay Medical,    PO Box 45730,    Salt Lake City, UT 84145-0730
19134526       +Mitchell Reyes,    265 W. Newbridge Lane,    Round Lake, IL 60073-5638
19134527        Motorola Health Advantage Plan,    PO Box 29005,    Grandin, ND 58038
19134528       +Mueller Sports Medicine,    Lock Box 78356,    Milwaukee, WI 53278-8356
19134529       +Mutual Omaha Supp,    Mutual Plaza,    Omaha, NE 68175-0001
19134530       +NALC Health Plan Benefit,    20547 Waverly Court,    Ashburn, VA 20149-0001
19134546       +NPPN Wausau Benefits,    PO Box 7047,    Middletown, NY 10940-8847
19134531       +Nationwide Argibusiness Insurance,     1100 Locust, Dept 3010,    Des Moines, IA 50391-3010
19134532       +Nguyen Hue,    326 W. Whispering Oaks Ln.,    Round Lake, IL 60073-5004
19134536       +Nina Austin,    62 Seneca Avenue,    Hawthorn Woods, IL 60047-1915
19134539       +Nordic Energy,    Lockbox 778240,    350 E. Devon Ave.,    Itasca, IL 60143-1249
19134541       +Norman Padnos,    2739 Karen Lane,    Glenview, IL 60025-4658
19134542       +Norman Rich,    18427 Springwood Drive,    Grayslake, IL 60030-4026
19134543       +North American Administrators,    PO Box 765,    Buffalo, NY 14226-0765
19134547       +Office Depot,    PO Box 88040,    Chicago, IL 60680-1040
19134548       +Office of Student Health Insurance,    Campus Box 2541,    Normal, IL 61790-0001
19134549       +Onenation Benefit Administrator,    PO Box 1268,    Columbus, OH 43216-1268
19134551       +Oxford Health Plans,    PO Box 7082,    Bridgeport, CT 06601-7082
19134552       +P.D. Rx Pharmaceuticals,    727 Ann Arbor,    Oklahoma City, OK 73127-5822
19134554       +PAI/Beech Street,    PO Box 6702,    Columbia, SC 29260-6702
```

```
District/off: 0752-1                  User: wepps                 Page 5 of 9                  Date Rcvd: May 05, 2015
                                      Form ID: pdf006             Total Noticed: 476


19134568       +PGBA, LLC,    Attn: Claims,    PO Box 870140,    Myrtle Beach, SC 29587-9740
19134570       +PHP,   PO Box 2359,    Fort Wayne, IN 46801-2359
19134578       +PPO Next,    PO Box 549023,    Dallas, TX 75354-9023
19134588       +PSS World Medical,    62046 Collections Center Dr.,    Chicago, IL 60693-0620
19134553        Pacific Life & Annuity Benefit,     PO Box 33699,    Phoenix, AZ 85067
19134555       +Palmetto GBA,    PO Box 10066,    Augusta, GA 30999-0001
19134556       +Paola T. Meinzer,    2301 Silver Oaks Drive,    Round Lake, IL 60073-4874
19134557       +Patrick C. Conley,    34357 N. Bobolink Terrae,    Grayslake, IL 60030-2872
19134558       +Patti Kolano,    1132 Larkdale Lane,    Elkhorn, WI 53121-8907
19134559       +Paul J. Gebherdt,    806 Longwood Drive,    Lake Villa, IL 60046-5778
19134560       +Paul J. Souder,    190 S. Winthrop Drive,    Round Lake, IL 60073-8150
19134561       +Pediatric Assocs of Arlington Hts,     1229 S. Rand Rd.,    Lake Zurich, IL 60047-2960
19134562       +Pension Administrators,    1626 W. Colonial Pkwy,    Inverness, IL 60067-4793
19134563       +Performax,    PO Box 1065,    Buffalo, NY 14226-7065
19134564        Performax PHCS,    PO Box 61505,    King of Prussia, PA 19406
19134565       +Perkin Life Insurance,    PO Box 823,    Buckeystown, MD 21717-0823
19134566       +Perkin Life Insurance Company,     2505 Court Street,    Pekin, IL 61558-0002
19134567       +Pete Blackburn,    25964 Larkin Lane,    Ingleside, IL 60041-8557
19134569       +Philadelphia American Life,    PO Box 4884,    Houston, TX 77210-4884
19134572       +Pier 1 Imports,    P.O. Box 659617,    San Antonio, TX 78265-9617
19134571       +Pier 1 Imports,    15150 LaGrange Rd,    Orland Park, IL 60462-4349
19134573       +Pipe Fitters Welfare Fund Local,     45 N. Ogden Avenue,    Chicago, IL 60607-1813
19134575       +Plumbers Local 93 Health & Welfare,     1000 Burr Ridge Parkway, Ste 200,
                 Willowbrook, IL 60527-0845
19134576       +Polymedco,    P.O. Box 95816,    Chicago, IL 60694-5816
19134577       +Pooja Talaty,    201 Autumn Lane,    Vernon Hills, IL 60061-2035
19134579       +Prairie Creek Owners Association,     P.O. Box 4346,    Carol Stream, IL 60197-4346
19134580       +Prairie States Preferred Plan,     PO Box 23,    Sheboygan, WI 53082-0023
19134581       +Preferred Care, Inc.,    PO Box 1235,    Frederick, MD 21702-0235
19134583       +Private Healthcare IAC,    PO Box 828,    Park Ridge, IL 60068-0828
19134584       +Private Healthcare Systems,    PO Box 2914,    Des Plaines, IL 60017-2914
19134585       +Professional Benefits Administrator,     PO Box 4687,    Hinsdale, IL 60522-4687
19134586       +Progressive,    9701 W. Higgins Road, Ste 120,    Des Plaines, IL 60018-4714
19134587       +Progressive Benefit Services,    PO Box 3440,    Peoria, IL 61612-3440
19134589       +Purchasing Power,    P.O. Box 37184,    Pittsburgh, PA 15250-0001
19134591       +QUEST DIAGNOSTICS LLC,    NATIONAL REGISTERED AGENTS INC,     200 WEST ADAMS STREET,
                 CHICAGO, IL 60606-5208
19134590       +Quest Diagnostics,    PO Box 12989,    Chicago, IL 60693-0001
19134592       +Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
19134596       +RBMS,   PO Box 241569,    Anchorage, AK 99524-1569
19134593       +Ramakrishna Yellapantula,    1225 Meadowlark Lane,    Grayslake, IL 60030-3407
19134594       +Rapid Fill Ink,    116 S. Barron Blvd.,    Suite C,    Grayslake, IL 60030-1642
19134597       +Rebecca Horne,    264 Ridge Way Drive,    Howard, OH 43028-9527
19134598       +Religious Comprehensive Trust,     1205 Windham Parkway,    Romeoville, IL 60446-1672
19134599       +Richard Renjilian,    7125 Brae Court,    Gurnee, IL 60031-4484
19134601       +Richard Yaeger,    482 East Cedar Drive,    Round Lake, IL 60073-2700
19134602       +Robert Hindman,    207 Penny Lane,    Grayslake, IL 60030-3738
19134603       +Robyn Kernan,    434 Donin Drive, Apt 203,    Antioch, IL 60002-2514
19134604      #+Roger Kaiser,    34231 N. Larkspur Ct.,    Round Lake, IL 60073-3498
19134605       +Ronda Groth,    34382 N. Bridle Lane,    Gurnee, IL 60031-4233
19134623       +SRS Medbill,    PO Box 14205,    Lexington, KY 40512-4205
19134607       +Sandra Forster,    656 Sierra Place,    Gurnee, IL 60031-4066
19134608       +Sanjay J. Patel,    370 W. Savoy Drive,    Round Lake, IL 60073-3255
19134609       +Sarah Kozak,    210 Thrush Circle,    Lake Villa, IL 60046-7947
19134610       +Sarah M. Johnson,    539 Barron Blvd,    Grayslake, IL 60030-1325
19134611       +Sasan Sadr,    292 Jennifer Court,    Gurnee, IL 60031-3017
19134612       +Scott M. Dati,    562 Quail Creek Drive,    Grayslake, IL 60030-3351
19134613       +Scott Salomon,    1025 Oaktree,    Lake Villa, IL 60046-7554
19134614       +Scottsdale Sonoran Vollas Assn,     P.O. Box 105042,    Atlanta, GA 30348-5042
19134615       +Seacrest Services,    2400 Centre Park West Dr.,    West Palm Beach, FL 33409-6479
19134616       +Sedgwick AT&T,    AT&T Intergrated Disability,    PO Box 14627,    Lexington, KY 40512-4627
19134617       +Sedgwick CMS,    PO Box 804417,    Chicago, IL 60680-4105
19134618       +Sevencorners,    303 Congressional Blvd,    Carmel, IN 46032-5631
19134619        Sharon Jordan,    656 White Crt.,    Grayslake, IL 60030
19134620       +Shred Station Express,    14092 Lambs Lane,    Libertyville, IL 60048-9505
19134621       +Smilemakers,    P.O. Box 2543,    Spartanburg, SC 29304-2543
19134622       +Sonofi Pasteur,    12458 Collection Center Dr.,    Chicago, IL 60693-0124
19134624        Stanley Steamer,    1860 N. Rte 83, Suite120,    Attn: Paul Lashuk,    Grayslake, IL 60030
19134625       +Starmark,    PO Box 2942,    Clinton, IA 52733-2942
19134626        Starwood,    P.O. Box 2980,    Honolulu, HI 96820
19134627       +Stat HRG,    PO Box 55270,    Phoenix, AZ 85078-5270
19134634       +State Farm Insurance,    901 Biesterfield Rd, Ste 103,    Elk Grove Village, IL 60007-3393
19134630       +State Farm Insurance,    PO Box 2310,    Bloomington, IL 61702-2310
19134635       +State Farm Mutual Auto,    PO Box 2308,    Bloomington, IL 61702-2308
19134636       +State of Illinois,    Dept. of Public Aid,    PO Box 19105,    Springfield, IL 62794-9105
19134637       +Stephan Lang,    67 Rolling Ridge Lane,    Lindenhurst, IL 60046-8000
19134638       +Stericycle,    P.O. Box 6575,    Carol Stream, IL 60197-6575
19134640       +Steven A. Bigelow,    695 Summerlyn Drive,    Antioch, IL 60002-1148
19134641       +Steven E. Barnash,    34357 Tangueray Drive,    Grayslake, IL 60030-1783
19134643       +Strategic Resources Group,    PO Box 23759,    Columbia, SC 29224-3759
```

```
District/off: 0752-1          User: wepps              Page 6 of 9                  Date Rcvd: May 05, 2015
                              Form ID: pdf006          Total Noticed: 476


19134644       +Superien Health Network,   PO Box 2388,    Stow, OH 44224-0088
19134645       +Tammy L. VanZante,   312 Buckingham Drive,    Grayslake, IL 60030-3472
19134646      #+Tammy Pipin,   1003 Evergreen Street,    Mundelein, IL 60060-1265
19134647       +Target Credit Card (TC),   C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
19134649       +The Mail Handlers Benefit Plan,   PO Box 24503,    Tucson, AZ 85734-4503
19134650       +The Mail Handlers Benefit Plan,   PO Box 8402,    London, KY 40742-8402
19134651        The Preferred Plan, Inc.,   c/o DCA,   PO Box 2090c,   Stow, OH 44224
19134652       +Thomas J. Mottola,   630 W. Trail North,    Grayslake, IL 60030-1500
19134653      #+Thomas Ward,   1500 Elderberry Drive,    Libertyville, IL 60048-5305
19134654       +Tiffany R. Hubka,   4010 W. Prestwick Street,    McHenry, IL 60050-3960
19134655       +Tiffany Tavajian,   32927 N. John Mogg Road,    Wildwood, IL 60030-2274
19134656       +Time Insurance Company,   PO Box 42033,    Hazelwood, MO 63042-1033
19134657       +Tina Sullivan,   33052 Sears Blvd,   Grayslake, IL 60030-2118
19134658       +Todays Option,   PO Box 742568,   Houston, TX 77274-2568
19134659       +Todd Schaefer,   19713 W. Cambrigde Road,    Mundelein, IL 60060-1033
19134660       +Total Broker Benefits PHCS,   225 Smith Road,    Saint Charles, IL 60174-5208
19134661       +Travelers Insurance,   PO Box 3205,   Naperville, IL 60566-7205
19134662       +Tricare for Life,   PO Box 7890,   Madison, WI 53707-7890
19134663       +Trinsic Matrix Telecomm,   P.O. Box 660780,    Dallas, TX 75266-0780
19134664       +Troyce L. McClinton,   6171 Golfview Drive,    Gurnee, IL 60031-4703
19134665       +Trustmark Insurance Company,   PO Box 2942,    Clinton, IA 52733-2942
19134666       +Trustmark Insurance Company,   PO Box 7909,    Lake Forest, IL 60045-7909
19134667       +Trustmark Insurance Company,   PO Box 7911,    Lake Forest, IL 60045-7911
19134668       +UGS-Globalcare, Inc.,   PO Box 247,    Alpharetta, GA 30009-0247
19134671       +UMR,   PO Box 30541,   Salt Lake City, UT 84130-0541
19134670       +UMR,   PO Box 266,   Onalaska, WI 54650-0266
19134694       +US Dept Labor OSHA,   230 S. Dearborn Street,    Room 3244, Attn: Robin Labedz,
                 Chicago, IL 60604-1600
19134695       +US Dept. of Labor-Office,   PO Box 8300,    District 10 CHI,   London, KY 40742-8300
19134697       +USAA,   Attn: Scott Smith,   PO Box 659463,    San Antonio, TX 78265-9463
19134698       +USAA Life Insurance Company,   Attn: Health Claims,    9800 Fredericksburg Road,
                 San Antonio, TX 78288-0002
19134669       +Uma Sanzgiri,   1323 Deer Run,   Gurnee, IL 60031-1927
19134673       +Unicare,   PO Box 5016,   Bolingbrook, IL 60440-5016
19134672        Unicare,   PO Box 5021,   Bolingbrook, IL 60440
19134674       +Unicare,   PO Box 4458,   Chicago, IL 60680-4458
19134676       +Unicare 4450,   PO Box 4450,   Chicago, IL 60680-4450
19134677       +United Commercial Travelers,   PO Box 159019,    Columbus, OH 43215-8619
19134679        United Health Care,   Recovery Services,    P.O. Box 740804,   Atlanta, GA 30374-0804
19134678       +United Health Care,   PO Box 30541,   Salt Lake City, UT 84130-0541
19134685       +United Healthcare,   PO Box 740800,   Atlanta, GA 30374-0800
19134681       +United Healthcare,   PO Box 30551,   Salt Lake City, UT 84130-0551
19134682       +United Healthcare,   PO Box 30555,   Salt Lake City, UT 84130-0555
19134686       +United Healthcare,   PO Box 740801,   Atlanta, GA 30374-0801
19134687       +United Healthcare,   PO Box 740802,   Atlanta, GA 30374-0802
19134680       +United Healthcare,   PO Box 740819,   Atlanta, GA 30374-0819
19134688       +United Healthcare,   PO Box 981502,   El Paso, TX 79998-1502
19134689       +United Healthcare,   PO Box 981504,   El Paso, TX 79998-1504
19134683       +United Healthcare,   PO Box 30557,   Salt Lake City, UT 84130-0557
19134684       +United Healthcare,   PO Box 30985,   Salt Lake City, UT 84130-0985
19134691       +Unitedhealthcare,   PO Box 30551,   Salt Lake City, UT 84130-0551
19134692       +Universal Casualty Company,   150 NW Point Blvd, Suite 200,    Elk Grove Village, IL 60007-1015
19134693       +University Of Illinis,   Benefits Center Student Insurance,    807 S. Wright Street, Ste 480,
                 Champaign, IL 61820-6255
19134699       +Vapor Bus International,   1010 Johnson Drive,    Buffalo Grove, IL 60089-6918
19134700       +Veolia,   2230 Ernie Krueger Cir.,   Waukegan, IL 60087-3226
19134701       +Victor L. Magee,   120 Cunat Blvd, Apt 2B,    Richmond, IL 60071-8913
19134704       +WASAU,   1431 Opus Place, Suite 300,   Downers Grove, IL 60515-1169
19134708       +WEA Trust,   PO Box 8220,   Madison, WI 53708-8220
19134707       +WEA Trust,   PO Box 7338,   Madison, WI 53707-7338
19134703       +Warren E. Mahoney,   18260 Lindenwood,    Wildwood, IL 60030-2071
19134705       +Wausau Benefits,   PO Box 8013,   Wausau, WI 54402-8013
19134706       +Wausau Underwriters,   PO Box 245037,   Milwaukee, WI 53224-9537
19134709       +Wells Fargo TPA,   PO Box 3262,   Charleston, WV 25332-3262
19134711       +Westbend Mutual,   1900 S. 18th Avenue,    West Bend, WI 53095-9791
19134713       +Wfnnb/Pottery Barn,   Attention: Bankruptcy,    P.O. Box 182685,   Columbus, OH 43218-2685
19134714       +Wilken Benjamin,   1018 Evergreen Street,    Mundelein, IL 60060-1263
19134715       +William A. McPhillips,   33535 N. Royal Oak Lane #106,    Grayslake, IL 60030-2818
19134716       +William E. Jackel Jr.,   115 E. Hawthorne Blvd.,    Mundelein, IL 60060-2814
19134717       +William E. Taylor,   37625 Charlotte Drive,    Wadsworth, IL 60083-9252
19134718       +William J. Graham,   3237 Whirlway Court,    Grayslake, IL 60030-9631
19134719       +William Sawitz,   1013 Kendall Street,    Geneva, IL 60134-3243
19134722       +Yves Jean M. Petitcolas,   33329 Valleyview Drive,    Grayslake, IL 60030-2168
19134723       +Zane R. Williamson,   17810 Carriage Crossing Lane,    Cypress, TX 77429-1586
```

```
District/off: 0752-1           User: wepps               Page 7 of 9             Date Rcvd: May 05, 2015
                               Form ID: pdf006           Total Noticed: 476


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19134204       E-mail/Text: ebnbankruptcy@ahm.honda.com May 06 2015 01:50:12     Acura Financial Services,
                P.O. Box 105027,   Atlanta, GA 30348
22057356       E-mail/Text: ebnbankruptcy@ahm.honda.com May 06 2015 01:50:12     Acura Financial Services,
                P.O. Box 168088,   Irving, TX 75016-8088
22064015       E-mail/Text: ebnbankruptcy@ahm.honda.com May 06 2015 01:50:12
                American Honda Finance Corporation,    P.O. Box 168088,   Irving, TX 75016-8088
19134201      +E-mail/Text: cassandc@accidentfund.com May 06 2015 01:49:52     Accident Fund,
                Attn: Diane Hanson,   PO Box 40790,   Lansing, MI 48901-7990
19134232      +E-mail/Text: sarah.bittner@healthsmart.com May 06 2015 01:49:02
                American Administrative Group,   PO Box 93670,   Lubbock, TX 79493-3670
22047649       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2015 02:09:33
                American InfoSource LP as agent for,    TD Bank, USA,   PO Box 248866,
                Oklahoma City, OK   73124-8866
19134281      +E-mail/Text: tuscolsup@fisglobal.com May 06 2015 01:51:20     Certegy Payment Recover Serv.,
                11601 Roosevelt Blvd,,   St. Petersburg, FL 33716-2202
19134313      +E-mail/Text: legalcollections@comed.com May 06 2015 01:51:21     ComEd,   Bill Payment Center,
                Chicago, IL 60668-0001
19134314      +E-mail/Text: legalcollections@comed.com May 06 2015 01:51:21     ComEd.Co,   2100 Swift Road,
                Bankruptcy Dept/System Credit,    Oak Brook, IL 60523-1559
22052026       E-mail/PDF: mrdiscen@discover.com May 06 2015 02:10:02     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19134349      +E-mail/PDF: mrdiscen@discover.com May 06 2015 02:09:33     Discover Financial Services,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
19134393       E-mail/PDF: gecsedi@recoverycorp.com May 06 2015 01:58:19     GAP,   P.O.Box 530942,
                Atlanta, GA 30353-0942
19134394      +E-mail/Text: jennifer.wilson@geha.com May 06 2015 01:49:30     GEHA,   PO Box 4665,
                Independence, MO 64051-4665
19134396      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2015 01:58:47     Gemb/select Comfort,   Attn: GEMB,
                Po Box 103104,   Roswell, GA 30076-9104
19134402      +E-mail/Text: acarroll@unitedhealthone.com May 06 2015 01:51:20     Golden Rule Insurance Co.,
                712 Eleventh Street,    Lawrenceville, IL 62439-2395
19134424       E-mail/Text: ebnbankruptcy@ahm.honda.com May 06 2015 01:50:12     Honda Financial Services,
                PO Box 5308,   Elgin, IL 60121-5308
19134477      +E-mail/Text: sdvorak@lakecountyil.gov May 06 2015 01:48:39     Lake County Collector,
                18 N. County Street,   Room 102,   Waukegan, IL 60085-4361
19134538       E-mail/Text: bankruptcy@niu.edu May 06 2015 01:50:07     NIU Student Insurance Office,
                Health Service Bldg Room 201,    DeKalb, IL 60115
19134534      +E-mail/Text: bankrup@aglresources.com May 06 2015 01:48:41     Nicor,
                Attention: Bankruptcy & Collections,    PO Box 549,   Aurora, IL 60507-0549
19134535      +E-mail/Text: bankrup@aglresources.com May 06 2015 01:48:41     Nicor Gas,   PO Box 2020,
                Aurora, IL 60507-2020
19134540      +E-mail/Text: bnc@nordstrom.com May 06 2015 01:49:11     Nordstrom FSB,
                Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
19134574      +E-mail/Text: bankruptcy@pb.com May 06 2015 01:51:39     Pitney Bowes,   Collections Department,
                PO Box 856390,   Louisville, KY 40285-6390
22062323       E-mail/Text: bnc-quantum@quantum3group.com May 06 2015 01:49:44
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
19134606      +E-mail/Text: bankruptcies@libertymutual.com May 06 2015 01:50:04     Safeco,   PO Box 461,
                Saint Louis, MO 63166-0461
19134629      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com May 06 2015 01:50:28
                State Farm Insurance,    P.O. Box 680001,   Dallas, TX 75368-0001
19134648      +E-mail/Text: bankruptcynotices@tdstelecom.com May 06 2015 01:48:52     TDS Metrocom,
                P.O. Box 94510,   Palatine, IL 60094-4510
19134720      +E-mail/Text: jennifer.daun@wpsic.com May 06 2015 01:48:57     Wisconsin Physician Service,
                PO Box 8190,   Madison, WI 53708-8190
                                                                                             TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19134203       ACEC/Healthplan Services,   PO Box 44109,   NE 69116
19134419       Healthlink,   PO Box 419104,   MO 63741
19134225*      Allied Benefit Systems, Inc.,   PO Box 909786-60690,   Chicago, IL 60690
19134205     ##+Adam M. Whitman,   18500 W. Aspen Court,   Grayslake, IL 60030-1787
19134244     ##+Angie A. Manousaridis,    420 Kerry Way,   Grayslake, IL 60030-3500
19134245     ##+Anita C. Gonzalez,   PO Box 9 209 Cedar Avenue,   Lake Villa, IL 60046-0009
19134250     ##+Assurant Health,   P.O. Box 981602,   El Paso, TX 79998-1602
19134256     ##+Barbara Kodlubanski,   947 Manchester Circle,   Grayslake, IL 60030-3339
19134260     ##+Benefit Planners,   PO Box 690450,   San Antonio, TX 78269-0450
19134268     ##+Broadspire,   Attn: Carolyn Karnes-Adjuster,   PO Box 681519,   Schaumburg, IL 60168-1519
19134276     ##+Catridge World,   1316 S. Milwaukee,   Libertyville, IL 60048-3795
19134288     ##+Christine J. Nitzschke,   1809 Country Drive, Apt 103,   Grayslake, IL 60030-3155
19134290     ##+Christopher G. Sutherland,    49 West Big Horn Drive,   Hainesville, IL 60073-4722
19134299     ##+Cigna Healthcare,   PO Box 780,   Hartford, CT 06142-0780
19134305     ##+Claim Management Consultants,    3325 N. Arlington Hts Rd., 500A,
                Arlington Heights, IL 60004-1584
19134331     ##+Cynthia M. Roniss,   1722 W. Turtle Creek Lane,   Round Lake, IL 60073-2395
19134353     ##+Douglas E. Gibson,    365 Charles Drive,   Antioch, IL 60002-8943
```

```
District/off: 0752-1           User: wepps               Page 8 of 9               Date Rcvd: May 05, 2015
                               Form ID: pdf006           Total Noticed: 476


              ***** BYPASSED RECIPIENTS (continued) *****
19134356      ##+Elizabeth Rehberg,    33513 Cherokee Court,    Grayslake, IL 60030-1803
19134359      ##+Employee Benefit Services of LO,    PO Box 94488,    Lubbock, TX 79493-4488
19134387      ##+GAB Robins,    1 Oakhill Center, Suite 201,    Westmont, IL 60559-5592
19134422      ##+Herbert J. Spahr,    421 Eagle Point Landing,    Eureka, MO 63025-2083
19134440      ##+Ingenix,    P.O. Box 27116,    Salt Lake City, UT 84127-0116
19134442       ##Insurance Center,    PO Box 982017,    North Richland Hills, TX 76182
19134448      ##+Jeff Wilcox,    1638 S. Amarias,    Round Lake, IL 60073-4281
19134449      ##+Jeff Wilcox,    44 Cambridge Ct.,    Anderson, IN 46012-3905
19134450      ##+Jeffrey Brennan,    201 S. Stewart Avenue,    Libertyville, IL 60048-2743
19134455      ##+Jeffrey Wilcox,    1638 S. Amarias,    Round Lake, IL 60073-4281
19134457      ##+Jennifer A. Kovacs,    1511 Shermer Road,    Northbrook, IL 60062-5313
19134465      ##+Joyce Robison,    1812 Sussex Walk,    Schaumburg, IL 60169-6820
19134470      ##+Kevin Locke,    5518 22nd Avenue,    Kenosha, WI 53140-3561
19134472      ##+Kimberly Peresunko,    700 Weidner Road, 205,    Buffalo Grove, IL 60089-3380
19134480      ##+Leslie Miranda,    2827 W. Glenflora Avenue, Apt 308,    Waukegan, IL 60085-8722
19134488      ##+Lubov Mozolev,    357 Behm Drive,    Grayslake, IL 60030-1407
19134491      ##+Maksin Management,    PO Box 2647,    Camden, NJ 08101-2647
19134499      ##+Matthew & Associates,    870 E. Higgins Rd.,    Schaumburg, IL 60173-4787
19134505      ##+Medical Mutual,    PO Box 94776,    Cleveland, OH 44101-4776
19134507      ##+Medicare,    PO Box 4433,    Marion, IL 62959-0924
19134519      ##+Michael McCully,    484 Mitchell Drive,    Grayslake, IL 60030-1580
19134533      ##+Nicole Gardner,    3333 Stratford Court, Unit 2C,    Lake Bluff, IL 60044-2926
19134537      ##+Nippon Life Insurance Co. Of Americ,    PO Box 39710,    Colorado Springs, CO 80949-3910
19134545      ##+North Shore Gas,    P.O. Box A3991,    Chicago, IL 60690-3991
19134544      ##+North Shore Gas,    Prudential Bldg,    130 E. Randolph Dr.,    Chicago, IL 60601-6207
19134550      ##+Ovation Medical,    P.O. Box 80325,    City of Industry, CA 91716-8325
19134582      ##+Principal Life Insurance Co.,    PO Box 39710,    Colorado Springs, CO 80949-3910
19134595      ##+Ray C. Harris,    218 East Skokie Road,    Lake Bluff, IL 60044-1737
19134600      ##+Richard Wilson-Leigh,    208 Garfield Avenue,    Libertyville, IL 60048-2756
19134628      ##+State Farm,    PO Box 2362,    Bloomington, IL 61702-2362
19134632      ##+State Farm Insurance,    PO Box 2350,    Bloomington, IL 61702-2350
19134631      ##+State Farm Insurance,    PO Box 2363,    Bloomington, IL 61702-2363
19134633      ##+State Farm Insurance,    PO Box 2366,    Bloomington, IL 61702-2366
19134639      ##+Steve Rogers,    450 Capital Lane,    Gurnee, IL 60031-4495
19134642      ##+Steven M. Dincognito,    26339 N. Walnut Avenue,    Mundelein, IL 60060-4032
19134696      ##+USAA,    Attn: Jennifer Murillo,    PO Box 659466,    San Antonio, TX 78265-9466
19134675      ##+Unicare,    PO Box 5055,    Bolingbrook, IL 60440-5055
19134690      ##+United Medical Resources-Beech,    PO Box 145804,    Cincinnati, OH 45250-5804
19134702      ##+Vincent M. Gentile,    530 Laurie Court,    Grayslake, IL 60030-1572
19134710      ##+Wendy Russo,    1899 Heron View,    Round Lake, IL 60073-8131
19134712      ##+Westfield Insurance,    2325 Dean Street, Suite 100,    Saint Charles, IL 60175-4810
19134721      ##+Youngsook S. Namkoong,    327 Winding Trail Circle,    Round Lake, IL 60073-4252
                                                                                               TOTALS: 2, * 1, ## 56
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2015                          Signature:   /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0752-1          User: wepps              Page 9 of 9           Date Rcvd: May 05, 2015
                              Form ID: pdf006          Total Noticed: 476
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2015 at the address(es) listed below:

```
          Adham   Alaily     on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           aalaily@ehrenbergeganlaw.com
          Alfredo J Garcia    on behalf of Debtor David Michael Drexler notice@billbusters.com,
           billbusters@iamthewolf.com
          Alfredo J Garcia    on behalf of Joint Debtor Tonya Lynn Drexler notice@billbusters.com,
           billbusters@iamthewolf.com
          David J Frankel    on behalf of Creditor    Honda Lease Trust dfrankel@sormanfrankel.com,
           ckauffman@sormanfrankel.com
          John E Gierum     on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
          John E Gierum    jgierum@7trustee.net,  IL25@ecfcbis.com
          Leah  Wardak     on behalf of Creditor    Charter One/RBS lwardak@frltd.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott A. Nehls    on behalf of Plaintiff    Charter One, A Division of RBS Citizens, N.A.
           snehls@frltd.com,  sanehls@gmail.com
          Scott A. Nehls    on behalf of Creditor    Charter One/RBS snehls@frltd.com,  sanehls@gmail.com
          Xiaoming  Wu    on behalf of Debtor David Michael Drexler notice@billbusters.com,
           billbusters@iamthewolf.com
          Xiaoming  Wu    on behalf of Defendant David Michael Drexler notice@ledfordwu.com,
           billbusters@iamthewolf.com
          Xiaoming  Wu    on behalf of Defendant Tonya Lynn Drexler notice@ledfordwu.com,
           billbusters@iamthewolf.com
          Xiaoming  Wu    on behalf of Joint Debtor Tonya Lynn Drexler notice@billbusters.com,
           billbusters@iamthewolf.com
                                                                                             TOTAL: 14
```