## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: DREXLER, DAVID MICHAEL | § | Case No. 12-27452-ABG |
| DREXLER, TONYA LYNN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,473,714.83                    Assets Exempt: $601,336.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,158.90        Claims Discharged
                                                   Without Payment: $1,356,740.00

Total Expenses of Administration: $7,428.27

---

3) Total gross receipts of $ 45,587.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $45,587.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,428.27 | 7,428.27 | 7,428.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,394,898.90 | 1,394,898.90 | 38,158.90 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,402,327.17 | $1,402,327.17 | $45,587.17 |

4) This case was originally filed under Chapter 7 on July 10, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2015          By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America - checking account | 1129-000 | 34,386.75 |
| Bank of America - checking account | 1129-000 | 49.17 |
| Drexler Family Practice, S.C. (David Drexler has | 1129-000 | 763.67 |
| Insurance claim  (U) | 1229-000 | 6,206.39 |
| Insurance premium refund (u) | 1229-000 | 3,680.64 |
| Electric refund (u) | 1229-000 | 460.30 |
| Excess mortgage payoff  (u) | 1229-000 | 40.25 |
| **TOTAL GROSS RECEIPTS** | | **$45,587.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 5,308.72 | 5,308.72 | 5,308.72 |
| Clerk of the US Bankruptcy Court | 2990-000 | N/A | 260.00 | 260.00 | 260.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 122.91 | 122.91 | 122.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.69 | 22.69 | 22.69 |
| Rabobank, N.A. | 2600-000 | N/A | 61.09 | 61.09 | 61.09 |
| Rabobank, N.A. | 2600-000 | N/A | 63.16 | 63.16 | 63.16 |
| Rabobank, N.A. | 2600-000 | N/A | 69.60 | 69.60 | 69.60 |
| Rabobank, N.A. | 2600-000 | N/A | 67.31 | 67.31 | 67.31 |
| Rabobank, N.A. | 2600-000 | N/A | 60.71 | 60.71 | 60.71 |
| Rabobank, N.A. | 2600-000 | N/A | 71.46 | 71.46 | 71.46 |
| Rabobank, N.A. | 2600-000 | N/A | 64.86 | 64.86 | 64.86 |
| Rabobank, N.A. | 2600-000 | N/A | 62.61 | 62.61 | 62.61 |
| Rabobank, N.A. | 2600-000 | N/A | 71.15 | 71.15 | 71.15 |
| Rabobank, N.A. | 2600-000 | N/A | 60.27 | 60.27 | 60.27 |
| Rabobank, N.A. | 2600-000 | N/A | 70.94 | 70.94 | 70.94 |
| Rabobank, N.A. | 2600-000 | N/A | 66.53 | 66.53 | 66.53 |
| Rabobank, N.A. | 2600-000 | N/A | 60.00 | 60.00 | 60.00 |
| Rabobank, N.A. | 2600-000 | N/A | 62.01 | 62.01 | 62.01 |
| Rabobank, N.A. | 2600-000 | N/A | 68.33 | 68.33 | 68.33 |
| Rabobank, N.A. | 2600-000 | N/A | 63.96 | 63.96 | 63.96 |
| Rabobank, N.A. | 2600-000 | N/A | 61.73 | 61.73 | 61.73 |
| Rabobank, N.A. | 2600-000 | N/A | 70.16 | 70.16 | 70.16 |
| Rabobank, N.A. | 2600-000 | N/A | 61.55 | 61.55 | 61.55 |
| Rabobank, N.A. | 2600-000 | N/A | 67.82 | 67.82 | 67.82 |
| Rabobank, N.A. | 2600-000 | N/A | 65.60 | 65.60 | 65.60 |
| Rabobank, N.A. | 2600-000 | N/A | 57.05 | 57.05 | 57.05 |
| Rabobank, N.A. | 2600-000 | N/A | 71.75 | 71.75 | 71.75 |
| Rabobank, N.A. | 2600-000 | N/A | 63.21 | 63.21 | 63.21 |
| Rabobank, N.A. | 2600-000 | N/A | 58.90 | 58.90 | 58.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 67.19 | 67.19 | 67.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $7,428.27 | $7,428.27 | $7,428.27 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Charter One, a division of RBS Citizens, N.A. | 7100-000 | N/A | 1,366,551.47 | 1,366,551.47 | 37,383.41 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 216.41 | 216.41 | 5.92 |
| 3 | Discover Bank | 7100-000 | N/A | 77.32 | 77.32 | 2.12 |
| 4 | Discover Bank | 7100-000 | N/A | 204.94 | 204.94 | 5.61 |
| 5 | Acura Financial Services | 7100-000 | N/A | 3,771.27 | 3,771.27 | 103.17 |
| 6 | Acura Financial Services | 7100-000 | N/A | 7,949.19 | 7,949.19 | 217.46 |
| 7 | Acura Financial Services | 7100-000 | N/A | 6,956.02 | 6,956.02 | 190.29 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 439.77 | 439.77 | 12.03 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 59.23 | 59.23 | 1.62 |
| 11 | American Express Bank, FSB | 7100-000 | N/A | 8,673.28 | 8,673.28 | 237.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,394,898.90 | $1,394,898.90 | $38,158.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-27452-ABG  
**Case Name:** DREXLER, DAVID MICHAEL  
DREXLER, TONYA LYNN  
**Period Ending:** 09/18/15

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/10/12 (f)  
**§341(a) Meeting Date:** 05/17/13  
**Claims Bar Date:** 09/11/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  2787 Pillsbury Way, Wellington, FL 33414 Tenants<br>Imported from original petition Doc# 1 | 890,000.00 | 225,267.00 | | 0.00 | FA |
| 2  Time share in Kauai, HI<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3  Time share in Scottsdale, AZ<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4  Cash<br>Imported from original petition Doc# 1 | 188.00 | 188.00 | | 0.00 | FA |
| 5  Bank of America - checking account<br>Imported from original petition Doc# 1 | 190.83 | 190.83 | | 0.00 | FA |
| 6  Bank of America - checking account<br>Imported from original petition Doc# 1 | 72,386.75 | 64,386.75 | | 34,386.75 | FA |
| 7  Bank of America - checking account<br>Imported from original petition Doc# 1 | 30.39 | 30.39 | | 49.17 | FA |
| 8  PNC Bank - checking account<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Misc. Household Goods: Sofa, Table/Chairs, Refri<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10  Used clothing<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11  Wedding rings, watches, engagement ring, braclet<br>Imported from original petition Doc# 1 | 10,000.00 | 8,000.00 | | 0.00 | FA |
| 12  Term life insurance<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Term life insurance<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14  Whole life insurance<br>Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 15  Whole life insurance<br>Imported from original petition Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 16  § 529 plan (Balance: $50,000. No contribution in<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Printed: 09/18/2015 01:53 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27452-ABG  
**Case Name:** DREXLER, DAVID MICHAEL  
               DREXLER, TONYA LYNN  
**Period Ending:** 09/18/15

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/10/12 (f)  
**§341(a) Meeting Date:** 05/17/13  
**Claims Bar Date:** 09/11/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 401(k) plan<br>Imported from original petition Doc# 1 | 314,428.00 | 0.00 | | 0.00 | FA |
| 18 | 401(k) plan<br>Imported from original petition Doc# 1 | 151,638.00 | 0.00 | | 0.00 | FA |
| 19 | Roth IRA<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | IRA<br>Imported from original petition Doc# 1 | 38,286.00 | 0.00 | | 0.00 | FA |
| 21 | IRA<br>Imported from original petition Doc# 1 | 4,884.00 | 0.00 | | 0.00 | FA |
| 22 | AMAM7, LLC<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Drexler Family Practice, S.C. (David Drexler has<br>Imported from original petition Doc# 1  (See<br>Footnote) | 500,000.00 | 500,000.00 | | 763.67 | FA |
| 24 | 2012 Acura MDX (lease<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2012 Acura TL (lease)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Dog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Insurance claim  (U)  (u) | 6,206.39 | 6,206.39 | | 6,206.39 | FA |
| 28 | Insurance premium refund (u)  (u) | 3,680.64 | 3,680.64 | | 3,680.64 | FA |
| 29 | Electric refund (u)  (u) | 460.30 | 460.30 | | 460.30 | FA |
| 30 | Excess mortgage payoff  (u)  (u) | 40.25 | 40.25 | | 40.25 | FA |
| **30** | **Assets**    Totals (Excluding unknown values) | **$2,056,519.55** | **$820,450.55** | | **$45,587.17** | **$0.00** |

RE PROP# 23    Receivable collection

---

**Major Activities Affecting Case Closing:**

    reopened case, to retain accountant and do tax work.

Printed: 09/18/2015 01:53 PM    V.13.25

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27452-ABG  **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** DREXLER, DAVID MICHAEL  **Filed (f) or Converted (c):** 07/10/12 (f)
DREXLER, TONYA LYNN  **§341(a) Meeting Date:** 05/17/13
**Period Ending:** 09/18/15  **Claims Bar Date:** 09/11/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   April 27, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-27452-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | DREXLER, DAVID MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | DREXLER, TONYA LYNN | | Account: | ****-******16-66 - Checking Account |
| Taxpayer ID #: | **-***8927 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/12 | {27} | State Farm Fire and Casualty Company | Insurance Claim | 1229-000 | 6,206.39 | | 6,206.39 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,181.39 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 6,181.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,206.39 | 6,206.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,181.39 | |
| | | | Subtotal | | 6,206.39 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,206.39 | $25.00 | |

{} Asset reference(s)                                                                                         Printed: 09/18/2015 01:53 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-27452-ABG  
**Case Name:** DREXLER, DAVID MICHAEL  
              DREXLER, TONYA LYNN  
**Taxpayer ID #:** **-***8927  
**Period Ending:** 09/18/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,181.39 | | 6,181.39 |
| 01/23/13 | {6} | Tonya L. Drexler | Bank of America - checking account | 1129-000 | 34,386.75 | | 40,568.14 |
| 01/23/13 | {7} | Bank of America | Bank of American - checking account | 1129-000 | 49.17 | | 40,617.31 |
| 01/23/13 | {23} | Certified Services, Inc. | Drexler Family Practice collection of receivable | 1129-000 | 526.44 | | 41,143.75 |
| 01/23/13 | {23} | Certified Services, Inc. | Drexler Family Practice collection of receivable | 1129-000 | 237.23 | | 41,380.98 |
| 01/23/13 | {28} | Florida Peninsula Insurance Co. | Insurance Premium Refund | 1229-000 | 3,680.64 | | 45,061.62 |
| 01/23/13 | {29} | Florida Power & Light Company | Electric Company refund | 1229-000 | 460.30 | | 45,521.92 |
| 01/23/13 | {30} | BMO Harris Bank | Excess mortgage payoff | 1229-000 | 40.25 | | 45,562.17 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.69 | 45,539.48 |
| 02/08/13 | 10101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #12-27452, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 50.47 | 45,489.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.09 | 45,427.92 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.16 | 45,364.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.60 | 45,295.16 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.31 | 45,227.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.71 | 45,167.14 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.46 | 45,095.68 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.86 | 45,030.82 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.61 | 44,968.21 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.15 | 44,897.06 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.27 | 44,836.79 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.94 | 44,765.85 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.53 | 44,699.32 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.00 | 44,639.32 |
| 03/04/14 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #12-27452, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 41.29 | 44,598.03 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.01 | 44,536.02 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.33 | 44,467.69 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.96 | 44,403.73 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.73 | 44,342.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.16 | 44,271.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.55 | 44,210.29 |

Subtotals :   $45,562.17   $1,351.88

{} Asset reference(s)

Printed: 09/18/2015 01:53 PM   V.13.25

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-27452-ABG  
**Case Name:** DREXLER, DAVID MICHAEL  
DREXLER, TONYA LYNN  
**Taxpayer ID #:** **-***8927  
**Period Ending:** 09/18/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.82 | 44,142.47 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.60 | 44,076.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.05 | 44,019.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.75 | 43,948.07 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.21 | 43,884.86 |
| 02/18/15 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-27452, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 31.15 | 43,853.71 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.90 | 43,794.81 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.19 | 43,727.62 |
| 05/29/15 | 10104 | JOHN E. GIERUM | Dividend paid 100.00% on $5,308.72, Trustee Compensation; Reference: | 2100-000 | | 5,308.72 | 38,418.90 |
| 05/29/15 | 10105 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $260.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 260.00 | 38,158.90 |
| 05/29/15 | 10106 | Charter One, a division of RBS Citizens, N.A. | First and Final Distribution | 7100-000 | | 37,383.41 | 775.49 |
| 05/29/15 | 10107 | American InfoSource LP as agent for | First and Final Distribution | 7100-000 | | 5.92 | 769.57 |
| 05/29/15 | 10108 | Discover Bank | First and Final Distribution | 7100-000 | | 5.61 | 763.96 |
| 05/29/15 | 10109 | Acura Financial Services | First and Final Distribution | 7100-000 | | 103.17 | 660.79 |
| 05/29/15 | 10110 | Acura Financial Services | First and Final Distribution | 7100-000 | | 217.46 | 443.33 |
| 05/29/15 | 10111 | Acura Financial Services | First and Final Distribution | 7100-000 | | 190.29 | 253.04 |
| 05/29/15 | 10112 | Quantum3 Group LLC as agent for | First and Final Distribution | 7100-000 | | 12.03 | 241.01 |
| 05/29/15 | 10113 | American Express Bank, FSB | First and Final Distribution | 7100-000 | | 237.27 | 3.74 |
| 05/29/15 | 10114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.74 | 0.00 |
| | | | Dividend paid 2.73% on $77.32; Claim# 3; Filed: $77.32 | 2.12 7100-000 | | | 0.00 |
| | | | Dividend paid 2.73% on $59.23; Claim# 10; Filed: $59.23 | 1.62 7100-000 | | | 0.00 |

|   |   |
|---|---|
| ACCOUNT TOTALS | 45,562.17   45,562.17   $0.00 |
| Less: Bank Transfers | 6,181.39   0.00 |
| Subtotal | 39,380.78   45,562.17 |
| Less: Payments to Debtors | 0.00 |
| NET Receipts / Disbursements | $39,380.78   $45,562.17 |

{} Asset reference(s)

Printed: 09/18/2015 01:53 PM  V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 12-27452-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** DREXLER, DAVID MICHAEL | **Bank Name:** Rabobank, N.A. |
| DREXLER, TONYA LYNN | **Account:** ******4066 - Checking Account |
| **Taxpayer ID #:** **-***8927 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 09/18/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******16-66** | 6,206.39 | 25.00 | 0.00 |
| **Checking # ******4066** | 39,380.78 | 45,562.17 | 0.00 |
| | $45,587.17 | $45,587.17 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2015 01:53 PM    V.13.25